UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JANE FIELY, | ) | Case No. 3:13-cv-02005 |
| | ) | |
| Plaintiff, | ) | Judge Carr |
| | ) | Mag. Judge Armstrong |
| v. | ) | |
| | ) | DEFENDANTS' MOTION FOR |
| ESSEX HEALTHCARE | ) | SUMMARY JUDGMENT |
| CORPORATION and ATRIUM | ) | |
| LIVING CENTERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the rules and orders of this Court, Defendants, Essex Healthcare Corporation ("Essex") and Atrium Living Centers, Inc. ("Atrium") (collectively, "Defendants"), by counsel, hereby moves for summary judgment on all of Plaintiff, Jane Fiely's ("Fiely") claims against them, on the basis that there are no genuine issues of material fact and that Defendants are entitled to summary judgment as a matter of law. In support of this motion, Defendants submit with more particularity, a Brief and supporting evidence contemporaneously herewith. The brief includes a statement of undisputed material facts.

WHEREFORE, and as supported by Defendants' Brief and Designated Evidence, Defendants request that the Court grant summary judgment in its favor and against Fiely, and for all other just and appropriate relief.

US.54869549.01

Respectfully submitted,

s/ *Brian Garrison*
Brian R. Garrison (Indiana #26367-49),
*admitted pro hoc vice*
Sarah E. Caldwell (Indiana #29850-03),
*admitted pro hoc vice*
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-mail: brian.garrison@faegrebd.com
        sarah.caldwell@faegrebd.com

Local Counsel
**ZASHIN & RICH CO., LPA**
Stephen S. Zashin (Ohio #0064557)
Ami J. Patel (Ohio #0078201)
950 Main Avenue, 4th Floor
Cleveland, OH  44113
Telephone:  (216) 696-4441
Facsimile:  (216) 696-1618
E-mail:     ssz@zrlaw.com
        ajp@zrlaw.com

*Attorneys for Defendants Essex Healthcare Corporation and Atrium Living Centers, Inc.*

US.54869549.01

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2014, a copy of the foregoing was served by the Court's CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>John D. Franklin
>Kera L. Paoff
>**WIDMAN & FRANKLIN, LLC**
>405 Madison Avenue, Suite 1550
>Toledo, OH  43604
>john@wflawfirm.com
>kera@wflawfirm.com

>s/ *Brian Garrison*
>Brian R. Garrison (Indiana #26367-49),
>*admitted pro hoc vice*
>Sarah E. Caldwell (Indiana #29850-03),
>*admitted pro hoc vice*
>**FAEGRE BAKER DANIELS LLP**
>300 North Meridian Street, Suite 2700
>Indianapolis, IN 46204-1782
>Telephone: (317) 237-0300
>Facsimile:  (317) 237-1000
>E-mail: brian.garrison@faegrebd.com
>       sarah.caldwell@faegrebd.com

>Local Counsel
>**ZASHIN & RICH CO., LPA**
>Stephen S. Zashin (Ohio #0064557)
>Ami J. Patel (Ohio #00078201)
>950 Main Avenue, 4th Floor
>Cleveland, OH  44113
>Telephone:  (216) 696-4441
>Facsimile:   (216) 696-1618
>E-mail:      ssz@zrlaw.com
>       ajp@zrlaw.com

>*Attorneys for Defendants Essex Healthcare Corporation and Atrium Living Centers, Inc.*

-3-