

405 Madison Ave., Suite 900
Toledo, OH 43604

Local
419-241-2070
Toll Free
888-419-2070

www.seagatereporting.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION


JANE FIELY,                          :
                                     :
      Plaintiff,                     :
                                     :  Case No: 3:13-CV-02005
      v.                             :
                                     :
ESSEX HEALTHCARE                     :  Judge Carr
CORPORATION, et al.,                 :
                                     :
      Defendants.                    :
                                     :
                                     :


- - -

VIDEO RECORDED DEPOSITION OF JANE E. FIELY


- - -


Date taken:  Tuesday, August 12, 2014


Time:        9:07 a.m.


Location:    SeaGate Reporting Service, Inc.

             405 Madison Avenue, Suite 900

             Toledo, Ohio  43604


Reporter:    Linda J. Billau, RPR

I N D E X

Deposition of  JANE E. FIELY:

Page/Line

Examination By Mr. Garrison................  4     16

- - -

E X H I B I T S

Page/Line

Defendants' Exhibit A ......................  19      5
Defendants' Exhibit B ......................  21     11
Defendants' Exhibit C ......................  23     11
Defendants' Exhibit D ......................  24      3
Defendants' Exhibit E ......................  24     19
Defendants' Exhibit F ......................  25      4
Defendants' Exhibit G ......................  25     17
Defendants' Exhibit H ......................  26      6
Defendants' Exhibit I ......................  31     10
Defendants' Exhibit J.......................  55     20
Defendants' Exhibit K.......................  56     18
Defendants' Exhibit L.......................  57     17
Defendants' Exhibit M.......................  58     18
Defendants' Exhibit N.......................  59     15
Defendants' Exhibit O.......................  61      8
Defendants' Exhibit P.......................  62     20
Defendants' Exhibit Q ......................  64     16
Defendants' Exhibit R ......................  65     17
Defendants' Exhibit S.......................  68     21
Defendants' Exhibit T.......................  70      6
Defendants' Exhibit U ......................  71      6
Defendants' Exhibit V ......................  72     24
Defendants' Exhibit W ......................  73     25
Defendants' Exhibit X ......................  75      3
Defendants' Exhibit Y ......................  75     22
Defendants' Exhibit Z ......................  77     12
Defendants' Exhibit AA .....................  78      9
Defendants' Exhibit BB .....................  82     16
Defendants' Exhibit CC .....................  88     21
Defendants' Exhibit DD .................... 109     17
Defendants' Exhibit EE .................... 114     24
Defendants' Exhibit FF .................... 129     19
Defendants' Exhibit GG .................... 135     19
Defendants' Exhibit HH .................... 168      5
Defendants' Exhibit II .................... 171     14

Draft Copy

O B J E C T I O N S

Entered by                                    Page/Line

MR. FRANKLIN................................  15   15

MR. FRANKLIN................................  58    1

MR. FRANKLIN................................  78   22

MR. FRANKLIN................................  88   10

MR. FRANKLIN................................ 102   11

MR. FRANKLIN................................ 114   10

MR. FRANKLIN................................ 122    2

MR. FRANKLIN................................ 125   12

MR. FRANKLIN................................ 155    5

MR. FRANKLIN................................ 156   19

MR. FRANKLIN................................ 157    8

MR. FRANKLIN................................ 160    3

MR. FRANKLIN................................ 160   10

MR. FRANKLIN................................ 174   19



Page 4

```
 1        APPEARANCES:

 2
          On behalf of the Plaintiff:
 3
          WIDMAN & FRANKLIN, LLC:
 4        John D. Franklin
          Kera L. Paoff
 5        405 Madison Avenue, Suite 1550
          Toledo, Ohio  43604  (419)243-9005
 6
          On behalf of the Defendants:
 7
          FAEGRE, BAKER & DANIELS, LLP:
 8        Brian R. Garrison
          300 North Meridian Street, Suite 2700
 9        Indianapolis, Indiana  46204 (317)237-0300

10        Also Present:  Susan Kreuser
                         Barry Derossett
11                       Jeremy Allen, Videographer

12                       - - -                      09:06:18

13                 JANE E. FIELY,                    09:06:18

14        being first duly sworn, as hereinafter certified,   09:06:18

15        testified and said as follows:            09:06:18

16                     EXAMINATION                   09:06:18

17        BY MR. GARRISON:                           09:07:04

18    Q   Would you please state your full name for the   09:07:04

19        record.                                    09:07:05

20    A   Jane Elizabeth Fiely.                      09:07:06

21    Q   Have you ever been known by any other names?   09:07:09

22    A   My maiden was Severt.                       09:07:11

23    Q   Ms. Fiely, my name is Brian Garrison.  I am an   09:07:13

24        attorney for Atrium Living Centers and Essex   09:07:13

25        Healthcare which operates St. Mary's Living Center.   09:07:18
```

Draft Copy

Page 5

| | | | |
|---|---|---|---|
| 1 | | I'll refer to all those as -- just as St. Mary's | 09:07:21 |
| 2 | | today. | 09:07:24 |
| 3 | A | Okay. | 09:07:25 |
| 4 | Q | I'll ask you questions for the purpose of learning | 09:07:25 |
| 5 | | about the claims and the lawsuit that you've | 09:07:28 |
| 6 | | brought against St. Mary's. | 09:07:30 |
| 7 | | Have you ever had your deposition taken | 09:07:32 |
| 8 | | before? | 09:07:33 |
| 9 | A | Many years ago when I first started at St. Mary's. | 09:07:35 |
| 10 | Q | And when was that? | 09:07:39 |
| 11 | A | 2005. | 09:07:41 |
| 12 | Q | And what was -- | 09:07:43 |
| 13 | A | February. | 09:07:43 |
| 14 | Q | Do you recall the name of that case? | 09:07:44 |
| 15 | A | (Indicating.) | 09:07:44 |
| 16 | Q | Do you recall the parties that were involved? | 09:07:48 |
| 17 | A | No. | 09:07:50 |
| 18 | Q | Do you know what court it was in? | 09:07:51 |
| 19 | A | (Indicating.) | 09:07:53 |
| 20 | Q | Were you a party to that case? | 09:07:54 |
| 21 | A | I had just -- I was a brand new Director of Nursing | 09:07:57 |
| 22 | | at that time and I was there possibly ten days when | 09:08:02 |
| 23 | | a resident from the assisted living exited the | 09:08:06 |
| 24 | | front door and was found in the parking lot with a | 09:08:10 |
| 25 | | fractured hip. | 09:08:13 |

Draft Copy

| | | | |
|---|---|---|---|
| 1 | Q | And so you were deposed as a witness in that case? | 09:08:14 |
| 2 | A | Uh-huh. | 09:08:18 |
| 3 | Q | Were you deposed at any other time? | 09:08:18 |
| 4 | A | No. | 09:08:20 |
| 5 | Q | You're understand you're testifying under oath here | 09:08:20 |
| 6 | | today? | 09:08:23 |
| 7 | A | Yes. | 09:08:23 |
| 8 | Q | What do you understand that to mean? | 09:08:23 |
| 9 | A | Please? | 09:08:25 |
| 10 | Q | What do you understand that to mean? | 09:08:25 |
| 11 | A | To tell the truth. | 09:08:27 |
| 12 | Q | You understand there may be criminal penalties if | 09:08:28 |
| 13 | | you do not tell the truth? | 09:08:32 |
| 14 | A | Yes. | 09:08:33 |
| 15 | Q | So just to go over the procedure briefly, it's a | 09:08:34 |
| 16 | | question-and-answer format.  As you can see, you're | 09:08:37 |
| 17 | | being recorded on videotape as well as a written | 09:08:40 |
| 18 | | transcript.  If you need a break at any time, just | 09:08:42 |
| 19 | | please say so.  We can take a break at any time | 09:08:45 |
| 20 | | except if there's a question of mine that's | 09:08:49 |
| 21 | | pending. | 09:08:53 |
| 22 | A | Okay. | 09:08:53 |
| 23 | Q | For the benefit of the court reporter, please make | 09:08:54 |
| 24 | | sure you make a verbal response to any of my | 09:08:56 |
| 25 | | questions rather than shaking your head yes or no. | 09:08:59 |

Draft Copy

Page 7

```
 1        It's important that we speak one at a time or else     09:09:02
 2        the court reporter is going to get frustrated with     09:09:05
 3        us.                                                    09:09:07
 4   A    Okay.                                                  09:09:07
 5   Q    And that's the last thing we want.  If you don't       09:09:08
 6        hear a question, will you ask me to repeat it?         09:09:10
 7   A    Yes, I will.                                           09:09:12
 8   Q    And if you don't understand a question, will you       09:09:13
 9        tell me so I can clarify it or --                      09:09:15
10   A    Yes, I will.                                           09:09:16
11   Q    Ms. Fiely, so that's one of the examples of where      09:09:17
12        I need to finish my question before you respond.       09:09:19
13   A    Okay.                                                  09:09:22
14   Q    So if I -- if you don't understand a question, will    09:09:22
15        you tell me so I can clarify it or rephrase it?        09:09:24
16   A    Yes, I will.                                           09:09:27
17   Q    And if you need to take a break, will you let me       09:09:27
18        know?                                                  09:09:31
19   A    Yes, I will.                                           09:09:31
20   Q    If you want to supplement or change an answer that     09:09:32
21        you've given during the deposition, will you let me    09:09:36
22        know?                                                  09:09:39
23   A    Yes, I will.                                           09:09:39
24   Q    And do you understand these instructions and ground    09:09:40
25        rules?                                                 09:09:43
```

Draft Copy

Page 8

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 09:09:43 |
| 2 | Q | And do you have any questions about those? | 09:09:43 |
| 3 | A | No. | 09:09:44 |
| 4 | Q | You agree to follow those instructions and ground | 09:09:45 |
| 5 | | rules? | 09:09:49 |
| 6 | A | Yes, I will. | 09:09:49 |
| 7 | Q | Is anything affecting your ability to hear my | 09:09:49 |
| 8 | | questions? | 09:09:53 |
| 9 | A | No. | 09:09:54 |
| 10 | Q | Do you have any medical condition that would | 09:09:54 |
| 11 | | interfere with your ability to hear my questions, | 09:09:55 |
| 12 | | respond to them, and answer them truthfully? | 09:09:59 |
| 13 | A | No. | 09:10:02 |
| 14 | Q | Are you currently under the influence of any | 09:10:03 |
| 15 | | alcohol, drug, or medication that would interfere | 09:10:05 |
| 16 | | with your ability to hear my questions, understand | 09:10:08 |
| 17 | | them, and respond to them truthfully? | 09:10:10 |
| 18 | A | No. | 09:10:12 |
| 19 | Q | Did you do anything to prepare for the deposition | 09:10:12 |
| 20 | | today? | 09:10:14 |
| 21 | A | As? | 09:10:16 |
| 22 | Q | My question is to you, did you do anything to | 09:10:22 |
| 23 | | prepare for the deposition today? | 09:10:25 |
| 24 | A | Yes. | 09:10:26 |
| 25 | Q | What did you do? | 09:10:26 |

Draft Copy

| | | | |
|---|---|---|---|
| 1 | A | I reviewed the documents that were e-mailed to me. | 09:10:28 |
| 2 | Q | What documents did you review? | 09:10:31 |
| 3 | A | The ones that you people have sent to us. | 09:10:33 |
| 4 | Q | And how many documents did you review? | 09:10:36 |
| 5 | A | It was almost 300. | 09:10:38 |
| 6 | Q | And those were the ones that were produced by | 09:10:44 |
| 7 | | St. Mary's? | 09:10:46 |
| 8 | A | That were what? | 09:10:47 |
| 9 | Q | Produced to your lawyers by St. Mary's. | 09:10:49 |
| 10 | A | Yes.  Yes, sir. | 09:10:51 |
| 11 | Q | Did you meet with your Counsel? | 09:10:52 |
| 12 | A | Yes. | 09:10:59 |
| 13 | Q | I don't want to know what you talked about with | 09:11:00 |
| 14 | | your Counsel, but when did you meet with your | 09:11:04 |
| 15 | | Counsel? | 09:11:06 |
| 16 | A | Yesterday. | 09:11:06 |
| 17 | Q | And for how long did you meet? | 09:11:06 |
| 18 | A | Hour and a half. | 09:11:08 |
| 19 | Q | And where did you meet? | 09:11:10 |
| 20 | A | In his office. | 09:11:11 |
| 21 | Q | Other than meeting with your Counsel and reviewing | 09:11:12 |
| 22 | | the documents, did you prepare for your deposition | 09:11:16 |
| 23 | | by discussing that -- the facts that form the basis | 09:11:18 |
| 24 | | for your lawsuit with anyone else? | 09:11:21 |
| 25 | A | No. | 09:11:24 |

Draft Copy

Page 10

| | | | |
|---|---|---|---|
| 1 | Q | I'd like to talk now a little bit about your | 09:11:24 |
| 2 | | personal background.  Could you tell me your date | 09:11:34 |
| 3 | | of birth? | 09:11:36 |
| 4 | A | February 24th, 1950. | 09:11:36 |
| 5 | Q | And where were you born? | 09:11:40 |
| 6 | A | Celina, Ohio. | 09:11:42 |
| 7 | Q | What's your current address? | 09:11:43 |
| 8 | A | 3192 State Route 219, Coldwater, Ohio. | 09:11:45 |
| 9 | Q | Is that a house or an apartment? | 09:11:50 |
| 10 | A | It's a house. | 09:11:52 |
| 11 | Q | And do you own it or rent it? | 09:11:52 |
| 12 | A | We own it. | 09:11:55 |
| 13 | Q | How long have you lived there? | 09:11:56 |
| 14 | A | Two of us. | 09:11:58 |
| 15 | Q | How long have you lived there? | 09:11:58 |
| 16 | A | Thirty years. | 09:11:59 |
| 17 | Q | And you said two of you live there.  Who lives | 09:12:00 |
| 18 | | there with you? | 09:12:03 |
| 19 | A | My spouse. | 09:12:04 |
| 20 | Q | What's your spouse's name? | 09:12:07 |
| 21 | A | Lavern. | 09:12:09 |
| 22 | Q | Is he employed? | 09:12:10 |
| 23 | A | Yes, he is. | 09:12:10 |
| 24 | Q | Where? | 09:12:12 |
| 25 | A | Van's in St. Mary's, Ohio. | 09:12:12 |

Draft Copy

Page 11

| | | | |
|---|---|---|---|
| 1 | Q | How long have you been married to Mr. Fiely? | 09:12:15 |
| 2 | A | Forty-four years. | 09:12:19 |
| 3 | Q | Were you married at any time before your current | 09:12:21 |
| 4 | | marriage? | 09:12:24 |
| 5 | A | No. | 09:12:24 |
| 6 | Q | Do you have any children? | 09:12:25 |
| 7 | A | Five. | 09:12:26 |
| 8 | Q | And what are their names and ages? | 09:12:27 |
| 9 | A | Amy is 43; Christopher is 39; Jennifer is 39; Dave | 09:12:30 |
| 10 | | is 34; Doug is 33. | 09:12:38 |
| 11 | Q | Are all five your biological children? | 09:12:41 |
| 12 | A | Yes. | 09:12:44 |
| 13 | Q | Do you have any grandchildren? | 09:12:44 |
| 14 | A | Ten. | 09:12:45 |
| 15 | Q | Congratulations. | 09:12:47 |
| 16 | A | Thank you. | 09:12:49 |
| 17 | Q | Where did you go to high school? | 09:12:50 |
| 18 | A | Coldwater High School. | 09:12:53 |
| 19 | Q | Would you like a glass of water? | 09:12:55 |
| 20 | A | Yes, please. | 09:12:57 |
| 21 | Q | All right.  We'll both be doing a lot of talking so | 09:13:07 |
| 22 | | it's always helpful. | 09:13:09 |
| 23 | A | Thank you.  Thank you. | 09:13:10 |
| 24 | Q | You said you went to Coldwater High School? | 09:13:21 |
| 25 | A | Yes. | 09:13:24 |

Draft Copy

Page 12

| | | | |
|---|---|---|---|
| 1 | Q | Did you graduate? | 09:13:24 |
| 2 | A | Yes, I did. | 09:13:25 |
| 3 | Q | When? | 09:13:26 |
| 4 | A | 1968. | 09:13:26 |
| 5 | Q | And did you attend college or have any other post | 09:13:28 |
| 6 | | high school education? | 09:13:31 |
| 7 | A | Yes, I did.  I went to Indiana Vocational Technical | 09:13:32 |
| 8 | | College and got my LPN.  I returned to school and | 09:13:36 |
| 9 | | got my RN at Rhodes State College in Lima, Ohio. | 09:13:40 |
| 10 | Q | And when did you attend -- or, I'm sorry, let me | 09:13:44 |
| 11 | | rephrase that.  When did you receive degrees from | 09:13:48 |
| 12 | | each of those schools? | 09:13:51 |
| 13 | A | 1984 for my LPN and 1989 for my RN. | 09:13:53 |
| 14 | Q | Do you have any other postgraduate schooling or | 09:13:58 |
| 15 | | training? | 09:14:01 |
| 16 | A | I attended Wright State pursuing a business degree, | 09:14:02 |
| 17 | | but did not finish. | 09:14:07 |
| 18 | Q | Any other postgraduate, post high school? | 09:14:09 |
| 19 | A | No. | 09:14:12 |
| 20 | Q | Have you ever filed a charge of discrimination | 09:14:12 |
| 21 | | against any person or entity? | 09:14:17 |
| 22 | A | No, I did not. | 09:14:18 |
| 23 | Q | Have you ever filed a lawsuit in either state or | 09:14:19 |
| 24 | | federal court against an entity other than | 09:14:21 |
| 25 | | St. Mary's? | 09:14:23 |

Draft Copy

Page 13

| | | | |
|---|---|---|---|
| 1 | A | No, I did not. | 09:14:24 |
| 2 | Q | Have you ever been a party to a lawsuit other than | 09:14:25 |
| 3 | | this one? | 09:14:28 |
| 4 | A | No. | 09:14:29 |
| 5 | Q | And have you ever received any type of monetary | 09:14:29 |
| 6 | | employment from a prior employer relating to any | 09:14:33 |
| 7 | | employment-related complaint or issue? | 09:14:36 |
| 8 | A | No. | 09:14:38 |
| 9 | Q | Have you -- other than the proceeding we spoke | 09:14:38 |
| 10 | | about with which you -- in which you were deposed, | 09:14:46 |
| 11 | | have you ever been involved in any other legal | 09:14:49 |
| 12 | | proceeding as a witness? | 09:14:51 |
| 13 | A | No. | 09:14:54 |
| 14 | Q | Have you ever been arrested? | 09:14:55 |
| 15 | A | No -- well, for speeding. | 09:14:58 |
| 16 | Q | Arrested for anything else? | 09:15:03 |
| 17 | A | No. | 09:15:04 |
| 18 | Q | And were you ever charged with a crime? | 09:15:05 |
| 19 | A | No. | 09:15:09 |
| 20 | Q | Were you actually taken into custody as a result of | 09:15:09 |
| 21 | | speeding? | 09:15:13 |
| 22 | A | No. | 09:15:14 |
| 23 | Q | You were just issued a ticket? | 09:15:14 |
| 24 | A | Uh-huh.  Yes. | 09:15:16 |
| 25 | Q | How was that resolved? | 09:15:17 |

Draft Copy

Page 14

| | | | |
|---|---|---|---|
| 1 | A | How was that resolved? | 09:15:20 |
| 2 | Q | Yeah. | 09:15:21 |
| 3 | A | I paid the fine. | 09:15:22 |
| 4 | Q | Since you left St. Mary's, have you talked with any | 09:15:23 |
| 5 | | St. Mary's employees or former employees about any | 09:15:29 |
| 6 | | of your claims in this lawsuit? | 09:15:32 |
| 7 | A | No. | 09:15:33 |
| 8 | Q | Have you had any discussions with any other | 09:15:34 |
| 9 | | individuals about your claims in this lawsuit? | 09:15:51 |
| 10 | A | My spouse. | 09:15:54 |
| 11 | Q | Anyone else? | 09:15:56 |
| 12 | A | My daughter. | 09:15:58 |
| 13 | Q | Anyone else? | 09:16:03 |
| 14 | A | No. | 09:16:05 |
| 15 | Q | Tell us about your conversations with your spouse | 09:16:09 |
| 16 | | about this lawsuit. | 09:16:12 |
| 17 | A | I just talked to him about I thought it was unfair. | 09:16:13 |
| 18 | Q | What did you -- you said it was unfair.  What was | 09:16:23 |
| 19 | | unfair? | 09:16:26 |
| 20 | A | That I was terminated in the process that happened. | 09:16:27 |
| 21 | Q | Did you tell him why you thought it was unfair? | 09:16:41 |
| 22 | A | Because I don't think I had a chance really to | 09:16:46 |
| 23 | | explain my end of what happened. | 09:16:49 |
| 24 | Q | Have you told him anything else about why you | 09:16:53 |
| 25 | | thought it was unfair? | 09:16:55 |

Draft Copy

Page 15

| | | | |
|---|---|---|---|
| 1 | A | Because Lorraine had called me two weeks prior and | 09:16:57 |
| 2 | | asked me about a -- she had a good retirement | 09:17:04 |
| 3 | | package.  She called me at home. | 09:17:08 |
| 4 | Q | Okay.  We'll get into that.  I know you've made | 09:17:13 |
| 5 | | that same complaint -- allegation in your | 09:17:17 |
| 6 | | Complaint.  We'll get into that here in a little | 09:17:17 |
| 7 | | bit. | 09:17:19 |
| 8 | | MR. FRANKLIN:      Well, if that forms | 09:17:19 |
| 9 | | the basis of what she told her husband as | 09:17:21 |
| 10 | | to why it was unfair, I think she's | 09:17:23 |
| 11 | | allowed to answer the question, unless you | 09:17:24 |
| 12 | | don't want her to give complete answers, | 09:17:26 |
| 13 | | then we can just move on. | 09:17:28 |
| 14 | | MR. GARRISON:      Is that an objection? | 09:17:30 |
| 15 | | MR. FRANKLIN:      Yeah, that's an | 09:17:31 |
| 16 | | objection that has to be cured at this | 09:17:32 |
| 17 | | point. | 09:17:35 |
| 18 | | MR. GARRISON:      Well, it's noted. | 09:17:35 |
| 19 | | I'm going to continue with my questions. | 09:17:35 |
| 20 | | MR. FRANKLIN:      I'm just wondering if | 09:17:35 |
| 21 | | you want her to just give partial answers. | 09:17:36 |
| 22 | | MR. GARRISON:      Your objection is | 09:17:38 |
| 23 | | noted, to the extent there was an | 09:17:39 |
| 24 | | objection.  I'll continue with my | 09:17:41 |
| 25 | | questions. | 09:17:42 |

Draft Copy

Page 16

| | | | |
|---|---|---|---|
| 1 | | MR. FRANKLIN:        And I'll continue | 09:17:44 |
| 2 | | with my objections. | 09:17:45 |
| 3 | | MR. GARRISON:        Thank you. | 09:17:47 |
| 4 | Q | Did you tell your daughter anything different about | 09:17:47 |
| 5 | | this case than you told your spouse? | 09:17:49 |
| 6 | A | No. | 09:17:51 |
| 7 | Q | Let's talk now about the jobs you had before you | 09:17:51 |
| 8 | | started working at St. Mary's.  Let's talk first | 09:17:58 |
| 9 | | about the job you had immediately before you | 09:18:02 |
| 10 | | started at St. Mary's.  Where did you work? | 09:18:05 |
| 11 | A | Heritage Manor in Minster, Ohio. | 09:18:07 |
| 12 | Q | And when did you work there? | 09:18:11 |
| 13 | A | May 2004 through February 2005 prior -- well, | 09:18:13 |
| 14 | | 30-day notice and then I went to St. Mary's Living | 09:18:22 |
| 15 | | Center. | 09:18:24 |
| 16 | Q | And what was your position there? | 09:18:25 |
| 17 | A | Director of Nursing. | 09:18:26 |
| 18 | Q | Who was your immediate supervisor in that position? | 09:18:28 |
| 19 | A | Jolynda Timmerman. | 09:18:30 |
| 20 | Q | And what was her position? | 09:18:32 |
| 21 | A | Administrator. | 09:18:34 |
| 22 | Q | How did that employment end? | 09:18:39 |
| 23 | A | I gave my four-weeks notice and went to St. Mary's | 09:18:41 |
| 24 | | Living Center. | 09:18:47 |
| 25 | Q | Where did you work before Heritage Manor? | 09:18:48 |

Draft Copy

Page 17

| | | | |
|---|---|---|---|
| 1 | A | Chalet Village in Berne, Indiana. | 09:18:52 |
| 2 | Q | How long did you work there? | 09:18:58 |
| 3 | A | Three years.  I was first hired as a Staff | 09:19:00 |
| 4 | | Development Coordinator and then the Regional Nurse | 09:19:04 |
| 5 | | asked me to be the Director of Nursing. | 09:19:08 |
| 6 | Q | And so what were the dates of your employment? | 09:19:09 |
| 7 | | When did it start and when did it end? | 09:19:12 |
| 8 | A | 2001 to 2004. | 09:19:14 |
| 9 | Q | And how did that employment end? | 09:19:24 |
| 10 | A | I gave my notice and went to Heritage Manor. | 09:19:30 |
| 11 | Q | You resigned voluntarily? | 09:19:35 |
| 12 | A | Yes. | 09:19:38 |
| 13 | Q | Were you self-employed for any period of time | 09:19:38 |
| 14 | | before you worked at St. Mary's? | 09:19:42 |
| 15 | A | No, because I immediately went from Heritage to | 09:19:44 |
| 16 | | St. Mary's. | 09:19:47 |
| 17 | Q | Did you before -- at any time before you worked at | 09:19:49 |
| 18 | | St. Mary's, did you ever hold two jobs at once? | 09:19:51 |
| 19 | A | Yes, when I worked at Laurels of Shane Hill as a | 09:19:54 |
| 20 | | stock -- or a unit manager, I also worked at the | 09:20:01 |
| 21 | | hospital in Coldwater p.r.n., weekends I did. | 09:20:03 |
| 22 | Q | And what were the dates that you held those two | 09:20:07 |
| 23 | | jobs? | 09:20:10 |
| 24 | A | Probably about 2000 to 2001 when I went to Chalet. | 09:20:16 |
| 25 | Q | During the time you worked at St. Mary's, did you | 09:20:33 |

Draft Copy

Page 18

| | | | |
|---|---|---|---|
| 1 | | ever hold a second job? | 09:20:35 |
| 2 | A | No. | 09:20:36 |
| 3 | Q | Were you ever self-employed during the time you -- | 09:20:37 |
| 4 | A | No. | 09:20:37 |
| 5 | Q | -- worked at St. Mary's? | 09:20:42 |
| 6 | A | No. | 09:20:42 |
| 7 | Q | Again, just make sure I finish my question. | 09:20:42 |
| 8 | | Thanks.  When were you first hired at St. Mary's? | 09:20:44 |
| 9 | A | My start date was February 16, 2005. | 09:20:54 |
| 10 | Q | And how is it you came to work at St. Mary's? | 09:21:00 |
| 11 | A | They call them headhunters, had called me from | 09:21:04 |
| 12 | | December through January and I kept saying no and | 09:21:09 |
| 13 | | he kept offering me more benefits or money, and I | 09:21:12 |
| 14 | | had an interview with Pam and Jason Reese, and | 09:21:16 |
| 15 | | that's when I took the job. | 09:21:25 |
| 16 | Q | When was that interview? | 09:21:26 |
| 17 | A | In probably January of 2005. | 09:21:27 |
| 18 | Q | And you mentioned Pam.  What was Pam's last name? | 09:21:37 |
| 19 | A | Nichols at that time; it is Reese now. | 09:21:42 |
| 20 | Q | And what were their positions at the time they | 09:21:44 |
| 21 | | interviewed you? | 09:21:47 |
| 22 | A | I think Jason was CO and Pam was the head nurse of | 09:21:47 |
| 23 | | the company. | 09:22:00 |
| 24 | Q | Do you know who made the decision to hire you? | 09:22:00 |
| 25 | A | They did. | 09:22:04 |

Draft Copy

Page 19

1   Q   How do you know that?                            09:22:08

2   A   Because they offered me a position that day.     09:22:09

3   Q   And how did you respond to that?                 09:22:18

4   A   I accepted.                                       09:22:20

5            (Defendants' Exhibit A marked.)             09:22:47

6   Q   Ms. Fiely, I've handed you what's been marked as 09:22:47

7       Defendants' Exhibit 1 -- A, I'm sorry.  Do you   09:22:51

8       recognize that?                                  09:22:56

9   A   Yes.                                              09:22:57

10            MR. FRANKLIN:        Look at both pages,    09:23:03

11            please.                                     09:23:06

12  Q   After now having looked at it, do you recognize  09:23:21

13      that?                                             09:23:24

14  A   Yes.                                              09:23:24

15  Q   What is that?                                     09:23:24

16  A   It's a contract that I signed that said I would  09:23:25

17      work for a set amount of money and how I would get 09:23:31

18      paid biweekly and my paid time off accrued.      09:23:36

19  Q   Is this your signature on the second page?       09:23:41

20  A   Yes.                                              09:23:43

21  Q   Meaning you signed that a week after the letter was 09:23:44

22      sent to you, it looks like?                       09:23:49

23  A   Uh-huh.                                           09:23:50

24  Q   January 24th?                                     09:23:50

25  A   Yes.                                              09:23:52

Draft Copy

Page 20

```
 1   Q   And had you had any -- this was -- looks like it's    09:23:52

 2       signed by an individual named Matt Russelburg --      09:23:58

 3   A   Yes.                                                   09:23:58

 4   Q   -- correct?                                            09:24:00

 5   A   Yes.                                                   09:24:00

 6   Q   Had you had any discussions with Mr. Russelburg       09:24:01

 7       before you received this letter?                      09:24:05

 8   A   Not since that day when I met with him in -- at the   09:24:06

 9       building and I accepted, and then he sent me this     09:24:10

10       and I signed it.                                      09:24:13

11   Q   So what discussions did you have with                 09:24:14

12       Mr. Russelburg before you received this letter?       09:24:16

13   A   None.                                                 09:24:18

14   Q   You received this letter from Mr. Russelburg          09:24:20

15       without ever having talked -- spoken with him         09:24:24

16       before?                                               09:24:26

17   A   I spoke with him at the building when I was           09:24:26

18       interviewed.                                          09:24:28

19   Q   And that was the same day you spoke with --           09:24:28

20   A   Yes.                                                  09:24:28

21   Q   -- Jason and Pam?                                     09:24:30

22   A   Yes.  They were at the building that day because we   09:24:31

23       had an ice storm and they had come down because      09:24:34

24       they had trouble with the generator.  So they were   09:24:37

25       all at the building that day.                         09:24:46
```

Draft Copy

Page 21

| | | |
|---|---|---|
| 1 | Q | When you started at St. Mary's, did you receive any | 09:24:48 |
| 2 | | training? | 09:24:50 |
| 3 | A | Yes.  I had to go to -- around Cleveland for a day | 09:24:52 |
| 4 | | with Pam, review their policies. | 09:24:59 |
| 5 | Q | And who trained you? | 09:25:05 |
| 6 | A | Pam. | 09:25:06 |
| 7 | Q | And what did that training cover? | 09:25:07 |
| 8 | A | It was one day and it was policies. | 09:25:09 |
| 9 | Q | What type of policies? | 09:25:16 |
| 10 | A | Policies of the company. | 09:25:19 |
| 11 | | (Defendants' Exhibit B marked.) | 09:25:50 |
| 12 | Q | Ms. Fiely, you've been handed Defendants' | 09:25:50 |
| 13 | | Exhibit B? | 09:25:54 |
| 14 | A | Yes. | 09:25:54 |
| 15 | Q | Do you recognize this document? | 09:25:55 |
| 16 | A | Yes. | 09:25:57 |
| 17 | Q | What is it? | 09:25:57 |
| 18 | A | It's the orientation checkoff list that Matt | 09:25:58 |
| 19 | | Russelburg signed. | 09:26:05 |
| 20 | Q | Is that your signature as well? | 09:26:05 |
| 21 | A | Yes. | 09:26:07 |
| 22 | Q | And you mentioned Matt Russelburg signed it as | 09:26:07 |
| 23 | | well? | 09:26:12 |
| 24 | A | Yes. | 09:26:12 |
| 25 | Q | Where did he sign it? | 09:26:13 |

Draft Copy

Page 22

| | | | |
|---|---|---|---|
| 1 | A | Trainer signature. | 09:26:14 |
| 2 | Q | So you mentioned you went to Cleveland with Pam for | 09:26:16 |
| 3 | | a day.  Were you also trained by Mr. Russelburg? | 09:26:18 |
| 4 | A | Yes. | 09:26:21 |
| 5 | Q | When did that occur in relation to your training | 09:26:21 |
| 6 | | with Pam? | 09:26:25 |
| 7 | A | This occurred first. | 09:26:27 |
| 8 | Q | Your training with Mr. Russelburg? | 09:26:29 |
| 9 | A | As of 16th, that's my date of hire. | 09:26:31 |
| 10 | Q | And is this an accurate depiction where your | 09:26:35 |
| 11 | | signatures are placed of the items Mr. Russelburg | 09:26:40 |
| 12 | | reviewed with you? | 09:26:44 |
| 13 | A | Yes. | 09:26:45 |
| 14 | Q | Did Pam cover different or similar things to what | 09:26:46 |
| 15 | | Mr. Russelburg did? | 09:26:51 |
| 16 | A | Different. | 09:26:52 |
| 17 | Q | In what way? | 09:26:53 |
| 18 | A | The DON responsibilities and the DON's knowledge of | 09:26:54 |
| 19 | | the policies. | 09:27:02 |
| 20 | Q | What specific policies are you talking about? | 09:27:02 |
| 21 | A | Regarding the standards of care, the fall program, | 09:27:06 |
| 22 | | the weight program, the wounds, of that nature. | 09:27:16 |
| 23 | Q | So Pam reviewed with you policies that applied to | 09:27:27 |
| 24 | | St. Mary's residents? | 09:27:31 |
| 25 | A | Right, and the policies that were on the DON's | 09:27:34 |

Draft Copy

Page 23

```
 1       knowledge.                                        09:27:38

 2   Q   And how about policies that applied to you as an  09:27:39

 3       employee, did Pam cover any of those?            09:27:42

 4   A   No.  That's what Matt did.                        09:27:44

 5   Q   Okay.  During the time you worked at St. Mary's,  09:27:46

 6       did you receive employment policies or handbooks? 09:28:02

 7   A   Yes.                                              09:28:04

 8   Q   Did you receive supplements to those during your  09:28:05

 9       employment?                                       09:28:09

10   A   Yes.                                              09:28:09

11           (Defendants' Exhibit C marked.)              09:28:32

12   Q   Ms. Fiely, you've been handed what's been marked as 09:28:32

13       Defendants' Exhibit C.  Do you recognize that?   09:28:34

14   A   Yes.                                              09:28:36

15   Q   What is that?                                     09:28:36

16   A   The discipline process.                           09:28:37

17   Q   And just -- is this your signature as having --  09:28:43

18       signed as having received that?                  09:28:45

19   A   No.                                               09:28:47

20   Q   Is that someone else's signature that you can     09:28:47

21       recognize?                                        09:28:51

22   A   I cannot recognize it.                            09:28:51

23   Q   Were you given the discipline process when you were 09:28:53

24       employed at St. Mary's?                           09:28:57

25   A   Yes, and then it was updated, and I don't see an  09:29:00
```

Draft Copy

Page 24

| | | | |
|---|---|---|---|
| 1 | | update paper.  Throughout the eight years I was | 09:29:05 |
| 2 | | there, there was an update. | 09:29:09 |
| 3 | | (Defendants' Exhibit D marked.) | 09:29:38 |
| 4 | Q | Ms. Fiely, now you've been handed what's been | 09:29:38 |
| 5 | | marked as Defendants' Exhibit D.  Do you recognize | 09:29:41 |
| 6 | | that? | 09:29:42 |
| 7 | A | Yes. | 09:29:43 |
| 8 | Q | What is it? | 09:29:44 |
| 9 | A | The corporate compliance out of the handbook, the | 09:29:45 |
| 10 | | corporate compliance handbook. | 09:29:52 |
| 11 | Q | Is that your signature on the bottom of the | 09:29:55 |
| 12 | | document? | 09:29:56 |
| 13 | A | Yes. | 09:29:56 |
| 14 | Q | Do you recall actually receiving the employee | 09:29:56 |
| 15 | | handbook at the time you signed this document? | 09:30:00 |
| 16 | A | Yes. | 09:30:02 |
| 17 | Q | As well as the corporate compliance documentation? | 09:30:02 |
| 18 | A | Yes. | 09:30:05 |
| 19 | | (Defendants' Exhibit E marked.) | 09:30:31 |
| 20 | Q | Ms. Fiely, now you've been handed what's been | 09:30:31 |
| 21 | | marked as Defendants' Exhibit E.  Do you recognize | 09:30:34 |
| 22 | | that? | 09:30:36 |
| 23 | A | Yes. | 09:30:36 |
| 24 | Q | What is that? | 09:30:36 |
| 25 | A | The equal employment opportunity. | 09:30:37 |

Draft Copy

Page 25

| | | | |
|---|---|---|---|
| 1 | Q | Did you receive a copy of this when you were | 09:30:41 |
| 2 | | employed at St. Mary's? | 09:30:43 |
| 3 | A | Yes. | 09:30:45 |
| 4 | | (Defendants' Exhibit F marked.) | 09:31:20 |
| 5 | Q | Ms. Fiely, now you've been handed what's been | 09:31:20 |
| 6 | | marked as Defendants' Exhibit -- is it F?  Do you | 09:31:24 |
| 7 | | recognize that? | 09:31:25 |
| 8 | A | Yes. | 09:31:26 |
| 9 | Q | What is it? | 09:31:26 |
| 10 | A | It's the policy from Atrium regarding their FMLA | 09:31:28 |
| 11 | | leave of absence. | 09:31:35 |
| 12 | Q | How do you recognize that? | 09:31:36 |
| 13 | A | I've seen it many times. | 09:31:37 |
| 14 | Q | You were provided this during your employment at | 09:31:39 |
| 15 | | St. Mary's? | 09:31:44 |
| 16 | A | Yes. | 09:31:46 |
| 17 | | (Defendants' Exhibit G marked.) | 09:32:18 |
| 18 | Q | Ms. Fiely, now you've been handed what's been | 09:32:18 |
| 19 | | marked as Defendants' Exhibit G.  Do you recognize | 09:32:21 |
| 20 | | that? | 09:32:23 |
| 21 | A | Yes. | 09:32:24 |
| 22 | Q | What is it? | 09:32:24 |
| 23 | A | It's another policy from Atrium Living Centers | 09:32:25 |
| 24 | | regarding their Family -- FMLA Absence Act and | 09:32:33 |
| 25 | | Military Family Leave. | 09:32:36 |

Draft Copy

Page 26

| 1 | Q | How do you recognize that? | 09:32:37 |
| 2 | A | I've seen it before. | 09:32:39 |
| 3 | Q | Was it provided to you during your employment at | 09:32:41 |
| 4 | | St. Mary's? | 09:32:43 |
| 5 | A | Yes. | 09:32:44 |
| 6 | | (Defendants' Exhibit H marked.) | 09:33:22 |
| 7 | Q | Ms. Fiely, now you've been marked -- or handed | 09:33:22 |
| 8 | | what's been marked as Defendants' Exhibit H.  Do | 09:33:24 |
| 9 | | you recognize that? | 09:33:26 |
| 10 | A | Yes. | 09:33:28 |
| 11 | Q | What is it? | 09:33:29 |
| 12 | A | It's the discipline policy. | 09:33:30 |
| 13 | Q | How do you recognize that? | 09:33:32 |
| 14 | A | I've used it many times. | 09:33:34 |
| 15 | Q | In what role? | 09:33:36 |
| 16 | A | As a Director of Nursing. | 09:33:37 |
| 17 | Q | So you were provided this during your employment at | 09:33:39 |
| 18 | | St. Mary's? | 09:33:41 |
| 19 | A | Yes. | 09:33:42 |
| 20 | Q | And you actually used it when, I presume, you were | 09:33:42 |
| 21 | | disciplining folks at St. Mary's? | 09:33:45 |
| 22 | A | Yes. | 09:33:47 |
| 23 | Q | You're aware, as we've gone over just now, that | 09:33:55 |
| 24 | | St. Mary's has policies that prohibit harassment, | 09:34:00 |
| 25 | | discrimination, and retaliation? | 09:34:02 |

Draft Copy

Page 27

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 09:34:04 |
| 2 | Q | And you're aware that there are HR and other | 09:34:04 |
| 3 | | avenues available to you to report claims of | 09:34:07 |
| 4 | | discrimination, harassment, or retaliation? | 09:34:11 |
| 5 | A | Yes. | 09:34:13 |
| 6 | Q | As well as any offensive conduct or unfair | 09:34:14 |
| 7 | | treatment? | 09:34:18 |
| 8 | A | Yes. | 09:34:18 |
| 9 | Q | And did you have a human resource representative or | 09:34:19 |
| 10 | | contact during your employment at St. Mary's? | 09:34:23 |
| 11 | A | Yes. | 09:34:26 |
| 12 | Q | Who was that? | 09:34:26 |
| 13 | A | Bob Hueneford. | 09:34:27 |
| 14 | Q | Is that Bob Huenefeld? | 09:34:31 |
| 15 | A | Yeah. | 09:34:33 |
| 16 | Q | Okay.  And how long was Bob your HR representative | 09:34:34 |
| 17 | | during the time you were at St. Mary's? | 09:34:36 |
| 18 | A | I think the last couple years of my employment | 09:34:38 |
| 19 | | there. | 09:34:46 |
| 20 | Q | And so as we've just reviewed, you're aware that | 09:34:51 |
| 21 | | St. Mary's had policies on leaves of absence and | 09:34:56 |
| 22 | | family medical leave? | 09:34:58 |
| 23 | A | Yes. | 09:34:59 |
| 24 | Q | And that there was a discipline policy in place? | 09:35:00 |
| 25 | A | Yes. | 09:35:03 |

Draft Copy

Page 28

| 1 | Q | And you were very familiar with the conduct under | 09:35:03 |
| 2 | | that policy that would result in discipline? | 09:35:06 |
| 3 | A | Yes. | 09:35:08 |
| 4 | Q | As I understand it, you only held one position | 09:35:09 |
| 5 | | during the entire time you worked at St. Mary's; is | 09:35:13 |
| 6 | | that correct? | 09:35:15 |
| 7 | A | Yes. | 09:35:15 |
| 8 | Q | What position was that? | 09:35:16 |
| 9 | A | Director of Nursing. | 09:35:17 |
| 10 | Q | Just tell us briefly your job duties and | 09:35:18 |
| 11 | | responsibilities in that position. | 09:35:22 |
| 12 | A | Scheduling the staff for the floor, monitoring the | 09:35:26 |
| 13 | | falls, the weight loss, the wounds, monitoring the | 09:35:32 |
| 14 | | staff, following their policies. | 09:35:41 |
| 15 | Q | Anything else that you can recall? | 09:35:50 |
| 16 | A | Infection control, both residents and staff. | 09:35:53 |
| 17 | Q | How about in terms of employee relations, what was | 09:36:06 |
| 18 | | your job related to employee relations? | 09:36:09 |
| 19 | A | Customer service to all. | 09:36:15 |
| 20 | Q | Including employees? | 09:36:16 |
| 21 | A | Including employees. | 09:36:18 |
| 22 | Q | How many people did you supervise during the time | 09:36:20 |
| 23 | | you were Director of Nursing?  I don't need exact | 09:36:25 |
| 24 | | numbers at all times but just a ballpark. | 09:36:28 |
| 25 | A | Approximately 30. | 09:36:30 |

Draft Copy

Page 29

| | | | |
|---|---|---|---|
| 1 | Q | And what were your regularly scheduled work hours | 09:36:31 |
| 2 | | and days? | 09:36:33 |
| 3 | A | Mine? | 09:36:34 |
| 4 | Q | Yes. | 09:36:34 |
| 5 | A | I didn't have scheduled work hours and days. | 09:36:35 |
| 6 | Q | When did you typically work though? | 09:36:38 |
| 7 | A | Nine to ten hours a day from about 8:00 'til 5:00, | 09:36:40 |
| 8 | | 5:30, sometimes 6:00. | 09:36:45 |
| 9 | Q | Was that Monday to Friday? | 09:36:47 |
| 10 | A | Uh-huh, and sometimes weekends if necessary. | 09:36:48 |
| 11 | Q | And who supervised you? | 09:36:50 |
| 12 | A | The Administrator. | 09:36:52 |
| 13 | Q | Did you report to anyone else? | 09:36:58 |
| 14 | A | No -- well, Regional Nurse when they came. | 09:37:00 |
| 15 | Q | Who were the administrators during the time you | 09:37:07 |
| 16 | | were the Director of Nursing at St. Mary's? | 09:37:10 |
| 17 | A | Matt Russelburg, Brandi Slick, and there was an | 09:37:12 |
| 18 | | interim prior to Lorraine. | 09:37:20 |
| 19 | Q | You said that one of your jobs was customer service | 09:37:27 |
| 20 | | to all, to residents, families, and -- | 09:37:31 |
| 21 | A | Anybody. | 09:37:33 |
| 22 | Q | -- employees.  How would you define your | 09:37:33 |
| 23 | | supervisory style? | 09:37:38 |
| 24 | A | I have a mixture of supervisory styles.  I don't | 09:37:40 |
| 25 | | have just one style.  I feel like I was a -- I | 09:37:43 |

Draft Copy

Page 30

| | | | |
|---|---|---|---|
| 1 | | would get the staff involved if we were going to | 09:37:56 |
| 2 | | make a big -- a major change or had a new plan.  I | 09:37:59 |
| 3 | | would ask them questions on how to -- what were | 09:38:03 |
| 4 | | their recommendations 'cause they're the ones that | 09:38:06 |
| 5 | | were working the floor. | 09:38:09 |
| 6 | Q | Any other way you'd define your supervisory style? | 09:38:12 |
| 7 | A | No. | 09:38:17 |
| 8 | Q | Did you ever get angry with the staff that reported | 09:38:17 |
| 9 | | to you? | 09:38:22 |
| 10 | A | I got upset. | 09:38:22 |
| 11 | Q | When you say upset, how did that manifest itself? | 09:38:26 |
| 12 | A | I'm not sure I understand the question. | 09:38:30 |
| 13 | Q | When you felt upset, how did you behave? | 09:38:36 |
| 14 | A | I would speak -- I would speak to the nurses or | 09:38:42 |
| 15 | | whoever, other aides, and ask them what was going | 09:38:48 |
| 16 | | on, why they were doing what they were doing. | 09:38:53 |
| 17 | Q | Did you show those aides or other staff members | 09:38:58 |
| 18 | | that you were upset? | 09:39:02 |
| 19 | A | Not to my knowledge. | 09:39:03 |
| 20 | Q | What made you upset? | 09:39:06 |
| 21 | A | They did not do the narcotic count on each day, if | 09:39:09 |
| 22 | | they were not giving good care. | 09:39:15 |
| 23 | Q | What else made you upset? | 09:39:24 |
| 24 | A | Basically not giving good care is what upset me the | 09:39:27 |
| 25 | | most. | 09:39:43 |

Draft Copy

Page 31

| | | | |
|---|---|---|---|
| 1 | Q | And when you became upset and when you believed | 09:39:44 |
| 2 | | staff did not provide good care, how did you react? | 09:39:49 |
| 3 | A | I would call them into my office.  Sometimes they | 09:39:52 |
| 4 | | were not even getting along, and I called them into | 09:39:57 |
| 5 | | my office and ask them why, what was the problem, | 09:40:01 |
| 6 | | which in turn caused not good care. | 09:40:05 |
| 7 | Q | Was there ever a time when you addressed issues | 09:40:09 |
| 8 | | with resident care outside your office? | 09:40:13 |
| 9 | A | No, not to my knowledge. | 09:40:18 |
| 10 | | (Defendants' Exhibit I marked.) | 09:40:50 |
| 11 | Q | Ms. Fiely, you've been handed what's been marked as | 09:40:50 |
| 12 | | Defendants' Exhibit I.  Do you recognize that? | 09:40:54 |
| 13 | A | Yes.  Job description. | 09:40:58 |
| 14 | Q | For your job as the Director of Nursing? | 09:41:03 |
| 15 | A | Right.  Yes. | 09:41:06 |
| 16 | Q | And this is eight pages long so I'd ask you to look | 09:41:07 |
| 17 | | through it and -- first let me know, it looks like | 09:41:11 |
| 18 | | it was signed by Mr. Russelburg on the last page? | 09:41:16 |
| 19 | A | Yes. | 09:41:23 |
| 20 | Q | And it looks like there's some handwriting on the | 09:41:24 |
| 21 | | first page and where -- a line that says employee | 09:41:28 |
| 22 | | signature on the last page.  Do you recall if -- | 09:41:31 |
| 23 | | the employee signature is rather faint.  Do you | 09:41:34 |
| 24 | | recall if you signed this document at the time your | 09:41:37 |
| 25 | | employment began? | 09:41:39 |

Draft Copy

Page 32

| 1 | A | Yes. | 09:41:39 |
| 2 | Q | You did? | 09:41:40 |
| 3 | A | Yes. | 09:41:40 |
| 4 | Q | And, again, as you review the document, take | 09:41:41 |
| 5 | | whatever time you need, is this an accurate | 09:41:45 |
| 6 | | representation and summary of your job duties as | 09:41:47 |
| 7 | | the Director of Nursing at St. Mary's? | 09:41:51 |
| 8 | A | Yes. | 09:41:54 |
| 9 | Q | Now, you held the DON position for the entirety of | 09:42:16 |
| 10 | | your time at St. Mary's.  Did you ever seek any | 09:42:24 |
| 11 | | other position? | 09:42:26 |
| 12 | A | At that building? | 09:42:29 |
| 13 | Q | Yes. | 09:42:31 |
| 14 | A | No. | 09:42:31 |
| 15 | Q | So you started your employment with St. Mary's in, | 09:42:32 |
| 16 | | it looks like, February of 2010? | 09:42:39 |
| 17 | A | 2005. | 09:42:42 |
| 18 | Q | 2005, I'm sorry.  Did you leave your employment at | 09:42:42 |
| 19 | | St. Mary's any time before 2013? | 09:42:45 |
| 20 | A | Yes, in 2010. | 09:42:48 |
| 21 | Q | When was that in 2010? | 09:42:50 |
| 22 | A | July. | 09:42:53 |
| 23 | Q | July 26th sound accurate? | 09:42:54 |
| 24 | A | 23rd. | 09:42:56 |
| 25 | Q | 23rd.  And what led to your separation at that | 09:42:58 |

Draft Copy

Page 33

| | | | |
|---|---|---|---|
| 1 | | time? | 09:43:00 |
| 2 | A | I was working with an unknowledgeable administrator | 09:43:00 |
| 3 | | who didn't even realize that an RN had to be on | 09:43:10 |
| 4 | | call 24/7, and I just could not work with her | 09:43:14 |
| 5 | | anymore at that time. | 09:43:19 |
| 6 | Q | So what did you do as a result of that? | 09:43:21 |
| 7 | A | I left. | 09:43:23 |
| 8 | Q | You resigned voluntarily? | 09:43:25 |
| 9 | A | Yes. | 09:43:27 |
| 10 | Q | Did you provide any notice of that resignation? | 09:43:27 |
| 11 | A | No. | 09:43:31 |
| 12 | Q | Did you inform anyone before you left about why you | 09:43:38 |
| 13 | | were leaving? | 09:43:41 |
| 14 | A | No. | 09:43:41 |
| 15 | Q | Did you inform anyone after you left about why you | 09:43:42 |
| 16 | | left? | 09:43:46 |
| 17 | A | No. | 09:43:49 |
| 18 | Q | The administrator, what was that administrator's | 09:43:50 |
| 19 | | name? | 09:43:55 |
| 20 | A | Brandi Slick. | 09:43:56 |
| 21 | Q | You ended up returning to St. Mary's though, | 09:43:57 |
| 22 | | correct? | 09:44:03 |
| 23 | A | Yes. | 09:44:04 |
| 24 | Q | When was that? | 09:44:04 |
| 25 | A | September 2010. | 09:44:05 |

Draft Copy

Page 34

| | | | |
|---|---|---|---|
| 1 | Q | Do you know the date in September? | 09:44:08 |
| 2 | A | The 20th. | 09:44:10 |
| 3 | Q | September 20?  Who was the Administrator at that | 09:44:10 |
| 4 | | time? | 09:44:14 |
| 5 | A | Brandi Slick. | 09:44:14 |
| 6 | Q | And why did you return? | 09:44:16 |
| 7 | A | I was asked to come back. | 09:44:18 |
| 8 | Q | Who asked you to come back? | 09:44:19 |
| 9 | A | Barry. | 09:44:21 |
| 10 | Q | When did Barry ask you to come back? | 09:44:26 |
| 11 | A | I don't know the exact date. | 09:44:30 |
| 12 | Q | Was it at the -- shortly after you left, closer to | 09:44:36 |
| 13 | | the time you started? | 09:44:40 |
| 14 | A | Closer to the time I returned. | 09:44:41 |
| 15 | Q | Tell us about your discussions with Barry when he | 09:44:43 |
| 16 | | asked you to return. | 09:44:46 |
| 17 | A | I told him I didn't think I wanted to come back at | 09:44:47 |
| 18 | | that time. | 09:44:53 |
| 19 | Q | Who initiated that discussion? | 09:44:53 |
| 20 | A | Barry. | 09:44:55 |
| 21 | Q | And what did he say to you? | 09:44:56 |
| 22 | A | He just asked me if I was wanting -- would be | 09:44:59 |
| 23 | | willing to come back to work at St. Mary's Living | 09:45:04 |
| 24 | | Center. | 09:45:08 |
| 25 | Q | Did he tell you why he wanted you to come back? | 09:45:08 |

Draft Copy

Page 35

| | | | |
|---|---|---|---|
| 1 | A | That I was a strong DON and I had good surveys and | 09:45:11 |
| 2 | | worked well and asked me if I'd come back. | 09:45:18 |
| 3 | Q | And how did you respond to that? | 09:45:20 |
| 4 | A | I told him first I did not think I wanted to come | 09:45:22 |
| 5 | | back. | 09:45:25 |
| 6 | Q | Did you tell him why? | 09:45:25 |
| 7 | A | Yes. | 09:45:26 |
| 8 | Q | And how did he react to that? | 09:45:27 |
| 9 | A | He said let's set up a meeting and we'll discuss it | 09:45:29 |
| 10 | | with Brandi. | 09:45:36 |
| 11 | Q | And did that end up happening? | 09:45:39 |
| 12 | A | Yes. | 09:45:40 |
| 13 | Q | When was that? | 09:45:41 |
| 14 | A | Probably the week before I came back. | 09:45:42 |
| 15 | Q | So early September of 2010? | 09:45:49 |
| 16 | A | Right. | 09:45:51 |
| 17 | Q | Who participated in that meeting? | 09:45:52 |
| 18 | A | Brandi and I, and Barry was on conference call. | 09:45:55 |
| 19 | Q | Okay.  And where did it take place? | 09:45:59 |
| 20 | A | In a restaurant in New Bremen, Ohio. | 09:46:01 |
| 21 | Q | And tell us what happened during that meeting. | 09:46:05 |
| 22 | A | Brandi and I and Barry on speakerphone just | 09:46:07 |
| 23 | | discussed our goals and what we wanted to do | 09:46:17 |
| 24 | | with -- what we wanted to accomplish, and then I | 09:46:19 |
| 25 | | told Barry on my way home that I would think about | 09:46:24 |

Draft Copy

Page 36

| | | | |
|---|---|---|---|
| 1 | | it, I wasn't still sure I wanted to come back. | 09:46:26 |
| 2 | | And when I got home, Paul Gustafson called | 09:46:30 |
| 3 | | me, who was the D.O., and asked me to return, and | 09:46:35 |
| 4 | | that's when I said I would return. | 09:46:38 |
| 5 | Q | What was Barry's position at that time? | 09:46:39 |
| 6 | A | Regional Nurse. | 09:46:41 |
| 7 | Q | So what did you -- tell us about the process of | 09:46:45 |
| 8 | | returning as it relates to the process you went | 09:47:12 |
| 9 | | through when you first started employment at | 09:47:15 |
| 10 | | St. Mary's. | 09:47:16 |
| 11 | A | I just returned on that following Monday after the | 09:47:19 |
| 12 | | discussion with Paul and Barry and back into my | 09:47:24 |
| 13 | | position. | 09:47:27 |
| 14 | Q | Did you go through any additional training? | 09:47:28 |
| 15 | A | No. | 09:47:30 |
| 16 | Q | So we talked a little bit ago about the | 09:47:30 |
| 17 | | Administrators who were your supervisors during | 09:47:43 |
| 18 | | your time at St. Mary's. | 09:47:45 |
| 19 | A | Yes. | 09:47:45 |
| 20 | Q | And I guess we can break that up into two parts, | 09:47:45 |
| 21 | | the time before you left in 2010 and the time after | 09:47:48 |
| 22 | | you left.  As I understand it, you had Brandi -- | 09:47:51 |
| 23 | | after you came back in 2010 Brandi Slick? | 09:47:55 |
| 24 | A | Yes. | 09:47:58 |
| 25 | Q | And then there was an interim following that? | 09:47:58 |

Draft Copy

Page 37

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 09:48:02 |
| 2 | Q | Do you recall that interim Administrator's name? | 09:48:03 |
| 3 | A | No. | 09:48:05 |
| 4 | Q | And then that was followed by Lorraine? | 09:48:06 |
| 5 | A | Yes. | 09:48:09 |
| 6 | Q | When did Lorraine start as your supervisor? | 09:48:09 |
| 7 | A | December 2010. | 09:48:12 |
| 8 | Q | And how long was Brandi the Administrator after you | 09:48:20 |
| 9 | | returned? | 09:48:24 |
| 10 | A | Approximately 30 days. | 09:48:24 |
| 11 | Q | Her employment ended sometime in October? | 09:48:26 |
| 12 | A | Yes. | 09:48:29 |
| 13 | Q | Let's talk about the time you reported to Lorraine. | 09:48:30 |
| 14 | | What was her role as the facility's Administrator? | 09:48:40 |
| 15 | A | Her role as a Facilities Administrator was to take | 09:48:46 |
| 16 | | care of the financials and to administrate the | 09:48:52 |
| 17 | | building, make sure it was properly run. | 09:48:56 |
| 18 | Q | Did you see Lorraine on a daily basis? | 09:48:59 |
| 19 | A | Yes. | 09:49:04 |
| 20 | Q | I mean, did you have regular interaction with her? | 09:49:04 |
| 21 | A | Basically just at the a.m. meetings. | 09:49:07 |
| 22 | Q | And tell us about that interaction.  What was the | 09:49:11 |
| 23 | | subject of it, what did you discuss? | 09:49:17 |
| 24 | A | We discussed -- in a.m. meetings, we discussed the | 09:49:19 |
| 25 | | new orders, any possible admissions, any | 09:49:27 |

Draft Copy

Page 38

| | | | |
|---|---|---|---|
| 1 | | discharges. | 09:49:31 |
| 2 | Q | And how frequently did you interact with her during | 09:49:33 |
| 3 | | the remainder of the day? | 09:49:37 |
| 4 | A | Not a whole lot.  Her office was in the front of | 09:49:39 |
| 5 | | the building, mine was in the back of the building. | 09:49:43 |
| 6 | Q | So Lorraine was your supervisor from December 2010 | 09:49:49 |
| 7 | | until your employment ended in April of 2013? | 09:49:53 |
| 8 | A | Yes. | 09:49:56 |
| 9 | Q | Describe your relationship with Lorraine. | 09:49:57 |
| 10 | A | Very good at the beginning.  We had to do meetings | 09:50:00 |
| 11 | | in Columbus or various places, Kentucky, we had to | 09:50:16 |
| 12 | | travel together, and we seemed to fit very well. | 09:50:24 |
| 13 | | We liked to go shopping between meetings or after | 09:50:27 |
| 14 | | the meeting. | 09:50:30 |
| 15 | Q | What else made that a good relationship? | 09:50:34 |
| 16 | A | I think we had the same goals. | 09:50:39 |
| 17 | Q | So how did that relationship continue after -- you | 09:50:48 |
| 18 | | said it was very good in the beginning? | 09:50:53 |
| 19 | A | Uh-huh. | 09:50:55 |
| 20 | Q | How long would you say it was very good? | 09:50:56 |
| 21 | A | Up until the early part of 2013. | 09:50:58 |
| 22 | Q | What happened then? | 09:51:12 |
| 23 | A | Nothing particular, it just seemed to erode. | 09:51:14 |
| 24 | Q | And how did it erode? | 09:51:23 |
| 25 | A | I think part of the problem was we did not speak | 09:51:25 |

Draft Copy

Page 39

```
 1         with each other very much even during the time      09:51:30
 2         prior to that because, like I said, my office was    09:51:33
 3         in the back, I was busy back there at the nurse's    09:51:35
 4         station or in committees and meetings, and her       09:51:39
 5         office was in front, she was gone a lot.  And we     09:51:42
 6         tried to set up a time, and it might happen one day  09:51:45
 7         and after that it would be two, three, four days     09:51:48
 8         before it would happen again, because --             09:51:52
 9    Q    So what -- go ahead.  I'm sorry.                      09:51:54
10    A    Because she also did a lot of marketing so she was   09:51:55
11         gone quite a bit.                                    09:51:59
12    Q    And what impact did that have on your relationship   09:52:00
13         with her?                                            09:52:02
14    A    How did what impact?                                 09:52:03
15    Q    The fact that you had a less frequent interaction    09:52:07
16         with her, how did that impact your relationship      09:52:09
17         with her?                                            09:52:12
18    A    Just like any team, when you don't work together as  09:52:13
19         much, you seem to separate.                          09:52:20
20    Q    And what were the byproducts?  What feelings did     09:52:23
21         you have when you started to separate about your     09:52:26
22         relationship with Lorraine.                          09:52:29
23    A    I think I felt -- I think I felt displaced.  A lot   09:52:32
24         of times I did not know what was going on.  I would  09:52:41
25         have to find out from sometimes the staff.           09:52:44
```

Draft Copy

Page 40

| | | | |
|---|---|---|---|
| 1 | Q | And how did that make you feel? | 09:52:52 |
| 2 | A | Displaced, like I wasn't part of the building | 09:52:54 |
| 3 | | anymore. | 09:52:58 |
| 4 | Q | Did you think you were treated fairly by Lorraine? | 09:53:00 |
| 5 | A | Most of the time. | 09:53:03 |
| 6 | Q | When were you -- you believe you were not treated | 09:53:10 |
| 7 | | fairly by Lorraine? | 09:53:13 |
| 8 | A | After I read all the information that I was sent by | 09:53:15 |
| 9 | | your staff. | 09:53:20 |
| 10 | Q | So at no -- | 09:53:22 |
| 11 | A | I was -- | 09:53:22 |
| 12 | Q | -- time during your employment did you feel that | 09:53:23 |
| 13 | | you were treated unfairly by Lorraine? | 09:53:25 |
| 14 | A | Just that I felt I wasn't being treated fairly as | 09:53:29 |
| 15 | | a DON because I wasn't daily involved in what was | 09:53:32 |
| 16 | | going on. | 09:53:38 |
| 17 | Q | Do you have any other problems with Lorraine that | 09:53:39 |
| 18 | | we haven't already talked about? | 09:53:46 |
| 19 | A | I can't think of any at this time. | 09:53:48 |
| 20 | Q | Did she ever say anything to you or engage in any | 09:53:58 |
| 21 | | conduct toward you that you found to be offensive | 09:54:02 |
| 22 | | or inappropriate? | 09:54:04 |
| 23 | A | Not at this time, I can't think of anything. | 09:54:17 |
| 24 | Q | Did she ever say anything to anyone else that you | 09:54:25 |
| 25 | | heard and found to be offensive or inappropriate? | 09:54:32 |

Draft Copy

Page 41

```
 1   A   I don't remember.                               09:54:36

 2   Q   There's nothing that you can recall now?        09:54:48

 3   A   No.                                             09:54:50

 4   Q   Do you think Lorraine had any problem with you  09:54:51

 5       because of your age?                            09:54:57

 6   A   Yes.                                            09:54:58

 7   Q   Why?                                            09:54:58

 8   A   She told me more than once that I could go find a  09:54:58

 9       job anywhere, why don't I just retire.  But she 09:55:06

10       would say it in a way that she was looking for  09:55:14

11       something else too.  These were like on our     09:55:16

12       business trips, these kind of comments were made 09:55:19

13       mostly.                                         09:55:22

14   Q   Anything else?                                  09:55:27

15   A   No.                                             09:55:29

16   Q   How many times do you claim that she made those 09:55:41

17       comments to you?                                09:55:44

18   A   I would say in that last year, four to five times. 09:55:46

19   Q   Four to five times in, you said, over the last  09:55:56

20       year, so what time period would that encompass? 09:56:01

21   A   Well, we had to go on -- like I said, it mostly 09:56:07

22       happened on -- when we were traveling and we would 09:56:13

23       start talking.                                  09:56:15

24   Q   Let me ask the question in a different way.  When 09:56:17

25       was the first time you claim she made a comment 09:56:20
```

Draft Copy

Page 42

| | | | |
|---|---|---|---|
| 1 | | about retirement to you? | 09:56:22 |
| 2 | A | I think in February when we were traveling to | 09:56:32 |
| 3 | | Columbus. | 09:56:38 |
| 4 | Q | February of what year? | 09:56:40 |
| 5 | A | 2013. | 09:56:42 |
| 6 | Q | Okay.  And tell me what you claim she said at that | 09:56:43 |
| 7 | | time. | 09:56:51 |
| 8 | A | Just asked me why I didn't retire.  And we were | 09:56:51 |
| 9 | | discussing how stressful the work was anymore. | 09:57:04 |
| 10 | Q | Did you tell her that you believed the work was | 09:57:14 |
| 11 | | stressful? | 09:57:17 |
| 12 | A | At times. | 09:57:19 |
| 13 | Q | During that conversation? | 09:57:20 |
| 14 | A | Yes, at -- at times I said yes, it is stressful at | 09:57:21 |
| 15 | | times. | 09:57:25 |
| 16 | Q | What else were you discussing during that | 09:57:26 |
| 17 | | conversation? | 09:57:30 |
| 18 | A | Just -- we just talked about all the things we had | 09:57:34 |
| 19 | | to accomplish in a 24-hour period of time, and | 09:57:48 |
| 20 | | that's how this came about. | 09:57:51 |
| 21 | Q | And what did she say exactly? | 09:57:53 |
| 22 | A | Oh, I can't tell you exactly.  That's been a long | 09:57:55 |
| 23 | | time ago. | 09:57:58 |
| 24 | Q | As close as you can get it anyway. | 09:57:59 |
| 25 | A | Please repeat that question. | 09:58:05 |

Draft Copy

Page 43

| | | | |
|---|---|---|---|
| 1 | Q | Please tell us, as closely as you can remember it, | 09:58:08 |
| 2 | | exactly what you claim Lorraine said to you during | 09:58:15 |
| 3 | | that car ride that made you feel that she had a | 09:58:19 |
| 4 | | problem with you because of your age. | 09:58:24 |
| 5 | A | Basically just what I told you.  We just talked | 09:58:34 |
| 6 | | about sometimes the stress during the job and asked | 09:58:37 |
| 7 | | me why I didn't retire because I was getting old | 09:58:41 |
| 8 | | enough -- I could retire early, why didn't I retire | 09:58:43 |
| 9 | | and maybe find a part-time job.  That's basically | 09:58:48 |
| 10 | | all we talked about. | 09:58:50 |
| 11 | Q | Did she say because you were getting old? | 09:58:51 |
| 12 | A | No.  But she -- | 09:58:54 |
| 13 | Q | Did she explicitly reference your age in any way? | 09:58:58 |
| 14 | A | Regarding retirement, yes. | 09:59:02 |
| 15 | Q | And how did she reference your age? | 09:59:05 |
| 16 | A | You should be old enough to get thinking about | 09:59:07 |
| 17 | | retirement. | 09:59:10 |
| 18 | Q | Any other way? | 09:59:10 |
| 19 | A | No. | 09:59:12 |
| 20 | Q | Did she ever reference herself retiring as well? | 09:59:13 |
| 21 | A | No. | 09:59:17 |
| 22 | Q | She never discussed that, her intent to or desire | 09:59:18 |
| 23 | | to during those conversations? | 09:59:21 |
| 24 | A | No. | 09:59:22 |
| 25 | Q | Did you ever express to her your desire to retire? | 09:59:23 |

Draft Copy

Page 44

| | | | |
|---|---|---|---|
| 1 | A | I think I -- I said I wasn't old enough to retire | 09:59:37 |
| 2 | | yet. | 09:59:43 |
| 3 | Q | Did you indicate to her an intent to retire or a | 09:59:44 |
| 4 | | desire -- | 09:59:47 |
| 5 | A | No. | 09:59:47 |
| 6 | Q | -- to retire? | 09:59:47 |
| 7 | A | No. | 09:59:48 |
| 8 | Q | You never indicated to her -- | 09:59:48 |
| 9 | A | No. No. | 09:59:49 |
| 10 | Q | You're going to need to let me finish my questions, | 09:59:50 |
| 11 | | Ms. Fiely. | 09:59:53 |
| 12 | A | Sorry. | 09:59:53 |
| 13 | Q | Did Lorraine ever discuss with you an intent to | 09:59:53 |
| 14 | | leave St. Mary's? | 10:00:05 |
| 15 | A | For me to leave St. Mary's? | 10:00:09 |
| 16 | Q | No, for herself to leave St. Mary's. | 10:00:10 |
| 17 | A | Yes. | 10:00:12 |
| 18 | Q | And a desire to leave St. Mary's? | 10:00:13 |
| 19 | A | Yes. | 10:00:14 |
| 20 | Q | Did you discuss with her the same thing? | 10:00:15 |
| 21 | A | I don't know.  I don't remember saying that I | 10:00:20 |
| 22 | | wanted to leave St. Mary's.  My plan was to stay | 10:00:44 |
| 23 | | there until 6' -- I was 65 and retire from | 10:00:47 |
| 24 | | St. Mary's. | 10:00:50 |
| 25 | Q | Did you ever talk with her about escaping the | 10:00:51 |

Draft Copy

Page 45

| | | | |
|---|---|---|---|
| 1 | | stress of St. Mary's? | 10:00:55 |
| 2 | A | Please? | 10:00:57 |
| 3 | Q | Did you ever talk with her about escaping the | 10:00:57 |
| 4 | | stress present at St. Mary's? | 10:00:59 |
| 5 | A | Escaping the stress, you said? | 10:01:09 |
| 6 | Q | Yes. | 10:01:12 |
| 7 | A | No. | 10:01:14 |
| 8 | Q | So you discussed how stressful the work was at | 10:01:16 |
| 9 | | times? | 10:01:19 |
| 10 | A | Yes. | 10:01:19 |
| 11 | Q | What did you discuss with her, if anything, about | 10:01:20 |
| 12 | | doing about that? | 10:01:23 |
| 13 | A | No. | 10:01:39 |
| 14 | Q | You didn't have any discussion with her about what | 10:01:41 |
| 15 | | to do to escape the stress that was present at | 10:01:44 |
| 16 | | St. Mary's? | 10:01:46 |
| 17 | A | I don't remember having a discussion on how to | 10:01:48 |
| 18 | | escape it. | 10:01:52 |
| 19 | Q | But Lorraine, as I understand your testimony, told | 10:01:53 |
| 20 | | you that to escape that stress she at times thought | 10:01:55 |
| 21 | | about leaving St. Mary's? | 10:02:00 |
| 22 | A | Yes.  Opening her own business is what she talked | 10:02:01 |
| 23 | | about. | 10:02:05 |
| 24 | Q | And I'll ask you again, did you ever have any | 10:02:06 |
| 25 | | discussion with Lorraine about how you would escape | 10:02:09 |

Draft Copy

Page 46

| | | | |
|---|---|---|---|
| 1 | | that stress? | 10:02:12 |
| 2 | A | I don't remember having that discussion. | 10:02:14 |
| 3 | Q | You said there were four or five times you claim | 10:02:18 |
| 4 | | that Lorraine made these comments to you. | 10:02:20 |
| 5 | A | Uh-huh. | 10:02:22 |
| 6 | Q | The first was on a February 2013 ride to Columbus. | 10:02:22 |
| 7 | | When was the second? | 10:02:26 |
| 8 | A | I'm trying to think of the month when we had to go | 10:02:28 |
| 9 | | on a quarterly meeting.  Probably March. | 10:02:32 |
| 10 | Q | Let's go back to February real quickly.  Was anyone | 10:02:47 |
| 11 | | else present for that discussion -- | 10:02:50 |
| 12 | A | No. | 10:02:50 |
| 13 | Q | -- between the two of you? | 10:02:52 |
| 14 | A | It was just Lorraine and I. | 10:02:53 |
| 15 | Q | How long did that discussion last when you talked | 10:02:54 |
| 16 | | about retirement? | 10:02:56 |
| 17 | A | Ten minutes. | 10:02:59 |
| 18 | Q | So the second time you claim was in a -- on the way | 10:03:04 |
| 19 | | to a quarterly meeting in March of 2013? | 10:03:06 |
| 20 | A | Yes. | 10:03:09 |
| 21 | Q | And tell us what happened then. | 10:03:09 |
| 22 | A | Basically that was our only time that we could | 10:03:13 |
| 23 | | really sit and talk to one another as two human | 10:03:24 |
| 24 | | beings out of the -- out of the work area.  And we | 10:03:29 |
| 25 | | discussed again some of the stresses, what the | 10:03:32 |

Draft Copy

Page 47

| | | | |
|---|---|---|---|
| 1 | | meeting was going to be about, what they were | 10:03:40 |
| 2 | | going -- new implementations that was going to come | 10:03:43 |
| 3 | | about. | 10:03:47 |
| 4 | Q | What do you claim she said to you during that | 10:03:54 |
| 5 | | discussion that makes you think she had a problem | 10:03:58 |
| 6 | | with you because of your age? | 10:04:00 |
| 7 | A | Just that the idea of retirement came up again. | 10:04:14 |
| 8 | Q | How did it come up? | 10:04:21 |
| 9 | A | During speaking of our stressful days. | 10:04:23 |
| 10 | Q | Who raised the issue? | 10:04:29 |
| 11 | A | Lorraine. | 10:04:33 |
| 12 | Q | What did she say to the best of your knowledge as | 10:04:34 |
| 13 | | you sit here today? | 10:04:38 |
| 14 | A | Have you thought any more about retirement. | 10:04:40 |
| 15 | Q | How did you react to that? | 10:04:50 |
| 16 | A | I says no, I am trying to deal with my stress and | 10:04:52 |
| 17 | | I don't -- cannot -- I am unable to retire until I | 10:04:59 |
| 18 | | turn 65. | 10:05:03 |
| 19 | Q | During that discussion, did Lorraine express an | 10:05:07 |
| 20 | | intent or desire to leave St. Mary's? | 10:05:17 |
| 21 | A | I don't remember her saying anything about leaving | 10:05:21 |
| 22 | | St. Mary's at that time. | 10:05:24 |
| 23 | Q | Was there any other time that Lorraine made any | 10:05:25 |
| 24 | | claimed comment to you that made you think she had | 10:05:34 |
| 25 | | a problem with you because of your age? | 10:05:36 |

Draft Copy

Page 48

| | | | |
|---|---|---|---|
| 1 | A | The last time -- the other time I remember is when | 10:05:45 |
| 2 | | prior to my termination she called me approximately | 10:05:49 |
| 3 | | a week earlier, two weeks earlier, I do not | 10:05:56 |
| 4 | | remember the exact date, called me at home and | 10:05:59 |
| 5 | | asked me -- told me she had a nice retirement | 10:06:03 |
| 6 | | package for me if I was interested. | 10:06:06 |
| 7 | Q | She called you on the telephone? | 10:06:12 |
| 8 | A | Yes. | 10:06:23 |
| 9 | Q | Take us through that phone call from the beginning | 10:06:24 |
| 10 | | to end. | 10:06:26 |
| 11 | A | She called me at home, I answered the phone, she | 10:06:27 |
| 12 | | says, hello, this is Lorraine.  I says, hi, | 10:06:33 |
| 13 | | Lorraine.  She goes, oh, I just called, I was | 10:06:37 |
| 14 | | wondering -- I was thinking about I could offer you | 10:06:39 |
| 15 | | a nice retirement package if you think you might be | 10:06:44 |
| 16 | | interested.  And I told her, no, I was not | 10:06:45 |
| 17 | | interested at the time. | 10:06:47 |
| 18 | Q | Was that the extent of the conversation? | 10:06:49 |
| 19 | A | Yes. | 10:06:51 |
| 20 | Q | Did you talk about anything else during that call? | 10:06:52 |
| 21 | A | No. | 10:06:54 |
| 22 | Q | Did you have any discussion about retirement plans | 10:06:55 |
| 23 | | or packages at any time prior to that -- | 10:06:58 |
| 24 | A | No. | 10:07:02 |
| 25 | Q | -- after the March -- that's okay -- after the | 10:07:02 |

Draft Copy

Page 49

| | | | |
|---|---|---|---|
| 1 | | March 2013 meeting? | 10:07:05 |
| 2 | A | I don't think so. | 10:07:08 |
| 3 | Q | How long would you say that conversation lasted? | 10:07:09 |
| 4 | A | It was very short.  I was busy trying to get | 10:07:14 |
| 5 | | supper, and when she discussed the retirement, I | 10:07:20 |
| 6 | | told her I was not interested. | 10:07:24 |
| 7 | Q | Do you know what day of the week it was? | 10:07:26 |
| 8 | A | No. | 10:07:27 |
| 9 | Q | Was it a weekday or weekend? | 10:07:27 |
| 10 | A | Weekday. | 10:07:29 |
| 11 | Q | Was there any other interaction with Lorraine that | 10:07:34 |
| 12 | | makes you believe that she had a problem with you | 10:07:40 |
| 13 | | because of your age? | 10:07:42 |
| 14 | A | I cannot think of any right now. | 10:07:51 |
| 15 | Q | So have you told me every fact on which you base | 10:07:54 |
| 16 | | your belief that Lorraine had a problem with you | 10:07:57 |
| 17 | | because of your age? | 10:08:00 |
| 18 | A | Yep.  Yes. | 10:08:02 |
| 19 | Q | Do you believe anyone else with Atrium or Essex had | 10:08:04 |
| 20 | | any issue with you or problem with you because of | 10:08:11 |
| 21 | | your age? | 10:08:13 |
| 22 | A | No. | 10:08:15 |
| 23 | Q | Do you think Lorraine had any problem with you | 10:08:20 |
| 24 | | because of any medical condition you had? | 10:08:24 |
| 25 | A | No. | 10:08:28 |

Draft Copy

Page 50

| | | | |
|---|---|---|---|
| 1 | Q | Do you think Lorraine had any problem with you | 10:08:29 |
| 2 | | because you may have requested or needed a leave of | 10:08:33 |
| 3 | | absence due to a medical condition? | 10:08:36 |
| 4 | A | No. | 10:08:39 |
| 5 | Q | Do you think Lorraine had any problem with you | 10:08:39 |
| 6 | | because you may have complained about any alleged | 10:08:45 |
| 7 | | inappropriate conduct or anything else relating to | 10:08:49 |
| 8 | | your working conditions or work environment? | 10:08:52 |
| 9 | A | No. | 10:08:58 |
| 10 | Q | Do you think anyone with Essex or Atrium had any | 10:08:59 |
| 11 | | problem with you because of any medical condition | 10:09:09 |
| 12 | | you may have had? | 10:09:12 |
| 13 | A | No.  I didn't have a medical condition. | 10:09:14 |
| 14 | Q | Do you think anyone with Essex or Atrium had a | 10:09:17 |
| 15 | | problem with you because you may have requested or | 10:09:23 |
| 16 | | needed a leave of absence related to any medical | 10:09:25 |
| 17 | | condition? | 10:09:28 |
| 18 | A | No. | 10:09:29 |
| 19 | Q | And do you think anyone with Essex or Atrium had | 10:09:30 |
| 20 | | any problem with you because you complained about | 10:09:33 |
| 21 | | alleged inappropriate conduct or anything else | 10:09:38 |
| 22 | | relating to your working conditions? | 10:09:40 |
| 23 | A | No. | 10:09:43 |
| 24 | Q | So other than what we've already talked about, do | 10:09:43 |
| 25 | | you claim that Lorraine did anything to you that | 10:09:50 |

Draft Copy

Page 51

| | | | |
|---|---|---|---|
| 1 | | was inappropriate? | 10:09:54 |
| 2 | A | Yes.  All the information in the file I did not | 10:10:07 |
| 3 | | know anything about. | 10:10:10 |
| 4 | Q | And what information was that? | 10:10:13 |
| 5 | A | Statements. | 10:10:14 |
| 6 | Q | Do you believe she did any of that because of your | 10:10:23 |
| 7 | | age? | 10:10:25 |
| 8 | A | Possibly. | 10:10:29 |
| 9 | Q | Why do you believe that? | 10:10:30 |
| 10 | A | 'Cause I think at this point she didn't want me | 10:10:32 |
| 11 | | there anymore. | 10:10:39 |
| 12 | Q | And so the information in the file, statements, | 10:10:41 |
| 13 | | what else? | 10:10:45 |
| 14 | A | That's pretty well it.  The things that I did not | 10:10:49 |
| 15 | | know anything about were in my personnel file which | 10:10:53 |
| 16 | | I did not find out about until I got the | 10:10:56 |
| 17 | | information that you sent over. | 10:11:00 |
| 18 | Q | And what information was that that you did not know | 10:11:01 |
| 19 | | about? | 10:11:03 |
| 20 | A | Statements. | 10:11:03 |
| 21 | Q | Statements by whom? | 10:11:06 |
| 22 | A | Her, maintenance, Activities Director. | 10:11:08 |
| 23 | Q | And why do you believe those showed that | 10:11:28 |
| 24 | | Ms. Fischio had a problem with you because of your | 10:11:31 |
| 25 | | age? | 10:11:36 |

Draft Copy

Page 52

| | | | |
|---|---|---|---|
| 1 | A | I just think at that point she wanted somebody | 10:11:36 |
| 2 | | younger, different. | 10:11:40 |
| 3 | Q | Why do you believe she wanted someone younger? | 10:11:48 |
| 4 | A | She was quite a bit younger and maybe she just -- | 10:11:53 |
| 5 | | I felt she wanted somebody younger than I | 10:11:57 |
| 6 | | was 'cause -- possibly the old age syndrome was she | 10:12:05 |
| 7 | | thought I was getting too old for the job. | 10:12:09 |
| 8 | Q | Is there anything else she did to you other than | 10:12:11 |
| 9 | | what we've already talked about that made you | 10:12:13 |
| 10 | | believe that? | 10:12:16 |
| 11 | A | When you keep asking about retirement, I think | 10:12:18 |
| 12 | | that's a pretty good reason. | 10:12:23 |
| 13 | Q | I just want to make sure I know everything on which | 10:12:25 |
| 14 | | you base that belief. | 10:12:28 |
| 15 | A | Okay. | 10:12:30 |
| 16 | Q | Have we talked about everything? | 10:12:31 |
| 17 | A | I believe so. | 10:12:33 |
| 18 | Q | Is there -- other than what we've already talked | 10:12:33 |
| 19 | | about, do you claim that Lorraine did anything else | 10:12:37 |
| 20 | | to you you thought was inappropriate? | 10:12:39 |
| 21 | A | Other than -- not that -- you've got that, and | 10:12:41 |
| 22 | | that's -- | 10:12:45 |
| 23 | Q | Is there anything else? | 10:12:45 |
| 24 | A | Not to my knowledge at this point. | 10:12:53 |
| 25 | Q | Well, this is the only chance I'm going to have a | 10:12:55 |

Draft Copy

Page 53

| | | | |
|---|---|---|---|
| 1 | | chance to talk to you before trial so I need to | 10:12:58 |
| 2 | | know if there's anything else. | 10:13:01 |
| 3 | A | I can't think of anything else. | 10:13:03 |
| 4 | | MR. FRANKLIN:        Can we take a break | 10:13:04 |
| 5 | | now?  It's been an hour and 15 minutes. | 10:13:05 |
| 6 | | MR. GARRISON:        Yeah, that sounds | 10:13:08 |
| 7 | | great. | 10:13:10 |
| 8 | | (Recess taken; Defendants' Exhibits J - P | 10:13:10 |
| 9 | | marked.) | 10:13:10 |
| 10 | | VIDEOGRAPHER:        On record. | 10:35:05 |
| 11 | Q | Ms. Fiely, we're back on the record now.  We were | 10:35:06 |
| 12 | | talking before the break about problems you had | 10:35:10 |
| 13 | | with folks at -- Ms. Fischio and other folks at | 10:35:12 |
| 14 | | St. Mary's. | 10:35:18 |
| 15 | | Did you have any problems with anyone else | 10:35:18 |
| 16 | | during your employment at St. Mary's? | 10:35:20 |
| 17 | A | Could you explain that question? | 10:35:23 |
| 18 | Q | Did you have any -- well, let me -- I'll withdraw | 10:35:25 |
| 19 | | that and -- do you believe that anyone else at | 10:35:33 |
| 20 | | St. Mary's had any problem with you or issue with | 10:35:38 |
| 21 | | you because of your age? | 10:35:42 |
| 22 | A | No. | 10:35:45 |
| 23 | Q | And we've -- have we now talked about all the ways | 10:35:48 |
| 24 | | in which you felt that Ms. Fischio had a problem | 10:35:54 |
| 25 | | with you because of your age? | 10:35:59 |

Page 54

```
 1   A   I think so.  I think we have.                    10:36:02

 2   Q   Well, I'll ask you to just think and make sure   10:36:10

 3       you try to recall each and every way in which you 10:36:14

 4       believe that Ms. Fischio had a problem with you  10:36:18

 5       because of your age.                             10:36:21

 6   A   I can't think of any right now, except I did talk 10:36:24

 7       to Barry about it.                               10:36:55

 8   Q   And we'll talk -- I'll ask you about that here in a 10:36:56

 9       little bit.  Were there any problems that you had 10:36:59

10       with anyone else who worked at St. Mary's during 10:37:07

11       your employment there?                           10:37:10

12   A   As far as?                                       10:37:11

13   Q   Just any type of problems that you feel that you 10:37:15

14       had or issues you had with the way someone who   10:37:19

15       worked at St. Mary's treated you.                10:37:21

16   A   No.                                              10:37:27

17   Q   When you worked at St. Mary's, your performance was 10:37:31

18       evaluated on an annual basis, right?             10:37:36

19   A   Exactly.                                         10:37:38

20   Q   And tell us about that process.                  10:37:39

21   A   Just had a yearly evaluation.                    10:37:44

22   Q   So how did the process work?  Were you given a copy 10:37:50

23       of the evaluation, did you talk with someone about 10:37:53

24       it?                                              10:37:56

25   A   No, they just called you in the office and reviewed 10:37:56
```

Draft Copy

Page 55

| | | | |
|---|---|---|---|
| 1 | | it with you. | 10:38:01 |
| 2 | Q | Who called you in the office? | 10:38:02 |
| 3 | A | Administrator. | 10:38:03 |
| 4 | Q | So the Administrator would call you in the office, | 10:38:04 |
| 5 | | review the performance evaluation with you? | 10:38:07 |
| 6 | A | Yes. | 10:38:09 |
| 7 | Q | Did you have an opportunity to talk with the | 10:38:09 |
| 8 | | Administrator at that time about the performance | 10:38:11 |
| 9 | | evaluation? | 10:38:13 |
| 10 | A | Yes. | 10:38:14 |
| 11 | Q | And did you take that opportunity if you had any | 10:38:14 |
| 12 | | issues with the performance evaluation -- | 10:38:17 |
| 13 | A | Yes. | 10:38:19 |
| 14 | Q | -- to discuss it? | 10:38:19 |
| 15 | A | Yes. | 10:38:20 |
| 16 | Q | Now, we're going to talk about your performance | 10:38:22 |
| 17 | | evaluations so bear with me as we go through the | 10:38:25 |
| 18 | | ones from your file. | 10:38:29 |
| 19 | | I've handed you what's been marked as | 10:38:36 |
| 20 | | Defendants' Exhibit J.  Do you recognize that? | 10:38:43 |
| 21 | A | Yes. | 10:38:47 |
| 22 | Q | And that's a copy of your, it looks like, | 10:39:09 |
| 23 | | February 2006 performance evaluation, correct? | 10:39:13 |
| 24 | A | Correct. | 10:39:16 |
| 25 | Q | And that's your signature on the last page? | 10:39:17 |

Draft Copy

Page 56

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 10:39:21 |
| 2 | Q | And did you meet with anyone to discuss this | 10:39:21 |
| 3 | | evaluation? | 10:39:23 |
| 4 | A | Matt Russelburg. | 10:39:26 |
| 5 | Q | And tell me -- I realize this is a long time ago, | 10:39:27 |
| 6 | | but tell me anything and everything you remember | 10:39:30 |
| 7 | | about that meeting related to this evaluation. | 10:39:33 |
| 8 | A | Basically what it states, that it was a pretty good | 10:40:02 |
| 9 | | evaluation. | 10:40:11 |
| 10 | Q | Is there anything in this that you disagree with? | 10:40:11 |
| 11 | A | No. | 10:40:13 |
| 12 | Q | And it looks like you got a pay increase following | 10:40:14 |
| 13 | | this? | 10:40:16 |
| 14 | A | Yes. | 10:40:17 |
| 15 | Q | Did you receive a bonus after this? | 10:40:17 |
| 16 | A | No, not after this. | 10:40:20 |
| 17 | Q | Now I've handed you what's been marked as | 10:40:24 |
| 18 | | Defendants' Exhibit K.  Do you recognize that? | 10:40:40 |
| 19 | A | Yes. | 10:41:07 |
| 20 | Q | That's your performance evaluation for -- given to | 10:41:08 |
| 21 | | you in 2007, correct? | 10:41:13 |
| 22 | A | Correct. | 10:41:16 |
| 23 | Q | And that's your signature on the second page? | 10:41:19 |
| 24 | A | Yes. | 10:41:22 |
| 25 | Q | Was this also given to you by Mr. Russelburg? | 10:41:22 |

Draft Copy

```
                                                      Page 57

 1   A    Yes.                                        10:41:27

 2   Q    And you met with him to discuss it?         10:41:27

 3   A    Yes.                                        10:41:29

 4   Q    Do you recall anything in particular about that   10:41:30

 5        meeting to discuss this evaluation?         10:41:35

 6   A    Just that we had a deficiency-free survey.  10:41:41

 7   Q    And is there anything in this evaluation that you  10:41:46

 8        disagree with?                              10:41:49

 9   A    Nope.                                       10:42:02

10   Q    Did you get a pay increase following this?  10:42:05

11   A    No -- yes, I did.                           10:42:08

12   Q    It looks like 3 percent --                  10:42:10

13   A    Yes.                                        10:42:10

14   Q    -- noted on the second page?                10:42:12

15   A    Yes.                                        10:42:14

16   Q    Now I have handed you what's been marked as  10:42:14

17        Defendants' Exhibit L.  Do you recognize that?  10:42:27

18   A    Yes.                                        10:42:29

19   Q    And that's your review for 2008?            10:43:16

20   A    Yes.                                        10:43:20

21   Q    And it was delivered to you -- that's your  10:43:21

22        signature on Page 4?                        10:43:26

23   A    Yes.                                        10:43:28

24   Q    It was delivered to you by Mr. Russelburg?  10:43:29

25   A    Yes.                                        10:43:32
```

Draft Copy

Page 58

| | | | |
|---|---|---|---|
| 1 | | MR. FRANKLIN:        I'm going to object. | 10:43:33 |
| 2 | | I think it's her evaluation for 2007 given | 10:43:36 |
| 3 | | to her in 2008. | 10:43:38 |
| 4 | Q | Did you meet with Mr. Russelburg to discuss this | 10:43:40 |
| 5 | | evaluation? | 10:43:43 |
| 6 | A | Yes. | 10:43:44 |
| 7 | Q | Is there anything that you recall about the meeting | 10:43:45 |
| 8 | | with Mr. Russelburg to discuss this evaluation? | 10:43:50 |
| 9 | A | No.  We just, again, discussed the 2007 deficiency- | 10:44:00 |
| 10 | | free survey and what a good job we did. | 10:44:05 |
| 11 | Q | Is there anything in this review that you disagree | 10:44:08 |
| 12 | | with? | 10:44:11 |
| 13 | A | No. | 10:44:11 |
| 14 | Q | Did you get a pay increase following this? | 10:44:11 |
| 15 | A | Yes. | 10:44:14 |
| 16 | Q | Did you receive a bonus? | 10:44:14 |
| 17 | A | No bonus. | 10:44:16 |
| 18 | Q | Now I've given you what's been marked as Exhibit M. | 10:44:22 |
| 19 | | Do you recognize that? | 10:44:33 |
| 20 | A | Yes. | 10:45:07 |
| 21 | Q | That's a copy of the performance evaluation that | 10:45:07 |
| 22 | | was issued to you in 2009, correct? | 10:45:11 |
| 23 | A | Correct. | 10:45:13 |
| 24 | Q | And it was given to you by Mr. Russelburg again? | 10:45:14 |
| 25 | A | Yes. | 10:45:17 |

Draft Copy

Page 59

| | | | |
|---|---|---|---|
| 1 | Q | You met with him to discuss this? | 10:45:18 |
| 2 | A | Yes. | 10:45:20 |
| 3 | Q | Is there anything that you can recall about that | 10:45:20 |
| 4 | | meeting? | 10:45:23 |
| 5 | A | Just -- no. | 10:45:36 |
| 6 | Q | And that's your signature on the second page? | 10:45:39 |
| 7 | A | Yes. | 10:45:41 |
| 8 | Q | Is there anything in this performance review that | 10:45:42 |
| 9 | | you disagree with? | 10:45:47 |
| 10 | A | No. | 10:45:54 |
| 11 | Q | You received a pay increase following this review? | 10:45:56 |
| 12 | A | Yes. | 10:46:04 |
| 13 | Q | Did you receive a bonus? | 10:46:04 |
| 14 | A | No bonus. | 10:46:06 |
| 15 | Q | Ms. Fiely, I've given you Defendants' Exhibit N. | 10:46:13 |
| 16 | | Do you recognize that? | 10:46:27 |
| 17 | A | Yes. | 10:46:50 |
| 18 | Q | Is that your signature on the -- I'm sorry, it's a | 10:46:50 |
| 19 | | copy of the performance evaluation that was given | 10:46:58 |
| 20 | | to you in 2011? | 10:47:01 |
| 21 | A | Yes. | 10:47:05 |
| 22 | Q | By your -- that's your signature on the second | 10:47:06 |
| 23 | | page? | 10:47:13 |
| 24 | A | Yes. | 10:47:13 |
| 25 | Q | It looks like -- I can't tell whether that was 2010 | 10:47:13 |

Draft Copy

Page 60

| | | | |
|---|---|---|---|
| 1 | | or 2011, but it was given to you by Ms. Fischio, | 10:47:17 |
| 2 | | correct? | 10:47:22 |
| 3 | A | Correct. | 10:47:22 |
| 4 | Q | Did Ms. Fischio supervise you in February 2011? | 10:47:23 |
| 5 | A | Please? | 10:47:33 |
| 6 | Q | Did Ms. Fischio supervise you in February of 2011? | 10:47:44 |
| 7 | A | Yes. | 10:47:49 |
| 8 | Q | Did she supervise you in February 2010? | 10:47:49 |
| 9 | A | No.  I don't -- I think -- | 10:47:52 |
| 10 | Q | And this was issued to you -- | 10:47:58 |
| 11 | A | Yes. | 10:47:58 |
| 12 | Q | -- by Ms. Fischio? | 10:47:59 |
| 13 | A | Yes. | 10:48:02 |
| 14 | Q | What's your understanding about the year or the | 10:48:02 |
| 15 | | time period that this review related to? | 10:48:04 |
| 16 | A | 2010.  It was for the year 2010. | 10:48:07 |
| 17 | Q | So it was for your performance before you left in | 10:48:09 |
| 18 | | 2010? | 10:48:13 |
| 19 | A | Right. | 10:48:14 |
| 20 | Q | Did you meet with Ms. Fischio to review this | 10:48:15 |
| 21 | | evaluation? | 10:48:24 |
| 22 | A | Yes. | 10:48:25 |
| 23 | Q | And do you recall anything about that meeting? | 10:48:25 |
| 24 | A | No. | 10:48:40 |
| 25 | Q | You disagree with anything in this evaluation? | 10:48:40 |

Draft Copy

Page 61

| | | | |
|---|---|---|---|
| 1 | A | No. | 10:48:46 |
| 2 | Q | Did you receive a pay increase following this | 10:48:46 |
| 3 | | evaluation? | 10:48:51 |
| 4 | A | Yes.  I think.  Does it say? | 10:48:52 |
| 5 | Q | Did you receive a bonus following this evaluation? | 10:48:58 |
| 6 | A | No. | 10:49:01 |
| 7 | Q | Now I've given you what's been marked as | 10:49:01 |
| 8 | | Defendants' Exhibit O.  Do you recognize that | 10:49:17 |
| 9 | | document? | 10:49:20 |
| 10 | A | Yes. | 10:49:43 |
| 11 | Q | What is it? | 10:49:43 |
| 12 | A | Evaluation for 2010. | 10:49:46 |
| 13 | Q | So this relates to the time in 2010 through | 10:49:56 |
| 14 | | February of 2011? | 10:50:01 |
| 15 | A | Yes. | 10:50:03 |
| 16 | Q | And the prior one we looked at -- well, first of | 10:50:03 |
| 17 | | all, let me ask you, when was this issued to you? | 10:50:08 |
| 18 | A | Well, it's signed 2-18-2011. | 10:50:14 |
| 19 | Q | And the prior document, Exhibit N, was also signed | 10:50:18 |
| 20 | | by you in 2011; is that correct? | 10:50:23 |
| 21 | A | Correct. | 10:50:25 |
| 22 | Q | But they related to different time periods; is that | 10:50:25 |
| 23 | | accurate? | 10:50:28 |
| 24 | A | I'm not sure. | 10:51:08 |
| 25 | Q | Do you recall whether both of these were issued to | 10:51:09 |

Draft Copy

Page 62

| | | | |
|---|---|---|---|
| 1 | | you at the same time, Exhibits N and O? | 10:51:13 |
| 2 | A | I'm not sure. | 10:51:40 |
| 3 | Q | This is your signature on the second page of this | 10:51:41 |
| 4 | | document, Exhibit O? | 10:51:48 |
| 5 | A | Yes. | 10:51:48 |
| 6 | Q | And it was issued to you by Lorraine? | 10:51:50 |
| 7 | A | Yes. | 10:51:51 |
| 8 | Q | And you met with Lorraine to review it? | 10:51:52 |
| 9 | A | Yes. | 10:51:55 |
| 10 | Q | Do you recall anything about that meeting with | 10:51:55 |
| 11 | | Lorraine? | 10:51:58 |
| 12 | A | No, just -- no. | 10:52:00 |
| 13 | Q | Is there anything in this review that you disagree | 10:52:05 |
| 14 | | with? | 10:52:08 |
| 15 | A | No. | 10:52:10 |
| 16 | Q | Did you get a pay increase after this? | 10:52:17 |
| 17 | A | I don't remember. | 10:52:27 |
| 18 | Q | Did you receive a bonus? | 10:52:29 |
| 19 | A | No. | 10:52:30 |
| 20 | Q | I've handed you what's been marked as Defendants' | 10:52:46 |
| 21 | | Exhibit P.  Do you recognize that? | 10:52:50 |
| 22 | A | Yes. | 10:54:31 |
| 23 | Q | It's the copy of the performance evaluation issued | 10:54:32 |
| 24 | | to you in February of 2013? | 10:54:37 |
| 25 | A | Yes. | 10:54:41 |

Draft Copy

Page 63

| | | | |
|---|---|---|---|
| 1 | Q | It was issued to you by Lorraine Fischio? | 10:54:43 |
| 2 | A | Yes. | 10:54:46 |
| 3 | Q | Did you meet with Ms. Fischio to review this? | 10:54:47 |
| 4 | A | Yes. | 10:54:51 |
| 5 | Q | Do you recall anything about that meeting? | 10:54:51 |
| 6 | A | No. | 10:55:00 |
| 7 | Q | Do you disagree with anything that's included in | 10:55:02 |
| 8 | | this review? | 10:55:05 |
| 9 | A | No. | 10:55:42 |
| 10 | Q | That's your signature on the third page? | 10:55:43 |
| 11 | A | Yes. | 10:55:47 |
| 12 | Q | In the top right-hand corner of that page it says | 10:55:48 |
| 13 | | individual's comments, see attached.  Did you | 10:55:52 |
| 14 | | submit comments in response to this review? | 10:55:56 |
| 15 | A | I'm not aware. | 10:56:15 |
| 16 | Q | You don't know one way or the other whether you did | 10:56:17 |
| 17 | | or you didn't? | 10:56:20 |
| 18 | A | No. | 10:56:21 |
| 19 | Q | Did you receive a pay increase following that | 10:56:21 |
| 20 | | review? | 10:56:32 |
| 21 | A | Yes. | 10:56:33 |
| 22 | Q | Do you recall the amount of it? | 10:56:34 |
| 23 | A | No. | 10:56:38 |
| 24 | Q | Did you receive a bonus? | 10:56:39 |
| 25 | A | No. | 10:56:41 |

Draft Copy

Page 64

| | | | |
|---|---|---|---|
| 1 | Q | At any time after that you did not receive a bonus? | 10:56:42 |
| 2 | A | After February 2013? | 10:56:51 |
| 3 | Q | Yes. | 10:56:53 |
| 4 | A | Not -- no. | 10:56:59 |
| 5 | Q | Did you ever receive formal disciplinary action | 10:57:03 |
| 6 | | while you worked at St. Mary's? | 10:57:07 |
| 7 | A | Yes. | 10:57:12 |
| 8 | Q | Do you recall when? | 10:57:13 |
| 9 | A | No. | 10:57:16 |
| 10 | Q | Do you recall from whom? | 10:57:16 |
| 11 | A | Brandi Slick. | 10:57:18 |
| 12 | Q | Anyone else? | 10:57:25 |
| 13 | A | I cannot recall. Matt. | 10:57:27 |
| 14 | Q | Anyone else? | 10:57:33 |
| 15 | A | And Lorraine. | 10:57:35 |
| 16 | | (Defendants' Exhibit Q marked.) | 10:57:55 |
| 17 | Q | I've handed you what's been marked as Defendants' | 10:57:55 |
| 18 | | Exhibit Q. Do you recognize that? | 10:58:02 |
| 19 | A | No. | 10:58:29 |
| 20 | Q | Is that your signature about three-quarters of the | 10:58:30 |
| 21 | | way down the page? | 10:58:33 |
| 22 | A | Yes, I -- | 10:58:34 |
| 23 | Q | And did Mr. Russelburg issue this to you? | 10:58:36 |
| 24 | A | Yes. | 10:58:40 |
| 25 | Q | This is a Step 2 discipline for first written | 10:58:46 |

Draft Copy

Page 65

| | | | |
|---|---|---|---|
| 1 | | warning, correct? | 10:58:49 |
| 2 | A | Yes. | 10:58:53 |
| 3 | Q | And it says -- the description of violation is "Did | 10:58:54 |
| 4 | | not use correct call policy for corporate reporting | 10:58:58 |
| 5 | | of incidents"; is that accurate?  What I've read, | 10:59:01 |
| 6 | | is that an -- the accurate depiction of what's on | 10:59:06 |
| 7 | | the page? | 10:59:08 |
| 8 | A | What's on the page. | 10:59:08 |
| 9 | Q | What happened that led to this? | 10:59:09 |
| 10 | A | I don't know. | 10:59:11 |
| 11 | Q | Is there any reason that you disagree with the | 10:59:20 |
| 12 | | appropriateness of this disciplinary action? | 10:59:22 |
| 13 | A | Yes.  There's not even a year on it or an | 10:59:26 |
| 14 | | explanation. | 10:59:36 |
| 15 | Q | Anything else? | 10:59:36 |
| 16 | A | No. | 10:59:39 |
| 17 | | (Defendants' Exhibit R marked.) | 11:00:28 |
| 18 | Q | I've given you what's been marked as Defendants' | 11:00:28 |
| 19 | | Exhibit R.  Do you recognize that? | 11:00:35 |
| 20 | A | Yes. | 11:01:06 |
| 21 | Q | Who issued this to you? | 11:01:06 |
| 22 | A | Matt Russelburg. | 11:01:11 |
| 23 | Q | And that's your signature on the second page? | 11:01:13 |
| 24 | A | Yes. | 11:01:15 |
| 25 | Q | And what happened that led to this disciplinary | 11:01:15 |

Draft Copy

Page 66

| | | | |
|---|---|---|---|
| 1 | | action? | 11:01:22 |
| 2 | A | We had a complaint survey. | 11:01:23 |
| 3 | Q | And what was that particular complaint? | 11:01:28 |
| 4 | A | It says "inappropriate use of restraint." | 11:01:31 |
| 5 | Q | And what happened that caused the complaint about | 11:01:45 |
| 6 | | an inappropriate use of restraints? | 11:01:49 |
| 7 | A | Evidently there was inappropriate use of a | 11:01:58 |
| 8 | | restraint. | 11:02:12 |
| 9 | Q | Do you recall at all what that allegation of the | 11:02:12 |
| 10 | | inappropriate use of restraint related to? | 11:02:14 |
| 11 | A | No. | 11:02:35 |
| 12 | Q | You don't recall what the allegation was that | 11:02:36 |
| 13 | | resulted in this disciplinary action? | 11:02:39 |
| 14 | A | No. | 11:02:51 |
| 15 | Q | Do you recall a complaint relating to having a | 11:02:51 |
| 16 | | resident tied up with duct tape? | 11:02:54 |
| 17 | A | Yes. | 11:03:09 |
| 18 | Q | Is that what led to this disciplinary action? | 11:03:10 |
| 19 | A | Yes. | 11:03:14 |
| 20 | Q | What happened? | 11:03:14 |
| 21 | A | Duct tape was used on a resident because -- to see | 11:03:25 |
| 22 | | if she could get out of it, and she -- and that | 11:03:33 |
| 23 | | complaint became of that. | 11:03:39 |
| 24 | Q | Who applied the duct tape to the resident? | 11:03:39 |
| 25 | A | I did. | 11:03:42 |

Draft Copy

Page 67

1    Q    Why?                                                    11:03:43

2    A    Because I knew she could get out of it.                 11:03:44

3    Q    Because you knew she could get out of the duct          11:03:48

4         tape.  And who issued the complaint?                    11:03:51

5    A    I don't know.                                           11:03:54

6    Q    Did you lose any pay or benefits as a result of         11:03:59

7         this disciplinary action?                               11:04:02

8    A    No.                                                     11:04:03

9    Q    Did you lose any pay or benefits as a result of         11:04:03

10        the -- any of the prior disciplinary actions we've      11:04:06

11        discussed?                                              11:04:08

12   A    No.                                                     11:04:09

13   Q    You agree that this discipline was appropriate for      11:04:10

14        this situation?                                         11:04:14

15   A    Yes.                                                    11:04:16

16             (Defendants' Exhibit S marked.)                    11:04:48

17   Q    Are you aware of any other time any other employee      11:04:48

18        of St. Mary's has applied duct tape to a resident?      11:04:56

19   A    Am I aware of anybody else?                             11:05:00

20   Q    Any other St. Mary' employee who has restrained a       11:05:01

21        resident using duct tape?                               11:05:05

22   A    No.                                                     11:05:07

23   Q    Is duct tape an approved restraint device?              11:05:13

24   A    No.                                                     11:05:18

25   Q    What could be the consequence to the facility if a      11:05:21

Draft Copy

Page 68

| | | | |
|---|---|---|---|
| 1 | | resident is restrained with an unapproved restraint | 11:05:24 |
| 2 | | device? | 11:05:28 |
| 3 | A | I'm not sure. | 11:05:34 |
| 4 | Q | Can it be noted in a survey? | 11:05:36 |
| 5 | A | Please? | 11:05:40 |
| 6 | Q | Could that be noted in a survey? | 11:05:40 |
| 7 | A | Yes. | 11:05:44 |
| 8 | Q | Could that result in any immediate jeopardy | 11:05:45 |
| 9 | | citation? | 11:05:48 |
| 10 | A | Yes. | 11:05:49 |
| 11 | Q | Could that result in a fine to the facility? | 11:05:50 |
| 12 | A | Yes. | 11:05:53 |
| 13 | Q | That was a serious violation of company rules, was | 11:05:54 |
| 14 | | it not? | 11:05:57 |
| 15 | A | Yes. | 11:05:57 |
| 16 | Q | Could have resulted in your discharge at that time, | 11:05:58 |
| 17 | | correct? | 11:06:01 |
| 18 | A | Correct. | 11:06:01 |
| 19 | Q | But it didn't? | 11:06:02 |
| 20 | A | No. | 11:06:03 |
| 21 | Q | I've handed you what's been marked as Defendants' | 11:06:12 |
| 22 | | Exhibit S.  Do you recognize that? | 11:06:16 |
| 23 | A | Yes. | 11:07:44 |
| 24 | Q | It's a disciplinary action that was issued to you | 11:07:44 |
| 25 | | in June of 2010? | 11:07:46 |

Draft Copy

Page 69

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 11:07:48 |
| 2 | Q | And who issued this to you? | 11:07:48 |
| 3 | A | Brandi Slick. | 11:07:50 |
| 4 | Q | And what happened that led to this disciplinary | 11:07:54 |
| 5 | | action? | 11:07:56 |
| 6 | A | I was not doing the schedule, but I got told that | 11:07:57 |
| 7 | | I had to take over full responsibility of the | 11:08:04 |
| 8 | | schedule. | 11:08:07 |
| 9 | Q | Do you agree that discipline was appropriate here? | 11:08:07 |
| 10 | A | No. | 11:08:10 |
| 11 | Q | Why not? | 11:08:10 |
| 12 | A | Because at that time I was not doing the schedule. | 11:08:11 |
| 13 | Q | Any other reason? | 11:08:20 |
| 14 | A | No. | 11:08:25 |
| 15 | Q | Was managing the schedule included in your job | 11:08:56 |
| 16 | | description as the department -- as the Director of | 11:08:59 |
| 17 | | Nursing? | 11:09:21 |
| 18 | A | Managing it, but I was not assigned the duties and | 11:09:21 |
| 19 | | I was not assigned to do the schedule at that time. | 11:09:26 |
| 20 | Q | Was someone else -- do you claim someone else was | 11:09:31 |
| 21 | | assigned to do the schedule? | 11:09:34 |
| 22 | A | Yes. | 11:09:35 |
| 23 | Q | Who was that? | 11:09:35 |
| 24 | A | Gabby was -- Gabby Chavarria was doing the schedule | 11:09:36 |
| 25 | | for me. | 11:09:40 |

Draft Copy

Page 70

```
 1   Q   At whose direction?                            11:09:40

 2   A   Mine.                                          11:09:41

 3   Q   Okay.  So who's -- who is ultimately responsible  11:09:44

 4       for scheduling?                                11:09:47

 5   A   I was.                                         11:09:50

 6           (Defendants' Exhibit T marked.)            11:10:19

 7   Q   I've handed you what's been marked as Defendants'  11:10:19

 8       Exhibit T.  Do you recognize that?             11:10:23

 9   A   Yes.                                           11:10:49

10   Q   What is it?                                    11:10:49

11   A   Employee memorandum.                           11:10:50

12   Q   So it's relating to your decision to leave the  11:10:55

13       Director of Nursing position in July of 2010?  11:11:00

14   A   Yes.                                           11:11:02

15   Q   Do you disagree with anything that's in this   11:11:02

16       document?                                      11:11:07

17   A   Yes.                                           11:11:07

18   Q   What?                                          11:11:08

19   A   I did not agree to provide a resignation notice on  11:11:08

20       7-26.                                          11:11:13

21   Q   Well, as I understand it, you just never provided  11:11:16

22       anything on this.                              11:11:20

23   A   I did not agree to provide one which states here,  11:11:21

24       employee stated.                               11:11:25

25   Q   And what did you do?  If you didn't do that, what  11:11:25
```

Draft Copy

Page 71

| | | | |
|---|---|---|---|
| 1 | | did happen? | 11:11:29 |
| 2 | A | I left that Friday evening with all my personal | 11:11:30 |
| 3 | | belongings. | 11:11:35 |
| 4 | Q | It's July the 23rd of 2010? | 11:11:37 |
| 5 | A | Yes. | 11:11:44 |
| 6 | | (Defendants' Exhibit U marked.) | 11:12:10 |
| 7 | Q | Now I've given you Defendants' Exhibit U.  Do you | 11:12:10 |
| 8 | | recognize that? | 11:12:14 |
| 9 | A | Yes. | 11:13:07 |
| 10 | Q | That was issued to you by Lorraine Fischio? | 11:13:10 |
| 11 | A | Yes. | 11:13:13 |
| 12 | Q | And you refused to sign it? | 11:13:13 |
| 13 | A | Yes. | 11:13:16 |
| 14 | Q | You agree that discipline was appropriate for this? | 11:13:16 |
| 15 | A | No. | 11:13:21 |
| 16 | Q | Why not? | 11:13:21 |
| 17 | A | Lorraine was putting us over hours. | 11:13:22 |
| 18 | Q | In what way? | 11:13:28 |
| 19 | A | Having her mother and another RN work extra hours. | 11:13:29 |
| 20 | Q | Did you ever raise that issue to anyone before you | 11:13:35 |
| 21 | | were issued this disciplinary action? | 11:13:39 |
| 22 | A | No. | 11:13:40 |
| 23 | Q | I mean, did you raise that issue in response to | 11:13:43 |
| 24 | | this disciplinary action? | 11:13:45 |
| 25 | A | Yes. | 11:13:46 |

Draft Copy

Page 72

| | | | |
|---|---|---|---|
| 1 | Q | How so? | 11:13:47 |
| 2 | A | I said I refused to sign because I wasn't the one | 11:13:49 |
| 3 | | putting us over on hours. | 11:13:55 |
| 4 | Q | Under employee's comments, where it says "Have not | 11:13:56 |
| 5 | | received labor report since June 6th" -- | 11:13:59 |
| 6 | A | Right. | 11:14:01 |
| 7 | Q | -- whose handwriting is that? | 11:14:02 |
| 8 | A | Mine. | 11:14:03 |
| 9 | Q | As the Director of Nursing, you're responsible for | 11:14:04 |
| 10 | | staffing the nursing department? | 11:14:19 |
| 11 | A | Yes. | 11:14:20 |
| 12 | Q | Responsible for the budget of the nursing | 11:14:21 |
| 13 | | department? | 11:14:24 |
| 14 | A | Yes. | 11:14:24 |
| 15 | Q | And so that labor report would be something that | 11:14:24 |
| 16 | | would be essential to understanding those staffing | 11:14:27 |
| 17 | | levels, correct? | 11:14:30 |
| 18 | A | Correct. | 11:14:30 |
| 19 | Q | And you knew how to request one, correct? | 11:14:31 |
| 20 | A | Right. | 11:14:34 |
| 21 | Q | Are you aware of any other employee who was | 11:14:36 |
| 22 | | involved in a situation like this? | 11:14:39 |
| 23 | A | Not to my knowledge. | 11:14:45 |
| 24 | | (Defendants' Exhibit V marked.) | 11:15:12 |
| 25 | Q | I've handed you what's been marked as Defendants' | 11:15:12 |

Draft Copy

Page 73

| | | | |
|---|---|---|---|
| 1 | | Exhibit V.  Do you recognize that? | 11:15:15 |
| 2 | A | Yes. | 11:15:21 |
| 3 | Q | And Ms. Fischio issued this disciplinary action to | 11:15:47 |
| 4 | | you? | 11:16:32 |
| 5 | A | I take that back.  I do not recognize this.  I | 11:16:32 |
| 6 | | looked at the dates.  There's -- I never saw that | 11:16:36 |
| 7 | | before. | 11:16:45 |
| 8 | Q | You've never seen this document before? | 11:16:45 |
| 9 | A | No. | 11:16:47 |
| 10 | Q | Do you ever recall Ms. Fischio issuing you a final | 11:16:49 |
| 11 | | written warning -- | 11:16:54 |
| 12 | A | No. | 11:16:54 |
| 13 | Q | -- in July of 2012 or otherwise? | 11:16:55 |
| 14 | A | No. | 11:16:57 |
| 15 | Q | Do you recall Ms. Fischio placing you on an action | 11:16:58 |
| 16 | | plan to work on employee relations, respect, | 11:17:02 |
| 17 | | communication issues? | 11:17:04 |
| 18 | A | No. | 11:17:05 |
| 19 | Q | Do you deny that you were ever placed on any such | 11:17:06 |
| 20 | | plan? | 11:17:10 |
| 21 | A | Yes. | 11:17:11 |
| 22 | Q | Do you deny that you were ever issued this | 11:17:11 |
| 23 | | document? | 11:17:13 |
| 24 | A | Yes. | 11:17:14 |
| 25 | | (Defendants' Exhibit W marked.) | 11:17:43 |

Draft Copy

Page 74

| | | | |
|---|---|---|---|
| 1 | Q | I'm handing you what's been marked as Defendants' | 11:17:43 |
| 2 | | Exhibit W.  Do you recognize that? | 11:17:45 |
| 3 | A | No. | 11:17:57 |
| 4 | Q | Were you -- do you deny that you were ever issued | 11:17:58 |
| 5 | | that disciplinary action by Ms. Fischio? | 11:18:05 |
| 6 | A | Yes. | 11:18:08 |
| 7 | Q | Were you ever issued a first written warning by | 11:18:13 |
| 8 | | Ms. Fischio in July of 2012? | 11:18:18 |
| 9 | A | I deny it. | 11:18:22 |
| 10 | Q | As a result of any of the disciplinary actions | 11:18:26 |
| 11 | | we've reviewed -- we've reviewed, did you lose -- | 11:18:33 |
| 12 | | ever lose any pay or benefits? | 11:18:36 |
| 13 | A | No. | 11:18:39 |
| 14 | Q | Are you aware of any other employees who were | 11:18:45 |
| 15 | | involved in situations similar to the ones that | 11:18:47 |
| 16 | | we've reviewed in these disciplinary actions? | 11:18:49 |
| 17 | A | Please repeat that. | 11:18:54 |
| 18 | Q | Are you aware of any other employees who were | 11:18:55 |
| 19 | | involved in situations similar to the ones that are | 11:18:57 |
| 20 | | involved in these disciplinary actions? | 11:19:00 |
| 21 | A | No. | 11:19:02 |
| 22 | Q | Were you ever issued any other disciplinary action | 11:19:06 |
| 23 | | that we did not review here today? | 11:19:09 |
| 24 | A | No. | 11:19:11 |
| 25 | Q | Were you ever put on a formal performance | 11:19:12 |

Draft Copy

Page 75

| | | | |
|---|---|---|---|
| 1 | | improvement plan? | 11:19:14 |
| 2 | A | Yes.  Brandi Slick. | 11:19:16 |
| 3 | | (Defendants' Exhibit X marked.) | 11:19:37 |
| 4 | Q | I'm handing you what's been marked as Defendants' | 11:19:37 |
| 5 | | Exhibit X.  Do you recognize that? | 11:19:39 |
| 6 | A | Yes. | 11:20:45 |
| 7 | Q | And this was issued to you by Ms. Slick? | 11:20:46 |
| 8 | A | Yes. | 11:20:48 |
| 9 | Q | In May of 2010? | 11:20:50 |
| 10 | A | Yes. | 11:20:52 |
| 11 | Q | You agree that this performance improvement plan | 11:20:52 |
| 12 | | was appropriate? | 11:20:57 |
| 13 | A | No. | 11:20:58 |
| 14 | Q | Why not? | 11:20:58 |
| 15 | A | Brandi was there barely a month.  How does she know | 11:20:59 |
| 16 | | monthly reports weren't getting done on a timely | 11:21:14 |
| 17 | | basis?  How did she know a lot of this? | 11:21:16 |
| 18 | Q | Any other reason? | 11:21:18 |
| 19 | A | Because things were getting done. | 11:21:28 |
| 20 | Q | Any other reason? | 11:21:31 |
| 21 | A | No. | 11:21:32 |
| 22 | | (Defendants' Exhibit Y marked.) | 11:22:01 |
| 23 | Q | I've given you now what's been marked as | 11:22:01 |
| 24 | | Defendants' Exhibit Y.  Do you recognize that? | 11:22:04 |
| 25 | | MR. FRANKLIN:    Go ahead and look at | 11:22:11 |

Draft Copy

Page 76

| | | | |
|---|---|---|---|
| 1 | | the entire document. | 11:22:15 |
| 2 | A | No. | 11:25:57 |
| 3 | Q | You've never seen -- you don't recognize this | 11:25:57 |
| 4 | | document? | 11:25:59 |
| 5 | A | No. | 11:26:00 |
| 6 | Q | Have you ever seen it before? | 11:26:01 |
| 7 | A | No. | 11:26:04 |
| 8 | Q | It references a meeting between you and Ms. -- I'm | 11:26:06 |
| 9 | | forgetting her last name, the Administrator at the | 11:26:15 |
| 10 | | time? | 11:26:18 |
| 11 | A | Slick. | 11:26:18 |
| 12 | Q | -- Ms. Slick on July 22nd, 2010.  Do you recall | 11:26:18 |
| 13 | | that meeting? | 11:26:25 |
| 14 | A | No. | 11:26:26 |
| 15 | Q | Did you meet with Ms. Slick on that day to review | 11:26:27 |
| 16 | | the performance improvement plan? | 11:26:31 |
| 17 | A | No. | 11:26:33 |
| 18 | Q | You deny ever meeting with her? | 11:26:33 |
| 19 | A | On the 22nd, yes. | 11:26:35 |
| 20 | Q | You left the facility the next day and voluntarily | 11:26:37 |
| 21 | | resigned your employment, correct? | 11:26:45 |
| 22 | A | Correct. | 11:26:46 |
| 23 | Q | After it was -- this performance improvement plan | 11:26:47 |
| 24 | | was issued to you in May of 2010, did you ever | 11:26:51 |
| 25 | | review it again with Ms. Slick or anyone else at | 11:26:54 |

Draft Copy

Page 77

| | | | |
|---|---|---|---|
| 1 | | St. Mary's? | 11:26:57 |
| 2 | A | Not this one. | 11:27:01 |
| 3 | Q | Either X or Y, after it was issued to you on | 11:27:03 |
| 4 | | May 25th -- | 11:27:09 |
| 5 | A | This one here. | 11:27:09 |
| 6 | Q | -- did you ever review it with anyone? | 11:27:10 |
| 7 | A | No. | 11:27:13 |
| 8 | Q | You reviewed it with Ms. Slick on May 25th, but you | 11:27:13 |
| 9 | | claim that you did not review it at any time | 11:27:17 |
| 10 | | thereafter? | 11:27:19 |
| 11 | A | No. | 11:27:20 |
| 12 | | (Defendants' Exhibit Z marked.) | 11:27:48 |
| 13 | Q | I've handed you what's been marked as Defendants' | 11:27:48 |
| 14 | | Exhibit Z.  Have you ever seen this document | 11:27:52 |
| 15 | | before?  Pardon? | 11:27:54 |
| 16 | A | I didn't say anything.  No, I didn't sign it. | 11:28:05 |
| 17 | Q | So you've never seen this document before? | 11:29:11 |
| 18 | A | No. | 11:29:14 |
| 19 | Q | Did you ever meet with Ms. Fischio to discuss these | 11:29:14 |
| 20 | | performance items on or around July 18th, 2012? | 11:29:21 |
| 21 | A | Not to my knowledge. | 11:29:25 |
| 22 | Q | Did Ms. Fischio meet with you and talk with you | 11:29:29 |
| 23 | | about any of the things covered in this document at | 11:29:33 |
| 24 | | any time in July of 2012? | 11:29:36 |
| 25 | A | Not to my knowledge. | 11:29:38 |

Draft Copy

Page 78

| | | | |
|---|---|---|---|
| 1 | Q | During the time you reported to Ms. Fischio, was | 11:29:41 |
| 2 | | there any other time that she provided you any | 11:29:51 |
| 3 | | formal counseling as to your performance? | 11:29:53 |
| 4 | A | Not -- I don't remember if she did. | 11:29:59 |
| 5 | Q | Was there any time at which you met with her and | 11:30:03 |
| 6 | | she addressed performance issues that you needed to | 11:30:05 |
| 7 | | address? | 11:30:09 |
| 8 | A | I don't remember. | 11:30:20 |
| 9 | | (Defendants' Exhibit AA marked.) | 11:30:40 |
| 10 | Q | I've given you what's been marked as Defendants' | 11:30:40 |
| 11 | | Exhibit AA.  Have you ever seen this document | 11:30:44 |
| 12 | | before? | 11:30:47 |
| 13 | A | Yes. | 11:32:42 |
| 14 | Q | When did you see this document first? | 11:32:44 |
| 15 | A | When I reviewed all the information you have sent. | 11:32:47 |
| 16 | Q | So you were never provided with this document | 11:32:51 |
| 17 | | during your employment? | 11:32:53 |
| 18 | A | No. | 11:32:54 |
| 19 | Q | This is -- the document appears to be signed by | 11:32:55 |
| 20 | | Ms. Fischio relating to a conversation she had with | 11:32:58 |
| 21 | | you on November 14th, 2011, correct? | 11:33:02 |
| 22 | | MR. FRANKLIN:      I'm going to object. | 11:33:05 |
| 23 | | My copy doesn't have a signature on it. | 11:33:06 |
| 24 | A | Huh-uh. | 11:33:06 |
| 25 | | MR. GARRISON:      It's got a name at | 11:33:08 |

Draft Copy

Page 79

| | | | |
|---|---|---|---|
| 1 | | the bottom of it.  It says Lorraine | 11:33:10 |
| 2 | | Fischio. | 11:33:11 |
| 3 | | MR. FRANKLIN:        All right.  I didn't | 11:33:11 |
| 4 | | see a signature. | 11:33:12 |
| 5 | Q | It relates to a meeting she had with you on | 11:33:12 |
| 6 | | November 14th, 2011, correct? | 11:33:18 |
| 7 | A | Please repeat the question. | 11:33:24 |
| 8 | Q | The document relates to a meeting between you and | 11:33:25 |
| 9 | | Ms. Fischio on November 14th, 2011, correct? | 11:33:28 |
| 10 | A | I don't remember a meeting, no. | 11:33:33 |
| 11 | Q | So you don't -- that's what the document relates to | 11:33:35 |
| 12 | | though, correct? | 11:33:38 |
| 13 | A | I don't remember a meeting. | 11:33:43 |
| 14 | Q | Okay.  My question is different than that.  My | 11:33:49 |
| 15 | | question is about what the document relates to. | 11:33:52 |
| 16 | | The document says, on this date, November 14th, | 11:33:56 |
| 17 | | 2011, at approximately 11:30 a.m. I met with Jane | 11:34:00 |
| 18 | | Fiely, RN, DON, to discuss several serious issues | 11:34:05 |
| 19 | | that need immediate attention, correct? | 11:34:09 |
| 20 | A | Correct. | 11:34:10 |
| 21 | Q | Do you recall actually meeting -- | 11:34:10 |
| 22 | A | No. | 11:34:10 |
| 23 | Q | -- with Ms. Fischio on that date?  You'll have -- | 11:34:12 |
| 24 | | MR. FRANKLIN:        You have to -- | 11:34:15 |
| 25 | Q | -- to answer once my question is finished. | 11:34:16 |

Draft Copy

Page 80

| | | | |
|---|---|---|---|
| 1 | A | No. | 11:34:19 |
| 2 | Q | Did you meet with Ms. Fischio at any time in | 11:34:19 |
| 3 | | November 2011 to address the issues that are | 11:34:29 |
| 4 | | summarized in this document? | 11:34:33 |
| 5 | A | No. | 11:34:36 |
| 6 | Q | Did Ms. Fischio ever talk to you about staff | 11:34:38 |
| 7 | | turnover? | 11:34:44 |
| 8 | A | Yes. | 11:34:48 |
| 9 | Q | Did she cover with you the issues that are covered | 11:34:52 |
| 10 | | in this document? | 11:34:55 |
| 11 | A | No. | 11:34:56 |
| 12 | Q | Did she talk with you about taking an interest in | 11:35:04 |
| 13 | | the well-being of your new staff? | 11:35:07 |
| 14 | A | No, I don't remember. | 11:35:24 |
| 15 | Q | Did she talk with you at any time about rewriting | 11:35:28 |
| 16 | | incident statements? | 11:35:37 |
| 17 | A | No. | 11:35:44 |
| 18 | Q | Did she talk with you at any time about the | 11:35:50 |
| 19 | | Activity Director's concerns about your behavior | 11:35:53 |
| 20 | | toward her? | 11:35:57 |
| 21 | A | Yes. | 11:35:58 |
| 22 | Q | And is the depiction in this document an accurate | 11:36:00 |
| 23 | | reflection of what Ms. Fischio told you about that? | 11:36:04 |
| 24 | A | Yes. | 11:36:08 |
| 25 | Q | Is there anything else about this document that you | 11:36:09 |

Draft Copy

Page 81

| | | | |
|---|---|---|---|
| 1 | | claim is inaccurate? | 11:36:26 |
| 2 | A | Regarding Dr. Holleran, regarding Ken Freeman, and | 11:36:38 |
| 3 | | in regarding me being stressed about survey was | 11:38:13 |
| 4 | | right around the corner.  That's not completely | 11:38:17 |
| 5 | | true. | 11:38:20 |
| 6 | Q | How is it not completely true? | 11:38:20 |
| 7 | A | Yes, I was stressed because everybody is stressed | 11:38:25 |
| 8 | | when survey is coming, but the rest of it is not | 11:38:47 |
| 9 | | true. | 11:38:50 |
| 10 | Q | Anything else you disagree with? | 11:38:55 |
| 11 | | MR. FRANKLIN:       Go -- if you can | 11:38:57 |
| 12 | | go -- you said you've never seen the | 11:38:58 |
| 13 | | document.  Go paragraph by paragraph and | 11:39:00 |
| 14 | | tell him what you agree -- or disagree -- | 11:39:03 |
| 15 | | or anything else you disagree with. | 11:39:48 |
| 16 | A | During room moves, nursing does not routinely give | 11:39:48 |
| 17 | | input.  I don't agree with that. | 11:39:54 |
| 18 | Q | What else? | 11:40:00 |
| 19 | A | The one with Dr. Holleran, one of our medical | 11:40:02 |
| 20 | | directors. | 11:40:05 |
| 21 | Q | Why do you disagree with that? | 11:40:08 |
| 22 | A | He is my family doctor and I think he would have | 11:40:25 |
| 23 | | said something to me. | 11:40:28 |
| 24 | Q | Any other reason you disagree with that? | 11:40:31 |
| 25 | A | I don't think that happened. | 11:40:33 |

Draft Copy

Page 82

| | | | |
|---|---|---|---|
| 1 | Q | Any other reason? | 11:40:38 |
| 2 | A | No. | 11:40:45 |
| 3 | Q | Anything else you disagree with in this document | 11:40:46 |
| 4 | | that we haven't already covered? | 11:40:49 |
| 5 | A | I also advised her not to ever request anything to | 11:41:10 |
| 6 | | be rewritten, it is for in-house report. | 11:41:15 |
| 7 | Q | I don't understand.  You acknowledge that | 11:41:27 |
| 8 | | Ms. Fischio covered that with you? | 11:41:31 |
| 9 | A | No, she didn't.  You asked me what I agreed and | 11:41:31 |
| 10 | | disagreed in this report. | 11:41:36 |
| 11 | Q | Anything else you disagree with on the report? | 11:41:38 |
| 12 | A | I disagree that I ever said if the nurses are too | 11:42:25 |
| 13 | | busy to do it, so am I. | 11:42:28 |
| 14 | Q | Anything else? | 11:42:32 |
| 15 | A | No. | 11:42:51 |
| 16 | | (Defendants' Exhibit BB marked.) | 11:43:13 |
| 17 | Q | I've given you now what's been marked as | 11:43:13 |
| 18 | | Defendants' Exhibit BB.  Have you ever seen that | 11:43:16 |
| 19 | | document before? | 11:43:18 |
| 20 | A | I never saw this document, but some things she | 11:44:01 |
| 21 | | talked to me about. | 11:44:05 |
| 22 | Q | Which of these things did she talk with you about? | 11:44:08 |
| 23 | A | The alleged -- allegation I had alcohol on my | 11:44:11 |
| 24 | | breath at work. | 11:44:14 |
| 25 | Q | Anything else? | 11:44:16 |

Draft Copy

Page 83

| | | | |
|---|---|---|---|
| 1 | A | Huh-uh. | 11:44:18 |
| 2 | Q | So you deny that Ms. Fischio covered any of these | 11:44:20 |
| 3 | | other issues with you? | 11:44:26 |
| 4 | A | I never saw this form before. | 11:44:27 |
| 5 | Q | Apart from never seeing the form before, you | 11:44:29 |
| 6 | | mentioned the third paragraph, she discussed that | 11:44:35 |
| 7 | | allegation with you; is that accurate? | 11:44:37 |
| 8 | A | Yes, she discussed that with me. | 11:44:42 |
| 9 | Q | Did she discuss any of the other issues covered in | 11:44:44 |
| 10 | | this document with you? | 11:44:47 |
| 11 | A | Yes, at one time she discussed some of these things | 11:46:45 |
| 12 | | with me. | 11:46:49 |
| 13 | Q | Which ones? | 11:46:49 |
| 14 | A | I'm not going to say it was for the third time, but | 11:46:51 |
| 15 | | we discussed assisted living aides charting. | 11:46:56 |
| 16 | Q | What else? | 11:47:03 |
| 17 | A | The drinking, which I don't even drink.  And | 11:47:06 |
| 18 | | number 4 we discussed. | 11:47:35 |
| 19 | Q | Number 4, that you agreed to hold your staff | 11:47:40 |
| 20 | | accountable for their individual activities and | 11:47:44 |
| 21 | | deficits? | 11:47:44 |
| 22 | A | Yes. | 11:47:48 |
| 23 | Q | And that you will not publicly chastise or | 11:47:48 |
| 24 | | embarrass an employee in public? | 11:47:50 |
| 25 | A | But this did not happen on this date. | 11:47:52 |

Draft Copy

Page 84

| | | | |
|---|---|---|---|
| 1 | Q | When did that happen? | 11:47:56 |
| 2 | A | At different times. | 11:47:58 |
| 3 | Q | When? | 11:48:00 |
| 4 | A | It did not all happen the same day. | 11:48:01 |
| 5 | Q | When did you agree to number 4? | 11:48:05 |
| 6 | A | I cannot give you a certain date, a time, but this | 11:48:09 |
| 7 | | did not come about at one time. | 11:48:14 |
| 8 | Q | When did you discuss the allegation of alcohol on | 11:48:15 |
| 9 | | your breath? | 11:48:20 |
| 10 | A | She called me in and said there was an allegation. | 11:48:21 |
| 11 | Q | When was it? | 11:48:24 |
| 12 | A | I don't know. | 11:48:25 |
| 13 | Q | When did you discuss assisted living aides charting | 11:48:27 |
| 14 | | in nurse's notes on AL patients? | 11:48:32 |
| 15 | A | I can't give you dates. | 11:48:34 |
| 16 | Q | Okay.  So you say they weren't all addressed on | 11:48:36 |
| 17 | | January 17th -- | 11:48:38 |
| 18 | A | No. | 11:48:38 |
| 19 | Q | -- 2012? | 11:48:40 |
| 20 | A | No. | 11:48:40 |
| 21 | Q | You'll have to wait until I'm finished with my | 11:48:40 |
| 22 | | question. | 11:48:43 |
| 23 | A | Sorry. | 11:48:43 |
| 24 | Q | Is there anything else summarized in this document | 11:48:44 |
| 25 | | that Ms. Fischio did cover with you? | 11:48:53 |

Draft Copy

Page 85

| | | | |
|---|---|---|---|
| 1 | A | No. | 11:49:04 |
| 2 | Q | During the time you worked at St. Mary's, did you | 11:49:17 |
| 3 | | ever bring any issues or complaints to HR or | 11:49:20 |
| 4 | | management's attention? | 11:49:24 |
| 5 | A | No. | 11:49:28 |
| 6 | Q | And when you worked at St. Mary's, were there -- | 11:49:30 |
| 7 | | you knew there were policies and procedures in | 11:49:47 |
| 8 | | place if you wanted to take a leave of absence? | 11:49:50 |
| 9 | A | Yes. | 11:49:52 |
| 10 | Q | A medical leave or other type of leave? | 11:49:52 |
| 11 | A | Yes. | 11:49:57 |
| 12 | Q | And other employees at St. Mary's took leaves of | 11:49:58 |
| 13 | | absence while you were the Director of Nursing | 11:50:03 |
| 14 | | there? | 11:50:05 |
| 15 | A | Are you talking about FMLA? | 11:50:05 |
| 16 | Q | Medical leave or otherwise. | 11:50:07 |
| 17 | A | Would you re -- FMLA. | 11:50:10 |
| 18 | Q | You understand that employees took FMLA leaves | 11:50:13 |
| 19 | | while you worked there? | 11:50:16 |
| 20 | A | Yes. | 11:50:17 |
| 21 | Q | Did you ever request a leave of absence or tell | 11:50:17 |
| 22 | | St. Mary's that you needed to take a leave of | 11:50:22 |
| 23 | | absence during your employment? | 11:50:24 |
| 24 | A | Take FMLA? | 11:50:26 |
| 25 | Q | Yes. | 11:50:27 |

Draft Copy

Page 86

| | | | |
|---|---|---|---|
| 1 | A | No, I never took FMLA. | 11:50:28 |
| 2 | Q | Did you ever tell anyone at St. Mary's or anyone | 11:50:29 |
| 3 | | affiliated with Atrium or Essex that you needed to | 11:50:33 |
| 4 | | take FMLA leave? | 11:50:36 |
| 5 | A | No. | 11:50:38 |
| 6 | Q | Did anyone ever discourage you from using FMLA | 11:50:41 |
| 7 | | leave? | 11:50:46 |
| 8 | A | No. | 11:50:47 |
| 9 | Q | Did anyone say anything negative about FMLA leave? | 11:50:48 |
| 10 | A | No. | 11:50:52 |
| 11 | Q | Did anyone ever say anything to you to suggest that | 11:50:52 |
| 12 | | St. Mary's thought it was a problem if you had | 11:50:59 |
| 13 | | taken FMLA leave? | 11:51:03 |
| 14 | A | No. | 11:51:07 |
| 15 | Q | Or if you had requested FMLA leave? | 11:51:07 |
| 16 | A | Repeat that last question. | 11:51:11 |
| 17 | Q | Did anyone ever say anything to you to suggest that | 11:51:13 |
| 18 | | St. Mary's thought it was a problem if you | 11:51:16 |
| 19 | | requested a medical leave or an FMLA leave? | 11:51:19 |
| 20 | A | If I requested? | 11:51:22 |
| 21 | Q | Yes. | 11:51:23 |
| 22 | A | No. | 11:51:24 |
| 23 | Q | Or anyone requested FMLA leave? | 11:51:24 |
| 24 | A | No. | 11:51:42 |
| 25 | Q | Did anyone at St. Mary's say anything negative to | 11:51:44 |

Draft Copy

Page 87

| | | | |
|---|---|---|---|
| 1 | | you about taking leaves of absence, FMLA related or | 11:51:47 |
| 2 | | otherwise? | 11:51:51 |
| 3 | A | No. | 11:52:09 |
| 4 | | MR. GARRISON:      It's about -- I've | 11:52:28 |
| 5 | | got like 5 to 12. | 11:52:28 |
| 6 | | MR. FRANKLIN:      Yeah. | 11:52:29 |
| 7 | | MR. GARRISON:      Do you want to take a | 11:52:31 |
| 8 | | lunch break? | 11:52:31 |
| 9 | | MR. FRANKLIN:      Yeah. | 11:52:32 |
| 10 | | (Lunch recess taken.) | 12:41:52 |
| 11 | | VIDEOGRAPHER:      On record. | 12:41:53 |
| 12 | Q | All right.  Ms. Fiely, we're back now after a | 12:41:54 |
| 13 | | break.  You understand all of the instructions and | 12:41:58 |
| 14 | | guidelines we went through at the beginning of the | 12:42:00 |
| 15 | | deposition still apply now? | 12:42:04 |
| 16 | A | Yes. | 12:42:06 |
| 17 | Q | Before the break, we went through several of your | 12:42:06 |
| 18 | | performance reviews, correct? | 12:42:09 |
| 19 | A | Correct. | 12:42:11 |
| 20 | Q | Would you characterize those reviews as positive? | 12:42:11 |
| 21 | A | Yes. | 12:42:15 |
| 22 | Q | All of them? | 12:42:15 |
| 23 | A | Yes. | 12:42:16 |
| 24 | Q | We also went through some statements that were -- | 12:42:20 |
| 25 | | appear to have been drawn up by Lorraine Fischio, | 12:42:24 |

Page 88

| | | | |
|---|---|---|---|
| 1 | | correct? | 12:42:28 |
| 2 | A | Correct. | 12:42:29 |
| 3 | Q | And you made the claim that Ms. Fischio did not | 12:42:30 |
| 4 | | address some of those -- the issues that were in | 12:42:34 |
| 5 | | those statements directly with you, correct? | 12:42:37 |
| 6 | A | Correct. | 12:42:39 |
| 7 | Q | Why do you believe Ms. Fischio included those | 12:42:40 |
| 8 | | statements in those documents if she didn't cover | 12:42:43 |
| 9 | | them with you? | 12:42:46 |
| 10 | | MR. FRANKLIN:        Objection.  Go ahead | 12:42:47 |
| 11 | | and answer. | 12:42:48 |
| 12 | | THE WITNESS:        Go ahead and answer? | 12:42:50 |
| 13 | | MR. FRANKLIN:        If you can. | 12:42:52 |
| 14 | A | I cannot -- I don't -- I cannot read her mind. | 12:42:53 |
| 15 | Q | So you don't know? | 12:42:58 |
| 16 | A | I cannot read her mind. | 12:43:10 |
| 17 | Q | You don't have any belief as to why she would have | 12:43:12 |
| 18 | | included those statements if she didn't actually | 12:43:15 |
| 19 | | cover them with you? | 12:43:17 |
| 20 | A | No. | 12:43:18 |
| 21 | | (Defendants' Exhibit CC marked.) | 12:43:46 |
| 22 | Q | I've given you what's been marked as Defendants' | 12:43:46 |
| 23 | | Exhibit CC.  Do you recognize that? | 12:43:51 |
| 24 | A | Yes. | 12:47:07 |
| 25 | Q | What is it? | 12:47:08 |

Draft Copy

Page 89

| | | | |
|---|---|---|---|
| 1 | A | My notebook. | 12:47:09 |
| 2 | Q | And this is your handwriting throughout? | 12:47:13 |
| 3 | A | Not throughout. | 12:47:15 |
| 4 | Q | Who else has handwriting in this document? | 12:47:18 |
| 5 | A | I don't know, but this is not my handwriting on | 12:47:20 |
| 6 | | January 2013. | 12:47:27 |
| 7 | Q | On January 23rd, 2013? | 12:47:31 |
| 8 | A | Yes. | 12:47:38 |
| 9 | Q | Whose handwriting is that? | 12:47:38 |
| 10 | A | I don't know. | 12:47:40 |
| 11 | Q | This is your note -- your calendar? | 12:47:41 |
| 12 | A | Yes, the book is. | 12:47:43 |
| 13 | Q | But you have no idea whose handwriting that would | 12:47:48 |
| 14 | | be? | 12:47:50 |
| 15 | A | No, I don't. | 12:47:50 |
| 16 | Q | It's accurate that you produced this to the company | 12:47:52 |
| 17 | | during the course of this litigation? | 12:47:54 |
| 18 | A | Please? | 12:47:58 |
| 19 | Q | You produced this to the company during the course | 12:47:58 |
| 20 | | of this litigation? | 12:48:00 |
| 21 | A | I produced it to my lawyer. | 12:48:03 |
| 22 | Q | Is this on the original that's still in your | 12:48:08 |
| 23 | | possession, this handwriting? | 12:48:11 |
| 24 | A | I don't have the original. | 12:48:15 |
| 25 | Q | Who does? | 12:48:17 |

Draft Copy

Page 90

| | | | |
|---|---|---|---|
| 1 | A | My lawyer. | 12:48:19 |
| 2 | Q | Was it on the original when you gave it to your | 12:48:20 |
| 3 | | lawyer? | 12:48:23 |
| 4 | A | I -- no, I don't know. | 12:48:23 |
| 5 | Q | Are there any other locations that you notice | 12:48:29 |
| 6 | | that -- where this is not your handwriting? | 12:48:34 |
| 7 | A | January 28th, Monday. | 12:48:45 |
| 8 | Q | Do you know whose handwriting that is? | 12:48:54 |
| 9 | A | No, I don't. | 12:48:58 |
| 10 | Q | Was that handwriting present when you produced this | 12:48:59 |
| 11 | | to your lawyers? | 12:49:02 |
| 12 | A | Yes. | 12:49:04 |
| 13 | Q | It was? | 12:49:09 |
| 14 | A | (Indicating.) | 12:49:10 |
| 15 | Q | Who else had access to this notebook? | 12:49:13 |
| 16 | A | I kept it in my office.  I don't know who else -- | 12:49:17 |
| 17 | | anybody could have had access to it. | 12:49:24 |
| 18 | Q | You kept this in your office at work? | 12:49:28 |
| 19 | A | Yes. | 12:49:30 |
| 20 | Q | Are there any other locations where your | 12:49:31 |
| 21 | | handwriting -- I'm sorry, I'll rephrase it. | 12:49:38 |
| 22 | | Are there any other places in the notebook | 12:49:42 |
| 23 | | where it's not your handwriting? | 12:49:44 |
| 24 | A | No. | 12:49:46 |
| 25 | Q | It starts on April 2013 and ends in -- at the -- it | 12:49:50 |

Draft Copy

Page 91

| | | | |
|---|---|---|---|
| 1 | | looks like the end of January 2013.  Where are the | 12:49:57 |
| 2 | | months of February and April? | 12:50:02 |
| 3 | A | This book only went this far.  It was like half | 12:50:04 |
| 4 | | season. | 12:50:10 |
| 5 | Q | Well, there are tabs here on the left you see for | 12:50:11 |
| 6 | | March and February?  Do you see that there are tabs | 12:50:14 |
| 7 | | for March and February? | 12:50:29 |
| 8 | A | Yes. | 12:50:30 |
| 9 | Q | Were there pages behind those tabs for March and | 12:50:31 |
| 10 | | February in this notebook? | 12:50:35 |
| 11 | A | I see there are tabs. | 12:51:03 |
| 12 | Q | I'm asking in your original copy that you kept, | 12:51:05 |
| 13 | | were there pages behind those tabs for February and | 12:51:08 |
| 14 | | March? | 12:51:11 |
| 15 | A | Yes. | 12:51:21 |
| 16 | | MR. FRANKLIN:       Clearly the document | 12:51:30 |
| 17 | | isn't just a 2013 document.  There's 2012 | 12:51:31 |
| 18 | | and 2013. | 12:51:36 |
| 19 | A | It was a half -- half this book was 2 -- was one -- | 12:51:39 |
| 20 | | past year and this is -- was -- | 12:51:44 |
| 21 | Q | I understand that.  Did you provide your lawyers | 12:51:46 |
| 22 | | the months of March and February of 2013 as well? | 12:51:48 |
| 23 | | Let me rephrase that question. | 12:52:06 |
| 24 | | Did you remove any pages from this | 12:52:08 |
| 25 | | complete notebook before you provided it to your | 12:52:11 |

Draft Copy

Page 92

| | | | |
|---|---|---|---|
| 1 | | lawyers? | 12:52:13 |
| 2 | A | I did not remove anything. | 12:52:14 |
| 3 | Q | Were there complete calendars and entries for each | 12:52:17 |
| 4 | | date in each month listed on the side here when you | 12:52:22 |
| 5 | | provided it to your lawyers? | 12:52:27 |
| 6 | A | No. | 12:52:28 |
| 7 | Q | Which months were missing or dates were missing? | 12:52:29 |
| 8 | A | There are no dates missing.  As you can see, here's | 12:52:33 |
| 9 | | 2012.  2012, September. | 12:53:23 |
| 10 | | MR. GARRISON:        Could we go off the | 12:53:30 |
| 11 | | record for a second? | 12:53:31 |
| 12 | | (Discussion held off the record.) | 12:53:55 |
| 13 | | VIDEOGRAPHER:        On record. | 12:53:55 |
| 14 | Q | Let's go back to the front page of this document, | 12:53:57 |
| 15 | | Ms. Fiely.  It's a calendar for April of 2013, | 12:54:00 |
| 16 | | correct? | 12:54:06 |
| 17 | A | Correct. | 12:54:06 |
| 18 | Q | And that's your handwriting on that page? | 12:54:07 |
| 19 | A | Yes. | 12:54:09 |
| 20 | Q | When did you record this? | 12:54:09 |
| 21 | A | As it happens. | 12:54:19 |
| 22 | Q | Okay.  So, for example, on April 19th it says | 12:54:21 |
| 23 | | incident Atrium.  When did you record that? | 12:54:24 |
| 24 | A | Probably on the 23rd. | 12:54:39 |
| 25 | Q | You mention that this book resided in your office | 12:54:47 |

Draft Copy

Page 93

| | | |
|---|---|---|
| 1 | | at St. Mary's? | 12:54:51 |
| 2 | A | While I worked there, but I also took it home with | 12:54:53 |
| 3 | | me. | 12:54:57 |
| 4 | Q | So you took it to and from? | 12:54:57 |
| 5 | A | Yes. | 12:54:59 |
| 6 | Q | Home to work every day? | 12:55:00 |
| 7 | A | Yes.  Yes.  I do that now. | 12:55:01 |
| 8 | Q | Let's talk about the events of April 19th.  What | 12:55:09 |
| 9 | | hours did you work that day? | 12:55:12 |
| 10 | A | 19th, 8:00 in the morning and it was 5:30 when I | 12:55:14 |
| 11 | | was trying to go home. | 12:55:23 |
| 12 | Q | Your calendar says incident Atrium, correct? | 12:55:27 |
| 13 | A | Right. | 12:55:31 |
| 14 | Q | What does that mean? | 12:55:32 |
| 15 | A | The incident that happened that day. | 12:55:41 |
| 16 | Q | What was that incident? | 12:55:47 |
| 17 | A | Reviewing a resident's rights with the staff that | 12:56:07 |
| 18 | | evening. | 12:56:11 |
| 19 | Q | Anything else? | 12:56:12 |
| 20 | A | That's what that incident means, that I had an | 12:56:13 |
| 21 | | incident trying to review resident's rights. | 12:56:17 |
| 22 | Q | Did anything else happen?  Well, let me back up. | 12:56:22 |
| 23 | | What time did you do that with that employee? | 12:56:24 |
| 24 | A | Around 5:30. | 12:56:30 |
| 25 | Q | And what employee was that? | 12:56:37 |

Draft Copy

Page 94

| | | | |
|---|---|---|---|
| 1 | A | Kelsey and Jill was there. | 12:56:38 |
| 2 | Q | What's Kelsey's last name? | 12:56:42 |
| 3 | A | Quellhorst. | 12:56:44 |
| 4 | Q | And where did that take place? | 12:56:47 |
| 5 | A | In the hallway. | 12:56:51 |
| 6 | Q | Which hallway? | 12:56:53 |
| 7 | A | 300 Hall. | 12:56:54 |
| 8 | Q | Whereabouts in that hallway? | 12:56:57 |
| 9 | A | Almost at the exit door to leave. | 12:56:59 |
| 10 | Q | How far away? | 12:57:11 |
| 11 | A | I don't know. | 12:57:13 |
| 12 | Q | Approximate, please. | 12:57:15 |
| 13 | A | I -- I don't know. | 12:57:25 |
| 14 | Q | Who was present for that besides you and | 12:57:30 |
| 15 | | Ms. Quellhorst? | 12:57:32 |
| 16 | A | Jill Rowen. | 12:57:41 |
| 17 | Q | Pardon me? | 12:57:45 |
| 18 | A | Jill Rowen. | 12:57:45 |
| 19 | Q | Where was she located? | 12:57:48 |
| 20 | A | Standing next to me. | 12:57:50 |
| 21 | Q | Can you spell her last name, please. | 12:57:50 |
| 22 | A | R-o-w-e-n. | 12:57:53 |
| 23 | Q | How far away from you was she? | 12:57:55 |
| 24 | A | Standing next to me. | 12:57:57 |
| 25 | Q | And what was her position? | 12:57:58 |

Draft Copy

Page 95

```
 1   A   She's an LPN.                                    12:57:59

 2   Q   Who else was present?                           12:58:02

 3   A   Ciera.                                          12:58:09

 4   Q   And where was she located?                      12:58:11

 5   A   Standing next to Jill.                          12:58:15

 6   Q   And how far away from Jill?                     12:58:18

 7   A   Standing next to her.                           12:58:20

 8   Q   Are you talking a matter of two feet or less?   12:58:23

 9   A   Approximately, yes.                             12:58:33

10   Q   And was Jill the same distance from you?        12:58:35

11   A   Yes.                                            12:58:37

12   Q   How far were you from Kelsey?                   12:58:39

13   A   I was standing in front of her.                 12:58:42

14   Q   How far away?                                   12:58:44

15   A   Three, four feet.                               12:58:48

16   Q   Were you farther away from Kelsey than Jill was 12:58:51

17       from you?                                       12:58:55

18   A   Yes.                                            12:58:56

19   Q   Were you facing Kelsey?                         12:58:58

20   A   Facing, yes.                                    12:59:00

21   Q   Which way was Jill facing?                      12:59:02

22   A   We were standing in a circle basic -- we were   12:59:08

23       standing in a circle.  I was facing Kelsey, Jill 12:59:11

24       was next to me and Ciera was there.            12:59:13

25   Q   Where were you located in the hallway?          12:59:16
```

Draft Copy

Page 96

| | | | |
|---|---|---|---|
| 1 | A | Close to the exit door and the dining room door. | 12:59:29 |
| 2 | Q | No, were you against a wall, were you in the middle | 12:59:36 |
| 3 | | of the hallway, were you closer to a wall than the | 12:59:40 |
| 4 | | middle?  Where were you located in the hallway? | 12:59:45 |
| 5 | A | Can you change the wording?  I'm not sure -- | 12:59:48 |
| 6 | Q | How far away were you from the wall? | 12:59:54 |
| 7 | A | If I was -- about like from here to there. | 12:59:57 |
| 8 | Q | How far is that? | 12:59:59 |
| 9 | A | Four feet. | 13:00:04 |
| 10 | Q | And how far was Kelsey from the wall? | 13:00:05 |
| 11 | A | She was standing next -- she was standing | 13:00:09 |
| 12 | | approximately where this lady is. | 13:00:13 |
| 13 | Q | So she was not against the wall, she have standing | 13:00:17 |
| 14 | | away from the wall? | 13:00:19 |
| 15 | A | She was closer to the wall. | 13:00:32 |
| 16 | Q | Who else was present? | 13:00:37 |
| 17 | A | Jill and Ciera. | 13:00:39 |
| 18 | Q | Anyone else? | 13:00:40 |
| 19 | A | I don't -- no. | 13:00:42 |
| 20 | Q | Resident's rights document is one of the most | 13:00:48 |
| 21 | | important documents to a long-term care facility, | 13:00:52 |
| 22 | | correct? | 13:00:55 |
| 23 | A | Correct. | 13:00:56 |
| 24 | Q | And there unfortunately are many times when you | 13:00:56 |
| 25 | | need to address an employee about a resident's | 13:01:02 |

Draft Copy

Page 97

```
 1      rights, correct?                                   13:01:05

 2  A   Correct.                                           13:01:06

 3  Q   How often would you say you needed to do that     13:01:06

 4      whether to counsel an employee, to remind an      13:01:10

 5      employee, or just to address a content of         13:01:14

 6      resident's rights?                                13:01:18

 7  A   Daily.                                             13:01:19

 8  Q   You needed to do it daily?                         13:01:21

 9  A   (Indicating.)                                      13:01:23

10  Q   What was significant about this incident that you 13:01:24

11      listed it as an incident?                          13:01:27

12          MR. FRANKLIN:        Answer out loud.          13:01:29

13          MR. GARRISON:        I'm asking a              13:01:31

14          question.                                      13:01:31

15          MR. FRANKLIN:        I'm just asking her       13:01:32

16          to answer out loud.                            13:01:33

17          MR. GARRISON:        Okay.  Thank you.         13:01:34

18  Q   What was significant about this incident in which 13:01:34

19      you reviewed the resident's rights that was       13:01:38

20      different from any other incident?                 13:01:40

21  A   Because the family asked me why her daughter      13:01:47

22      couldn't -- why her mother couldn't eat in her    13:01:54

23      room.                                              13:01:56

24  Q   And that was a resident's rights issue?            13:01:59

25  A   Exactly.                                           13:02:02
```

Draft Copy

Page 98

| | | | |
|---|---|---|---|
| 1 | Q | And you said you addressed those issues daily? | 13:02:03 |
| 2 | A | Yes. | 13:02:06 |
| 3 | Q | But there is no other place in this calendar where | 13:02:07 |
| 4 | | it says incident, correct? | 13:02:11 |
| 5 | A | I didn't write everything down. | 13:02:16 |
| 6 | Q | So -- but there was something about this incident | 13:02:20 |
| 7 | | that made you log it as an incident in this | 13:02:23 |
| 8 | | document.  What was different about this incident | 13:02:27 |
| 9 | | from the daily consultations you had with employees | 13:02:33 |
| 10 | | about resident's rights? | 13:02:36 |
| 11 | A | Because Lorraine called me the next morning and | 13:02:43 |
| 12 | | said there was the incident. | 13:02:46 |
| 13 | Q | That's not my question.  What made -- what made you | 13:02:47 |
| 14 | | record it as an incident?  You said it was because | 13:02:50 |
| 15 | | you had to consult someone about a resident's | 13:02:53 |
| 16 | | rights.  Why was this consultation about resident's | 13:02:56 |
| 17 | | rights different from your other daily | 13:03:00 |
| 18 | | consultations about resident's rights? | 13:03:02 |
| 19 | A | Like I said, Lorraine called me the next day and | 13:03:52 |
| 20 | | said about the incident that happened the night | 13:03:56 |
| 21 | | before, that's why I documented incident. | 13:03:58 |
| 22 | Q | So tell me again what happened from beginning to | 13:04:01 |
| 23 | | end during that incident. | 13:04:06 |
| 24 | A | I was walking down the hall ready to leave and the | 13:04:11 |
| 25 | | aide stopped me and asked me if I would talk to the | 13:04:20 |

Draft Copy

Page 99

| | | | |
|---|---|---|---|
| 1 | | daughter. | 13:04:23 |
| 2 | Q | What aide? | 13:04:23 |
| 3 | A | I really don't remember. | 13:04:30 |
| 4 | Q | Continue. | 13:04:37 |
| 5 | A | So I went in and talked to her, and the daughter | 13:04:38 |
| 6 | | said she didn't understand why her -- they were | 13:04:43 |
| 7 | | wanting her to eat in the dining room.  I said she | 13:04:49 |
| 8 | | does not have to eat in the dining room, resident's | 13:04:51 |
| 9 | | rights, can eat where she wants.  And she said -- | 13:04:55 |
| 10 | | told me that Kelsey had told her that. | 13:04:58 |
| 11 | | So I asked Kelsey why she told her that | 13:05:00 |
| 12 | | and I tried to review resident's rights with her. | 13:05:03 |
| 13 | Q | What did you say specifically to Kelsey when you | 13:05:06 |
| 14 | | encountered her in the hallway? | 13:05:11 |
| 15 | A | It's the resident's right to eat where they want | 13:05:14 |
| 16 | | to. | 13:05:17 |
| 17 | Q | Did you say anything else? | 13:05:17 |
| 18 | A | She told me the reason she did was because she was | 13:05:19 |
| 19 | | told that Jane and Gabby wanted it that way, that | 13:05:24 |
| 20 | | she eat in the dining room.  Again, I said, but | 13:05:30 |
| 21 | | it's a resident's right to eat where they want to. | 13:05:32 |
| 22 | Q | What happened next? | 13:05:41 |
| 23 | A | She -- it didn't seem to get through to her, and | 13:05:45 |
| 24 | | then Jill walked down the hallway with me and I | 13:05:54 |
| 25 | | asked Jill, please will you discuss it with the | 13:05:57 |

Draft Copy

Page 100

| | | | |
|---|---|---|---|
| 1 | | whole staff later on in the evening when everything | 13:06:01 |
| 2 | | is quiet, about resident's rights. | 13:06:03 |
| 3 | Q | Did you have any other interaction with Kelsey that | 13:06:08 |
| 4 | | day? | 13:06:11 |
| 5 | A | No. | 13:06:11 |
| 6 | Q | What was the tone of voice when you spoke with her? | 13:06:12 |
| 7 | A | Quiet. | 13:06:16 |
| 8 | Q | Your voice was quiet? | 13:06:24 |
| 9 | A | We both were at -- yes. | 13:06:26 |
| 10 | Q | You were counseling her, correct? | 13:06:30 |
| 11 | A | Yes. | 13:06:32 |
| 12 | Q | Why were you counseling her in the hallway in front | 13:06:33 |
| 13 | | of other employees? | 13:06:38 |
| 14 | A | Because it was not all other employees.  It was | 13:06:39 |
| 15 | | originally just Kelsey and me and I just told her, | 13:06:43 |
| 16 | | I -- about resident's rights. | 13:06:46 |
| 17 | Q | How long was it just Kelsey and you? | 13:06:48 |
| 18 | A | I -- I don't know. | 13:06:51 |
| 19 | Q | Well, when did Jill and Ciera come up? | 13:06:53 |
| 20 | A | Jill came up to ask me a question about something | 13:06:56 |
| 21 | | with the medications. | 13:06:59 |
| 22 | Q | Well, how long was your interaction with Kelsey | 13:07:01 |
| 23 | | then? | 13:07:04 |
| 24 | A | I -- I don't know. | 13:07:05 |
| 25 | Q | How much of that interaction was Jill present for? | 13:07:13 |

Page 101

| | | | |
|---|---|---|---|
| 1 | A | Most of it. | 13:07:21 |
| 2 | Q | And how much of it was Ciera present for? | 13:07:23 |
| 3 | A | I don't know. | 13:07:26 |
| 4 | Q | Were they present when you counselled her on the | 13:07:28 |
| 5 | | resident's rights issues you mentioned? | 13:07:33 |
| 6 | A | I originally said to Kelsey alone it's a resident's | 13:07:36 |
| 7 | | right, it doesn't -- and where does she get the | 13:07:41 |
| 8 | | information that me and Gabby had said such a | 13:07:44 |
| 9 | | thing.  And she told me from a lady in the kitchen. | 13:07:47 |
| 10 | Q | This is just when Kelsey is present? | 13:07:51 |
| 11 | A | Yes. | 13:07:53 |
| 12 | Q | Now, when -- Jill and Ciera came up after that? | 13:07:54 |
| 13 | A | Yes. | 13:07:58 |
| 14 | Q | What did you say to Kelsey when Jill and Ciera were | 13:07:58 |
| 15 | | present? | 13:08:03 |
| 16 | A | I think we were still talking about the same issue | 13:08:03 |
| 17 | | about resident's rights. | 13:08:08 |
| 18 | Q | So that brings me back to my original question, why | 13:08:12 |
| 19 | | did you counsel an employee on resident's rights in | 13:08:15 |
| 20 | | a hallway in front of other employees? | 13:08:19 |
| 21 | A | I don't think it hurt for all of them to hear about | 13:08:30 |
| 22 | | resident's rights. | 13:08:32 |
| 23 | Q | Any other reason? | 13:08:36 |
| 24 | A | No. | 13:08:37 |
| 25 | Q | You said you spoke in a quiet tone of voice? | 13:08:39 |

Draft Copy

Page 102

```
 1   A    As I remember, yes.                          13:08:50

 2   Q    During the entirety of your interaction with Kelsey   13:08:51

 3        Quellhorst your voice was quiet?              13:08:55

 4   A    To my knowledge, yes.                         13:08:58

 5   Q    You understand other individuals have reported to   13:09:10

 6        the company that your voice was not quiet, that you   13:09:14

 7        in fact yelled at Ms. Quellhorst?             13:09:16

 8   A    Yes, I read the statements.                   13:09:21

 9   Q    Why would they report that if you in fact were   13:09:24

10        talking quietly?                              13:09:28

11             MR. FRANKLIN:        Objection.  Go ahead   13:09:29

12             and answer.                              13:09:31

13   A    I can't read their minds, why they did that.   13:09:31

14   Q    Did you ever make physical contact with       13:09:35

15        Ms. Quellhorst?                               13:09:43

16   A    No.                                           13:09:45

17   Q    You claim that Ms. Quellhorst raised her voice to   13:09:45

18        you?                                          13:09:50

19   A    Yes.                                          13:09:50

20   Q    At what point did she raise her voice to you?   13:09:58

21   A    Right before I left.  I -- as I walked down the   13:10:01

22        hallway with Jill, I told Jill maybe you can talk   13:10:09

23        to her about resident's rights because I'm not able   13:10:12

24        to get through to her.                        13:10:15

25   Q    Well, at what point did Ms. Quellhorst raise her   13:10:18
```

Draft Copy

Page 103

| | | | |
|---|---|---|---|
| 1 | | voice to you? | 13:10:21 |
| 2 | A | After the other -- after Jill and Ciera showed up. | 13:10:22 |
| 3 | Q | What did she say? | 13:10:43 |
| 4 | A | She said that she only did what Liz in dietary told | 13:10:44 |
| 5 | | her to do.  And I said, well, you -- Liz is not | 13:10:53 |
| 6 | | your boss and you got to understand resident's | 13:10:57 |
| 7 | | rights, residents can eat where they want to.  I | 13:11:01 |
| 8 | | expressed that several times. | 13:11:04 |
| 9 | Q | And although she raised her voice to you, you claim | 13:11:07 |
| 10 | | that you did not raise your voice then in turn to | 13:11:11 |
| 11 | | her? | 13:11:14 |
| 12 | A | Yes. | 13:11:14 |
| 13 | Q | Did anything else occur during that incident? | 13:11:17 |
| 14 | A | No. | 13:11:23 |
| 15 | Q | Have you now told me everything you can recall | 13:11:24 |
| 16 | | about that incident? | 13:11:27 |
| 17 | A | I've told you everything that I can recall. | 13:11:28 |
| 18 | Q | Did you ever report to anyone with St. Mary's that | 13:11:30 |
| 19 | | Kelsey Quellhorst had raised her voice to you? | 13:11:37 |
| 20 | A | No. | 13:11:41 |
| 21 | Q | She -- you were a -- she was in a reporting | 13:11:45 |
| 22 | | relationship to you, correct; you supervised her? | 13:11:51 |
| 23 | A | Right. | 13:11:54 |
| 24 | Q | And raising your voice to a supervisor is | 13:11:54 |
| 25 | | inappropriate, correct? | 13:11:57 |

Draft Copy

Page 104

| | | | |
|---|---|---|---|
| 1 | A | Correct. | 13:11:58 |
| 2 | Q | You never reported to anyone that -- or disciplined | 13:11:59 |
| 3 | | her for doing so, correct? | 13:12:02 |
| 4 | A | I did not because I was off the next several days | 13:12:04 |
| 5 | | sick. | 13:12:07 |
| 6 | Q | Had you ever contacted anyone with St. Mary's to | 13:12:11 |
| 7 | | inform them that you would be disciplining her for | 13:12:16 |
| 8 | | that? | 13:12:18 |
| 9 | A | No.  I called in sick. | 13:12:18 |
| 10 | Q | Did anyone from St. Mary's contact you to discuss | 13:12:22 |
| 11 | | that incident you just told us about? | 13:12:24 |
| 12 | A | Lorraine did and Bob Hueneford did. | 13:12:27 |
| 13 | Q | When did Lor -- anyone else first? | 13:12:32 |
| 14 | A | Please? | 13:12:35 |
| 15 | Q | Did anyone else contact you to discuss that | 13:12:35 |
| 16 | | incident? | 13:12:38 |
| 17 | A | No. | 13:12:38 |
| 18 | Q | When did Lorraine contact you? | 13:12:39 |
| 19 | A | Saturday morning. | 13:12:42 |
| 20 | Q | That would be the 20th of April? | 13:12:44 |
| 21 | A | Yes. | 13:12:48 |
| 22 | Q | At what time? | 13:12:48 |
| 23 | A | I don't know. | 13:12:50 |
| 24 | Q | Were you at home? | 13:12:52 |
| 25 | A | Yes. | 13:12:53 |

Draft Copy

Page 105

| | | | |
|---|---|---|---|
| 1 | Q | Did you speak with her on the phone? | 13:12:54 |
| 2 | A | Yes. | 13:12:56 |
| 3 | Q | Go through that discussion for us. | 13:12:57 |
| 4 | A | She just asked me to write a statement what | 13:12:59 |
| 5 | | happened the previous night, which I did, and that | 13:13:03 |
| 6 | | is it. | 13:13:07 |
| 7 | Q | Well, what did she say at the beginning of the | 13:13:09 |
| 8 | | conversation?  How did she open the call? | 13:13:12 |
| 9 | A | That she got a call from Kelsey and had the | 13:13:18 |
| 10 | | complaint and that I should write a statement what | 13:13:26 |
| 11 | | my opinion -- my side of the story, and I did. | 13:13:29 |
| 12 | Q | Did she tell you what the substance of the | 13:13:32 |
| 13 | | complaint was? | 13:13:35 |
| 14 | A | Yes.  She said that I allegedly hit her. | 13:13:36 |
| 15 | Q | And how did you react to that? | 13:13:42 |
| 16 | A | I said I did not hit her and I would write a | 13:13:44 |
| 17 | | statement. | 13:13:49 |
| 18 | Q | And what else was said during that call? | 13:13:50 |
| 19 | A | That was about it. | 13:13:51 |
| 20 | Q | Do you recall anything else that was said? | 13:13:53 |
| 21 | A | No. | 13:13:55 |
| 22 | Q | Did you have any other contact with Lorraine | 13:13:57 |
| 23 | | following that call in the morning of the 20th? | 13:14:03 |
| 24 | A | Thursday the 26th -- 25th when she fired me. | 13:14:05 |
| 25 | Q | On Thursday the 25th, did you have any -- did she | 13:14:13 |

Draft Copy

Page 106

| | | | |
|---|---|---|---|
| 1 | | contact you at any time between the 20th and the | 13:14:16 |
| 2 | | 25th? | 13:14:18 |
| 3 | A | No, she did not. | 13:14:19 |
| 4 | Q | How did you know to come in on the 25th? | 13:14:20 |
| 5 | A | That was of -- my leave, my -- which I had | 13:14:23 |
| 6 | | qualified for FMLA for three days, but I never had | 13:14:27 |
| 7 | | a chance to fill out any papers to get my FMLA | 13:14:33 |
| 8 | | because I was fired prior to that. | 13:14:38 |
| 9 | Q | You never requested FMLA leave, as you told us | 13:14:41 |
| 10 | | previously, correct? | 13:14:44 |
| 11 | A | Not prior to this illness.  I never requested FMLA | 13:14:46 |
| 12 | | prior to this illness. | 13:14:54 |
| 13 | Q | Did you request FMLA leave in connection with this | 13:14:56 |
| 14 | | illness? | 13:15:00 |
| 15 | A | I was off.  I was going to ask for it on the 25th | 13:15:00 |
| 16 | | because I was still not feeling well, but I was | 13:15:04 |
| 17 | | fired prior to requesting it. | 13:15:07 |
| 18 | Q | So you were going to but you never did, correct? | 13:15:08 |
| 19 | A | Correct, because I was immediately called into her | 13:15:10 |
| 20 | | office. | 13:15:13 |
| 21 | Q | And you didn't have any conversations with Lorraine | 13:15:14 |
| 22 | | between the 20th and the 25th? | 13:15:18 |
| 23 | A | No. | 13:15:21 |
| 24 | | MR. FRANKLIN:    Go ahead and hook it | 13:15:25 |
| 25 | | back up.  You okay? | 13:15:26 |

Draft Copy

Page 107

```
 1   Q   Did you receive any voice messages from Lorraine    13:15:27

 2       during that time?                                    13:15:38

 3   A   No.                                                  13:15:39

 4   Q   Did you call her at any point in time --             13:15:40

 5   A   No.                                                  13:15:42

 6   Q   -- during that -- you need to let me finish my       13:15:42

 7       questions.                                           13:15:45

 8   A   I'm sorry.                                           13:15:45

 9   Q   Did you call her at any point in time during those   13:15:46

10       days?                                                13:15:48

11   A   No.                                                  13:15:49

12   Q   So the one time you spoke with Lorraine about this   13:15:51

13       incident was on the morning of April the 20th?      13:15:56

14   A   Yes.                                                 13:15:58

15   Q   You also spoke with Bob Huenefeld about it?         13:16:01

16   A   Yes.                                                 13:16:04

17   Q   When was that?                                       13:16:06

18   A   I did not keep a documented time of it or date, but  13:16:06

19       I believe it was on Monday.                          13:16:20

20   Q   And how did you come to talk with Bob?               13:16:26

21   A   He called me.                                        13:16:28

22   Q   What did he say to you when he called?               13:16:31

23   A   He asked me to come in.                              13:16:34

24   Q   And what did you tell him?                           13:16:35

25   A   I could not.                                         13:16:37
```

Draft Copy

Page 108

1  Q  Did he ask you to meet with you any other way in      13:16:38

2     person?                                               13:16:41

3  A  No.                                                   13:16:42

4  Q  What did you tell him about why you could not?        13:16:42

5  A  I was sick.                                           13:16:48

6  Q  Did you talk with him on the phone then?              13:16:50

7  A  Yes.                                                  13:16:52

8  Q  At that time or at a later time?                      13:16:53

9  A  At that time.                                         13:17:04

10 Q  So you had one phone call with Bob Huenefeld?         13:17:07

11 A  Yes.                                                  13:17:13

12 Q  Take us through that phone call.  How did it begin,   13:17:13

13    who said what, all the way through the end.           13:17:16

14 A  He asked me what happened.  I told him exactly what   13:17:19

15    happened.                                             13:17:33

16 Q  How did the phone call begin?                         13:17:33

17 A  He just called me and said, Jane; I says, yes; this   13:17:36

18    is Bob Huenefeld, I'm investigating this incident;    13:17:44

19    I said okay.  I had my form wrote up that I wrote     13:17:48

20    up right away when Lorraine talked to me and I told   13:17:54

21    him what I wrote on that form.                        13:17:57

22 Q  So you had a form written up and you just read from   13:18:02

23    the form?                                             13:18:10

24 A  Uh-huh.  Yes.                                         13:18:11

25 Q  Did Mr. Huenefeld ask you any follow-up questions?    13:18:12

Page 109

```
 1   A   No.                                            13:18:15

 2   Q   Did you say anything else to him?              13:18:16

 3   A   I don't remember saying anything else to him.  13:18:18

 4   Q   Did he say anything else to you?               13:18:25

 5   A   He just said I would really like to talk to you in  13:18:34

 6       person, and I says I understand that, but I do not  13:18:37

 7       feel well.                                     13:18:40

 8   Q   Did you mention anything to Mr. Huenefeld about  13:18:47

 9       FMLA leave during that call?                   13:18:51

10   A   No, that was Monday.  I didn't -- I had not seen  13:18:53

11       the doctor yet.                                13:19:04

12   Q   You had Mr. Huenefeld's number?                13:19:15

13   A   No.                                            13:19:17

14   Q   You didn't know how to get in touch with       13:19:18

15       Mr. Huenefeld if you wanted to?                13:19:20

16   A   No.                                            13:19:22

17           (Defendants' Exhibit DD marked.)           13:19:33

18   Q   I've now given you what's been marked as       13:19:33

19       Defendants' Exhibit DD.  Do you recognize that?  13:19:38

20   A   Yes.                                           13:20:24

21   Q   What is it?                                    13:20:26

22   A   It's my statement I wrote regarding April 19.  13:20:27

23   Q   When did you write this?                       13:20:31

24   A   Saturday.                                      13:20:33

25   Q   After you spoke with Lorraine?                 13:20:34
```

Draft Copy

Page 110

| | | | |
|---|---|---|---|
| 1 | A | Uh-huh. | 13:20:36 |
| 2 | Q | Did you ever submit this to the company? | 13:20:37 |
| 3 | A | No. | 13:20:39 |
| 4 | Q | Did you read directly from this when you spoke to | 13:20:39 |
| 5 | | Mr. Huenefeld? | 13:20:44 |
| 6 | A | Yes, because when he called me, I had this in front | 13:20:44 |
| 7 | | of me.  He asked me what happened and this is what | 13:20:47 |
| 8 | | I told him. | 13:20:50 |
| 9 | Q | Did you tell Mr. Huenefeld that you had a written | 13:20:50 |
| 10 | | statement to submit? | 13:20:53 |
| 11 | A | Yes. | 13:20:54 |
| 12 | Q | How did he respond when you told him that? | 13:20:54 |
| 13 | A | He wanted to -- me to bring it in.  Again, I could | 13:20:57 |
| 14 | | not physically be able to bring it to him. | 13:21:01 |
| 15 | Q | You came in on the 25th, correct? | 13:21:04 |
| 16 | A | Right. | 13:21:06 |
| 17 | Q | Did you bring this with you on the 25th -- | 13:21:06 |
| 18 | A | Yes. | 13:21:08 |
| 19 | Q | -- to provide anyone?  Did you provide it to | 13:21:08 |
| 20 | | anyone? | 13:21:12 |
| 21 | A | No.  They didn't ask -- they did not ask me for it. | 13:21:12 |
| 22 | Q | Did Mr. Huenefeld ask you if you made physical | 13:21:16 |
| 23 | | contact with Kelsey Quellhorst on April 19th? | 13:21:21 |
| 24 | A | Yes. | 13:21:23 |
| 25 | Q | How did you respond? | 13:21:23 |

Draft Copy

Page 111

| | | | |
|---|---|---|---|
| 1 | A | Absolutely not. | 13:21:24 |
| 2 | Q | When you spoke with Ms. Fischio on the morning of | 13:21:38 |
| 3 | | April the 20th, did she tell you that | 13:21:47 |
| 4 | | Ms. Quellhorst had claimed you made physical | 13:21:49 |
| 5 | | contact with her? | 13:21:51 |
| 6 | A | Yes. | 13:21:52 |
| 7 | Q | Did she tell you that Ms. Quellhorst claimed that | 13:21:52 |
| 8 | | you yelled at her? | 13:21:57 |
| 9 | A | No, just the physical contact. | 13:22:01 |
| 10 | Q | And you wrote this statement after that phone call | 13:22:15 |
| 11 | | with Ms. Fischio? | 13:22:18 |
| 12 | A | Yes. | 13:22:20 |
| 13 | Q | So when you wrote this statement, you understood | 13:22:20 |
| 14 | | that Ms. Quellhorst claimed you made physical | 13:22:23 |
| 15 | | contact with her? | 13:22:26 |
| 16 | A | Yes.  And I said no. | 13:22:27 |
| 17 | Q | Do you address that anywhere in this statement, to | 13:22:28 |
| 18 | | deny that you made physical contact with | 13:22:32 |
| 19 | | Ms. Quellhorst? | 13:22:35 |
| 20 | A | "I did not touch Kelsey in any way." | 13:22:55 |
| 21 | Q | And you claim you read this directly to | 13:22:57 |
| 22 | | Mr. Huenefeld? | 13:23:00 |
| 23 | A | Yes. | 13:23:00 |
| 24 | Q | Did you have any other contact with anyone else | 13:23:10 |
| 25 | | from St. Mary's about this April 19th incident? | 13:23:13 |

Draft Copy

Page 112

| | | | |
|---|---|---|---|
| 1 | A | Rephrase the question. | 13:23:22 |
| 2 | Q | Did you -- you've already talked to me about | 13:23:23 |
| 3 | | interaction you had with Ms. Fischio and | 13:23:25 |
| 4 | | Mr. Huenefeld about the April 19th incident.  Did | 13:23:29 |
| 5 | | you have contact with anyone else from St. Mary's | 13:23:33 |
| 6 | | about that incident? | 13:23:35 |
| 7 | A | No. | 13:23:37 |
| 8 | Q | I'd ask you to look back at Exhibit CC, your | 13:23:39 |
| 9 | | calendar.  On April 19th on the right side it says | 13:24:05 |
| 10 | | left sick.  When did you leave sick? | 13:24:12 |
| 11 | A | When I left the building. | 13:24:16 |
| 12 | Q | What time was that? | 13:24:19 |
| 13 | A | Probably around 6 because 5:30 we had the | 13:24:20 |
| 14 | | discussion. | 13:24:25 |
| 15 | Q | Did you tell anyone when you left that you were | 13:24:26 |
| 16 | | leaving because you were sick? | 13:24:28 |
| 17 | A | No, because I was already past my eight hours. | 13:24:30 |
| 18 | Q | When was the first time you communicated with the | 13:24:39 |
| 19 | | company about your claimed illness? | 13:24:49 |
| 20 | A | Monday I got -- went to the doctor and got a slip | 13:24:53 |
| 21 | | saying I was off work. | 13:24:58 |
| 22 | Q | To whom did you communicate that? | 13:25:01 |
| 23 | A | I don't know.  I called in and said I would be off. | 13:25:03 |
| 24 | Q | You don't know who you spoke with and told that to? | 13:25:15 |
| 25 | A | (Indicating.) | 13:25:18 |

Draft Copy

Page 113

| | | | |
|---|---|---|---|
| 1 | Q | Did you speak with Ms. Fischio? | 13:25:19 |
| 2 | A | No. | 13:25:22 |
| 3 | Q | What did you say? | 13:25:24 |
| 4 | A | That I was sick and I had a doctor's slip. | 13:25:27 |
| 5 | Q | You don't know who you said that to? | 13:25:31 |
| 6 | A | No. | 13:25:33 |
| 7 | Q | Did you say anything more specific than that? | 13:25:34 |
| 8 | A | No. | 13:25:36 |
| 9 | Q | Did you ever request medical leave? | 13:25:38 |
| 10 | A | I would have.  I was still not feeling well that | 13:25:52 |
| 11 | | Thursday and I was going to ask for it. | 13:25:57 |
| 12 | Q | Is the answer no? | 13:25:59 |
| 13 | A | No. | 13:26:01 |
| 14 | Q | The answer is no, correct, you did not request | 13:26:01 |
| 15 | | medical leave? | 13:26:07 |
| 16 | A | No. | 13:26:08 |
| 17 | Q | Did you request medical leave? | 13:26:10 |
| 18 | A | No. | 13:26:14 |
| 19 | Q | When -- and you can't recall who you spoke to when | 13:26:16 |
| 20 | | you called in to tell them you wouldn't be there? | 13:26:23 |
| 21 | A | No. | 13:26:25 |
| 22 | Q | If one of your direct reports is going to be off | 13:26:25 |
| 23 | | due to sickness, are they supposed to call you and | 13:26:29 |
| 24 | | tell you that? | 13:26:32 |
| 25 | A | I usually let the business office know and I get | 13:26:35 |

Draft Copy

Page 114

| | | | |
|---|---|---|---|
| 1 | | told. | 13:26:39 |
| 2 | Q | But the company protocol is that you notify your | 13:26:39 |
| 3 | | supervisor, correct? | 13:26:41 |
| 4 | A | Correct. | 13:26:43 |
| 5 | Q | So you should have notified Lorraine, correct? | 13:26:43 |
| 6 | A | Yes. | 13:26:47 |
| 7 | Q | But you didn't and you can't recall who you spoke | 13:26:47 |
| 8 | | to? | 13:26:54 |
| 9 | A | Correct. | 13:26:56 |
| 10 | | MR. FRANKLIN:      I'm going to object; | 13:26:56 |
| 11 | | asked and answered.  This is getting | 13:26:57 |
| 12 | | grating.  You've asked her four or five | 13:27:02 |
| 13 | | times now if she remembered and she's told | 13:27:04 |
| 14 | | you no.  The answer isn't going to change. | 13:27:06 |
| 15 | Q | Do you recall what that person said when you called | 13:27:10 |
| 16 | | in and said you'd be off sick? | 13:27:13 |
| 17 | A | Said okay. | 13:27:14 |
| 18 | Q | Did you say how long you'd be off sick? | 13:27:16 |
| 19 | A | Yes. | 13:27:20 |
| 20 | Q | What did you say? | 13:27:20 |
| 21 | A | To the 25th.  I had my excuse slip. | 13:27:20 |
| 22 | Q | You told them that you'd be returning on the 25th? | 13:27:27 |
| 23 | A | Yes. | 13:27:35 |
| 24 | | (Defendants' Exhibit EE marked.) | 13:27:56 |
| 25 | Q | Ms. Fiely, I've given you what's been marked as | 13:27:56 |

Draft Copy

Page 115

| | | | |
|---|---|---|---|
| 1 | | Defendants' Exhibit EE.  Do you recognize that? | 13:27:59 |
| 2 | A | Yes. | 13:28:03 |
| 3 | Q | What is it? | 13:28:03 |
| 4 | A | My excuse slip. | 13:28:04 |
| 5 | Q | Did you provide this to St. Mary's? | 13:28:07 |
| 6 | A | Yes. | 13:28:09 |
| 7 | Q | When? | 13:28:10 |
| 8 | A | I don't remember. | 13:28:29 |
| 9 | Q | Do you recall who you provided it to? | 13:28:32 |
| 10 | A | Business office. | 13:28:35 |
| 11 | Q | Did you say anything about your restriction | 13:28:38 |
| 12 | | beyond -- or your medical condition beyond what was | 13:28:41 |
| 13 | | included on this slip? | 13:28:44 |
| 14 | A | No. | 13:28:45 |
| 15 | Q | You just said you'd be returning on April the 25th | 13:28:48 |
| 16 | | because that's when you were released? | 13:28:51 |
| 17 | A | Yes. | 13:28:54 |
| 18 | Q | Tell us about the next time you had communication | 13:29:00 |
| 19 | | with anyone at St. Mary's about your claimed | 13:29:03 |
| 20 | | illness. | 13:29:07 |
| 21 | A | Rephrase that. | 13:29:11 |
| 22 | Q | You've told us you called in on the 22nd after you | 13:29:12 |
| 23 | | provided this slip, was one time you communicated | 13:29:17 |
| 24 | | about this claimed illness, correct? | 13:29:20 |
| 25 | A | And the paper states about the 25th, and which I | 13:29:22 |

Draft Copy

Page 116

| | | | |
|---|---|---|---|
| 1 | | never communicated in between. | 13:29:26 |
| 2 | Q | Did you have any other communications with anyone | 13:29:29 |
| 3 | | at St. Mary's about the illness for which you were | 13:29:32 |
| 4 | | restricted from the 22nd to the 25th? | 13:29:36 |
| 5 | A | No. | 13:29:39 |
| 6 | Q | Did you talk to anyone else at St. Mary's about | 13:29:39 |
| 7 | | your claimed illness? | 13:29:47 |
| 8 | A | No. | 13:29:49 |
| 9 | Q | Were you paid for the time you were off between the | 13:29:53 |
| 10 | | 22nd and the 25th? | 13:29:57 |
| 11 | A | Yes. | 13:29:59 |
| 12 | Q | How did your employment with St. Mary's ultimately | 13:29:59 |
| 13 | | end? | 13:30:32 |
| 14 | A | I was terminated that Thursday. | 13:30:32 |
| 15 | Q | Tell us about how that happened. | 13:30:39 |
| 16 | A | I returned to work, Lorraine met me in the hallway, | 13:30:45 |
| 17 | | she said I do not have good news.  She took me to | 13:30:49 |
| 18 | | her office and said Kelsey's dad is a policeman and | 13:30:54 |
| 19 | | we want to prevent a lawsuit and I was terminated. | 13:31:01 |
| 20 | Q | What time did that happen? | 13:31:11 |
| 21 | A | I don't know. | 13:31:13 |
| 22 | Q | Was it in the morning, was it in the afternoon? | 13:31:16 |
| 23 | A | Morning. | 13:31:16 |
| 24 | Q | When did you report to work? | 13:31:19 |
| 25 | A | Around 8:00. | 13:31:20 |

Draft Copy

Page 117

```
 1   Q   Did you do anything at work before you met          13:31:22

 2       Ms. Fischio?                                         13:31:24

 3   A   No, I walked in the front door, went into the       13:31:26

 4       business office, which nobody was in, to get my     13:31:30

 5       mail, she met me at the corner and took me to her   13:31:32

 6       office and stated they didn't want a lawsuit,       13:31:37

 7       Kelsey's dad was a policeman, and I was terminated. 13:31:39

 8   Q   Was Mr. Derossett on the phone for that             13:31:44

 9       conversation?                                       13:31:48

10   A   Not the -- not at that time.                        13:31:48

11   Q   Well, at some other time?                           13:31:49

12   A   Later.                                              13:31:51

13   Q   When was that?                                      13:31:52

14   A   When we got into her office and she told me that,   13:31:53

15       then she called Barry.                              13:31:57

16   Q   And then what happened?                             13:31:58

17   A   It was repeated.                                    13:31:59

18   Q   What was repeated?                                  13:32:04

19   A   That I was terminated.                              13:32:05

20   Q   From the beginning to the end, walk us through what 13:32:06

21       was said by whom.                                   13:32:09

22   A   Lorraine just said we would have to let you go.     13:32:19

23   Q   So did Lorraine say anything to you about getting   13:32:30

24       Barry on the phone?                                 13:32:35

25   A   I -- no, I don't remember her saying she was going  13:32:39
```

Draft Copy

Page 118

| | | | |
|---|---|---|---|
| 1 | | to get Barry on the phone. | 13:32:42 |
| 2 | Q | But she got Barry on the phone? | 13:32:43 |
| 3 | A | She called him. | 13:32:46 |
| 4 | Q | So your testimony, just so I'm clear, is that she | 13:32:47 |
| 5 | | brought you into her office, had the communication | 13:32:48 |
| 6 | | with you about you being terminated, and then said | 13:32:50 |
| 7 | | that you needed to call Barry? | 13:32:53 |
| 8 | A | Yeah. | 13:32:54 |
| 9 | Q | And what was the -- the substance of that | 13:32:54 |
| 10 | | conversation with Barry was simply we're going to | 13:32:56 |
| 11 | | have to let you go? | 13:33:00 |
| 12 | A | Uh-huh. | 13:33:01 |
| 13 | Q | Who said that? | 13:33:02 |
| 14 | A | Lorraine. | 13:33:02 |
| 15 | Q | Did Barry say anything? | 13:33:04 |
| 16 | A | He said good luck to me. | 13:33:07 |
| 17 | Q | Did Lorraine tell you why you were getting Barry on | 13:33:10 |
| 18 | | the phone? | 13:33:14 |
| 19 | A | As a witness. | 13:33:14 |
| 20 | Q | Is that your conclusion or is that what Lorraine | 13:33:22 |
| 21 | | told you? | 13:33:25 |
| 22 | A | My conclusion.  I -- she didn't tell me. | 13:33:27 |
| 23 | Q | At any time during that conversation did you say | 13:33:31 |
| 24 | | you wanted to resign? | 13:33:38 |
| 25 | A | No.  I did not want to resign. | 13:33:39 |

Draft Copy

Page 119

| | | | |
|---|---|---|---|
| 1 | Q | Did Mr. Derossett ever communicate to you any -- | 13:33:48 |
| 2 | | communicate to you anything about your employment | 13:33:52 |
| 3 | | being terminated? | 13:33:53 |
| 4 | A | No.  He just wished me good luck. | 13:33:54 |
| 5 | Q | And the reason that was given to you about why your | 13:34:00 |
| 6 | | employment would end, according to you, was that | 13:34:04 |
| 7 | | Ms. Quellhorst's father was a police officer, they | 13:34:07 |
| 8 | | wanted to prevent a lawsuit, I presume from your | 13:34:11 |
| 9 | | conduct on the 19th? | 13:34:14 |
| 10 | A | She didn't say what for.  She just said there could | 13:34:15 |
| 11 | | be a lawsuit, we want to prevent a lawsuit. | 13:34:19 |
| 12 | Q | What was your understanding of what that meant? | 13:34:21 |
| 13 | A | That I was terminated. | 13:34:26 |
| 14 | Q | You understand before that Ms. Quellhorst claimed | 13:34:34 |
| 15 | | you had made physical contact with her? | 13:34:37 |
| 16 | A | Yes. | 13:34:39 |
| 17 | Q | And so you understood, didn't you, that any lawsuit | 13:34:39 |
| 18 | | would be related to that physical -- allegation of | 13:34:43 |
| 19 | | physical contact? | 13:34:46 |
| 20 | A | My assumption, but I didn't know for sure. | 13:34:47 |
| 21 | Q | Do you have any reason to believe that St. Mary's | 13:34:52 |
| 22 | | didn't tell you the real reason for your employment | 13:34:55 |
| 23 | | ending? | 13:34:57 |
| 24 | A | I'm not sure.  Can you restate that again? | 13:34:59 |
| 25 | Q | Do you have any reason to believe that St. Mary's | 13:35:07 |

Draft Copy

Page 120

| | | | |
|---|---|---|---|
| 1 | | didn't tell you the real reason for your employment | 13:35:11 |
| 2 | | ending? | 13:35:14 |
| 3 | A | St. Mary's, the building, or who -- somebody in | 13:35:21 |
| 4 | | particular? | 13:35:27 |
| 5 | Q | The representatives of St. Mary's, Mr. Derossett | 13:35:27 |
| 6 | | and Ms. Fischio. | 13:35:30 |
| 7 | A | Can you repeat the question? | 13:35:42 |
| 8 | Q | Do you have any reason to believe that they did not | 13:35:44 |
| 9 | | tell you the real reason for your employment | 13:35:46 |
| 10 | | ending? | 13:35:49 |
| 11 | A | Okay, one more time. | 13:36:27 |
| 12 | | MR. GARRISON:      Will you repeat the | 13:36:29 |
| 13 | | question, please. | 13:36:29 |
| 14 | | MR. FRANKLIN:      If you don't | 13:36:31 |
| 15 | | understand it, just tell him you don't | 13:36:32 |
| 16 | | understand it. | 13:36:33 |
| 17 | A | Yeah, I don't understand it. | 13:36:33 |
| 18 | | MR. FRANKLIN:      Well, she's going to | 13:36:35 |
| 19 | | read it back to you and maybe you'll | 13:36:36 |
| 20 | | understand it from her. | 13:36:49 |
| 21 | | (Said question read back). | 13:36:53 |
| 22 | A | Yes. | 13:36:59 |
| 23 | Q | What was that reason? | 13:37:01 |
| 24 | A | The real reason? | 13:37:02 |
| 25 | Q | Yes. | 13:37:04 |

Draft Copy

Page 121

| | | | |
|---|---|---|---|
| 1 | A | I believe I was kind of being pushed out the door, | 13:37:06 |
| 2 | | age discrimination. | 13:37:11 |
| 3 | Q | So do you think Mr. Derossett and Ms. Fischio were | 13:37:13 |
| 4 | | lying to you when they told you the reason why you | 13:37:17 |
| 5 | | were being terminated? | 13:37:20 |
| 6 | A | Yes. | 13:37:22 |
| 7 | Q | What makes you think that they were lying to you? | 13:37:23 |
| 8 | A | Because shortly -- like I told earlier, two weeks | 13:37:26 |
| 9 | | prior to that, around two weeks prior Lorraine had | 13:37:29 |
| 10 | | talked to me about early retirement.  Barry came | 13:37:32 |
| 11 | | in.  And I brought that up earlier and then you | 13:37:36 |
| 12 | | told me we'll talk about it later.  And I spoke | 13:37:39 |
| 13 | | with Barry about it, about the retirement. | 13:37:41 |
| 14 | Q | Any other reason that you think that they were | 13:37:49 |
| 15 | | lying to you when they told you about the reason | 13:37:53 |
| 16 | | for your discharge? | 13:37:58 |
| 17 | A | No, I think that's the reason. | 13:37:59 |
| 18 | Q | You understand Ms. Quellhorst's father is a police | 13:38:01 |
| 19 | | officer? | 13:38:06 |
| 20 | A | That's what I was told.  I don't know. | 13:38:06 |
| 21 | Q | Do you have any reason to believe that's incorrect? | 13:38:07 |
| 22 | A | I don't know. | 13:38:10 |
| 23 | Q | Do you have any reason to believe that | 13:38:12 |
| 24 | | Mr. Derossett and Ms. Fischio didn't honestly | 13:38:14 |
| 25 | | believe the reason they gave you for why your | 13:38:18 |

Draft Copy

Page 122

| | | | |
|---|---|---|---|
| 1 | | employment was ending? | 13:38:20 |
| 2 | | MR. FRANKLIN:        Objection; compound | 13:38:22 |
| 3 | | question.  I'm going to ask that you split | 13:38:24 |
| 4 | | the question up as individuals. | 13:38:31 |
| 5 | | MR. GARRISON:        Reread the question, | 13:38:32 |
| 6 | | please. | 13:38:32 |
| 7 | | (Said question read back.) | 13:38:46 |
| 8 | | MR. FRANKLIN:        Still object to the | 13:38:46 |
| 9 | | form.  Object to the question.  Answer it | 13:38:47 |
| 10 | | if you can. | 13:38:57 |
| 11 | A | Yes. | 13:38:57 |
| 12 | Q | What's the basis for that belief? | 13:38:58 |
| 13 | A | Again, I think I was being pushed out the door due | 13:39:01 |
| 14 | | to my age. | 13:39:07 |
| 15 | Q | And that's based on what you've already told us | 13:39:09 |
| 16 | | here today? | 13:39:11 |
| 17 | A | Yes. | 13:39:11 |
| 18 | Q | Anything beyond that? | 13:39:12 |
| 19 | A | No. | 13:39:13 |
| 20 | Q | You said that you spoke with Mr. Derossett about | 13:39:15 |
| 21 | | it? | 13:39:19 |
| 22 | A | Uh-huh, yes. | 13:39:19 |
| 23 | Q | When did that happen? | 13:39:21 |
| 24 | A | I didn't write it on my calendar.  I don't know | 13:39:23 |
| 25 | | exactly a date. | 13:39:29 |

Draft Copy

Page 123

| | | | |
|---|---|---|---|
| 1 | Q | Give me a rough timeframe. | 13:39:30 |
| 2 | A | Okay.  Probably maybe around the middle of the | 13:39:36 |
| 3 | | month. | 13:39:43 |
| 4 | Q | Which month? | 13:39:43 |
| 5 | A | April. | 13:39:44 |
| 6 | Q | The middle of April -- | 13:39:45 |
| 7 | A | Yes. | 13:39:45 |
| 8 | Q | -- of 2013? | 13:39:46 |
| 9 | A | Yes. | 13:39:47 |
| 10 | Q | Was this in person? | 13:39:49 |
| 11 | A | Yes. | 13:39:52 |
| 12 | Q | Where was -- where were you located when you spoke | 13:39:52 |
| 13 | | with Mr. Derossett? | 13:39:55 |
| 14 | A | Okay.  Where was I located? | 13:40:07 |
| 15 | Q | Yes. | 13:40:09 |
| 16 | A | When I talked to him?  In my office. | 13:40:10 |
| 17 | Q | At St. Mary's? | 13:40:13 |
| 18 | A | At St. Mary's. | 13:40:14 |
| 19 | Q | Walk us through that discussion from beginning to | 13:40:16 |
| 20 | | end. | 13:40:19 |
| 21 | A | We discussed a lot of things that day, and I asked | 13:40:26 |
| 22 | | him about the retirement, and he basically -- he | 13:40:30 |
| 23 | | did not respond to it. | 13:40:35 |
| 24 | Q | All right.  So you -- I need more definition than | 13:40:37 |
| 25 | | that to the extent you can recall.  How did -- what | 13:40:39 |

Page 124

| | | | |
|---|---|---|---|
| 1 | | exactly did you say to him about your belief that | 13:40:42 |
| 2 | | Ms. Fischio made inappropriate comments to you? | 13:40:46 |
| 3 | A | I guess I spoke with Barry about some of the issues | 13:40:59 |
| 4 | | Lorraine and I were having and brought up about the | 13:41:03 |
| 5 | | age issue and the retirement. | 13:41:10 |
| 6 | Q | What specifically did you tell him? | 13:41:12 |
| 7 | A | I asked him about the retirement package she had | 13:41:16 |
| 8 | | said something to me about. | 13:41:29 |
| 9 | Q | What specifically did you say? | 13:41:30 |
| 10 | A | Is there a retirement package that she offered me? | 13:41:33 |
| 11 | Q | And what were you discussing immediately prior to | 13:41:39 |
| 12 | | you asking that question of Mr. Derossett? | 13:41:42 |
| 13 | A | I can't remember exactly word by word what we | 13:41:46 |
| 14 | | discussed. | 13:42:06 |
| 15 | Q | Do you remember the subject of the discussion that | 13:42:07 |
| 16 | | preceded you conveying what you just said to | 13:42:11 |
| 17 | | Mr. Derossett? | 13:42:14 |
| 18 | A | I asked Barry, I was surprised to see him, that he | 13:42:15 |
| 19 | | had come down to see me.  And then we'd spoke and I | 13:42:19 |
| 20 | | asked him about the retirement package that | 13:42:24 |
| 21 | | Lorraine had said. | 13:42:27 |
| 22 | Q | How did he respond? | 13:42:29 |
| 23 | A | That was all the further the discussion went on the | 13:42:30 |
| 24 | | retirement. | 13:42:37 |
| 25 | Q | Did he respond? | 13:42:38 |

Draft Copy

Page 125

| | | | |
|---|---|---|---|
| 1 | A | No. | 13:42:39 |
| 2 | Q | So what did he say? | 13:42:40 |
| 3 | A | He said what are some of the issues with Lorraine | 13:42:43 |
| 4 | | that we can resolve. | 13:42:50 |
| 5 | Q | Well, as I understand your testimony, you've said | 13:42:51 |
| 6 | | that you told Mr. Derossett Lorraine spoke with me | 13:42:54 |
| 7 | | about a retirement package? | 13:42:58 |
| 8 | A | Right. | 13:43:00 |
| 9 | Q | And you asked him about the retirement package. | 13:43:00 |
| 10 | | How did he respond to that? | 13:43:03 |
| 11 | A | He did not. | 13:43:05 |
| 12 | | MR. FRANKLIN:      Asked and answered. | 13:43:06 |
| 13 | Q | He did not respond, he just changed the subject and | 13:43:07 |
| 14 | | talked about something else? | 13:43:10 |
| 15 | A | Yes. | 13:43:11 |
| 16 | Q | Did you say anything else during that conversation | 13:43:11 |
| 17 | | with Mr. Derossett about Lorraine's claimed | 13:43:14 |
| 18 | | comments to you about a retirement package? | 13:43:20 |
| 19 | A | Again, repeat that. | 13:43:24 |
| 20 | Q | Did you say -- during that conversation with | 13:43:26 |
| 21 | | Mr. Derossett, you brought up the retirement | 13:43:28 |
| 22 | | package, correct? | 13:43:31 |
| 23 | A | Right. | 13:43:32 |
| 24 | Q | Did you say anything else to Mr. Derossett about | 13:43:32 |
| 25 | | Ms. Fischio's claimed comments to you relating to | 13:43:36 |

Draft Copy

Page 126

| | | | |
|---|---|---|---|
| 1 | | that retirement package? | 13:43:39 |
| 2 | A | Yes, that she had called me two weeks -- or a week | 13:43:42 |
| 3 | | prior to his visit and saying she had this great | 13:43:45 |
| 4 | | retirement package to offer me. | 13:43:49 |
| 5 | Q | I understand that.  Did you say anything else to | 13:43:51 |
| 6 | | Mr. Derossett about that subject during that | 13:43:53 |
| 7 | | conversation? | 13:43:56 |
| 8 | A | No. | 13:43:56 |
| 9 | Q | At any other time did you say anything else to him? | 13:43:57 |
| 10 | A | No. | 13:44:00 |
| 11 | Q | Do you believe that Mr. Derossett discriminated | 13:44:15 |
| 12 | | against you on the basis of your age? | 13:44:18 |
| 13 | A | Yes. | 13:44:21 |
| 14 | Q | Why? | 13:44:22 |
| 15 | A | Because he backed Lorraine. | 13:44:23 |
| 16 | Q | Anything else? | 13:44:29 |
| 17 | A | When he came down, I didn't see him very much and | 13:44:32 |
| 18 | | he always spoke with Lorraine. | 13:44:36 |
| 19 | Q | Anything else? | 13:44:38 |
| 20 | A | No. | 13:44:39 |
| 21 | Q | Do you believe Mr. Huenefeld discriminated against | 13:44:40 |
| 22 | | you on the basis of your age? | 13:44:43 |
| 23 | A | Yes. | 13:44:45 |
| 24 | Q | Why? | 13:44:45 |
| 25 | A | I think he discriminated me because of the issues | 13:44:46 |

Draft Copy

Page 127

| | | | |
|---|---|---|---|
| 1 | | Lorraine wrote and that I -- we needed to let Jane | 13:45:05 |
| 2 | | go. | 13:45:10 |
| 3 | Q | Because of the issue.  What issue did Lorraine | 13:45:10 |
| 4 | | write? | 13:45:14 |
| 5 | A | All those things in the -- in your paperwork that | 13:45:14 |
| 6 | | I said I never saw before. | 13:45:17 |
| 7 | Q | Did anyone ever tell you those were factors in your | 13:45:20 |
| 8 | | termination? | 13:45:28 |
| 9 | A | No. | 13:45:30 |
| 10 | Q | Well, what's given you -- given rise to your belief | 13:45:30 |
| 11 | | then that those had anything to do with your | 13:45:36 |
| 12 | | termination? | 13:45:41 |
| 13 | A | It makes my history look bad. | 13:45:49 |
| 14 | Q | Have you ever met Mr. Huenefeld? | 13:45:53 |
| 15 | A | Yes. | 13:45:55 |
| 16 | Q | In your Complaint you draw a connection between the | 13:46:03 |
| 17 | | termination of your employment and your claim that | 13:46:06 |
| 18 | | you were entitled to FMLA leave and your asserted | 13:46:09 |
| 19 | | right to take FMLA leave.  Why do you think there's | 13:46:12 |
| 20 | | a connection between those things? | 13:46:15 |
| 21 | A | Again, repeat that. | 13:46:19 |
| 22 | Q | You've drawn a connection between the termination | 13:46:23 |
| 23 | | of your employment and your claim that you were | 13:46:25 |
| 24 | | entitled to take FMLA leave and asserted your right | 13:46:31 |
| 25 | | to take FMLA leave. | 13:46:34 |

Page 128

| | | | |
|---|---|---|---|
| 1 | A | Right. | 13:46:36 |
| 2 | Q | Why do you think there is that connection? | 13:46:37 |
| 3 | A | Because I had -- I was -- had enough sick time in | 13:46:39 |
| 4 | | to qualify for FMLA, and I was going to ask for it | 13:46:47 |
| 5 | | because I was still not feeling well and never had | 13:46:53 |
| 6 | | the chance. | 13:46:57 |
| 7 | Q | Is there anything else that gives rise to your | 13:46:57 |
| 8 | | belief that those two things are connected? | 13:46:59 |
| 9 | A | No. | 13:47:09 |
| 10 | Q | Did anyone affiliated with St. Mary's ever tell you | 13:47:11 |
| 11 | | that anything to do with FMLA leave was a factor in | 13:47:14 |
| 12 | | the decision to terminate your employment? | 13:47:18 |
| 13 | A | No. | 13:47:24 |
| 14 | Q | You also draw a connection between the termination | 13:47:25 |
| 15 | | of your employment and your age.  You told us a | 13:47:32 |
| 16 | | number of reasons of why you think that connection | 13:47:35 |
| 17 | | exists.  Is there any other reason you haven't told | 13:47:39 |
| 18 | | us already during the deposition that you believe | 13:47:42 |
| 19 | | there's a connection between the termination of | 13:47:43 |
| 20 | | your employment and your age? | 13:47:45 |
| 21 | A | No. | 13:47:47 |
| 22 | Q | Did anyone at St. Mary's ever tell you that your | 13:47:48 |
| 23 | | age was a factor in the decision to end your | 13:47:54 |
| 24 | | employment? | 13:47:57 |
| 25 | A | No. | 13:47:57 |

Draft Copy

Page 129

| | | | |
|---|---|---|---|
| 1 | Q | Do you have any idea of who made the decision to | 13:47:58 |
| 2 | | terminate your employment? | 13:48:02 |
| 3 | A | No. | 13:48:03 |
| 4 | Q | Do you have any idea whether anyone else has been | 13:48:03 |
| 5 | | terminated for the same reason you were terminated? | 13:48:07 |
| 6 | A | No. | 13:48:12 |
| 7 | Q | Are you aware of anyone who you believe was treated | 13:48:14 |
| 8 | | more favorably than you under similar | 13:48:16 |
| 9 | | circumstances? | 13:48:20 |
| 10 | A | Explain similar circumstances. | 13:48:21 |
| 11 | Q | Who is alleged to have made physical contact with | 13:48:24 |
| 12 | | another -- | 13:48:27 |
| 13 | A | No. | 13:48:27 |
| 14 | Q | -- employee?  Pardon? | 13:48:27 |
| 15 | A | No. | 13:48:29 |
| 16 | Q | Did you have any communication with folks at Atrium | 13:48:29 |
| 17 | | following your separation? | 13:48:39 |
| 18 | A | No. | 13:48:40 |
| 19 | | (Defendants' Exhibit FF marked.) | 13:48:40 |
| 20 | Q | I've given you what's been marked as Defendants' | 13:49:03 |
| 21 | | Exhibit FF.  Do you recognize that document? | 13:49:05 |
| 22 | A | Yes. | 13:49:28 |
| 23 | Q | And did you draft this? | 13:49:29 |
| 24 | A | Yes. | 13:49:30 |
| 25 | Q | Did you ever send this? | 13:49:31 |

Draft Copy

Page 130

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 13:49:32 |
| 2 | Q | You sent it on May 1st, 2013? | 13:49:33 |
| 3 | A | Yes. | 13:49:40 |
| 4 | Q | Do you know whether they received it? | 13:49:41 |
| 5 | A | I do not know. | 13:49:43 |
| 6 | Q | And this was addressed to, I take it, the Jason and | 13:49:45 |
| 7 | | Pam that we discussed at the beginning of the | 13:49:48 |
| 8 | | deposition? | 13:49:50 |
| 9 | A | Yes. | 13:49:51 |
| 10 | Q | How about Gertie and Lori, who are they? | 13:49:52 |
| 11 | A | Lori is Pam's assistant and Gertie is the key | 13:49:54 |
| 12 | | way -- was the key way nurse. | 13:49:58 |
| 13 | Q | You say in the third paragraph, "I feel that I was | 13:49:59 |
| 14 | | unable to defend myself through this ordeal." What | 13:50:07 |
| 15 | | do you mean by that? | 13:50:11 |
| 16 | A | I was home sick and was not able to meet with Bob | 13:50:12 |
| 17 | | in person and defend myself. | 13:50:16 |
| 18 | Q | Was there any other way you believe you weren't | 13:50:19 |
| 19 | | able to defend yourself? | 13:50:22 |
| 20 | A | I don't think my story was really told. | 13:50:27 |
| 21 | Q | You said, "plus Lorraine was after me to retire." | 13:50:36 |
| 22 | A | Yes. | 13:50:41 |
| 23 | Q | "Called me at home a few weeks earlier." | 13:50:42 |
| 24 | A | Yes. | 13:50:44 |
| 25 | Q | "Told me I was a nurse and could get a job | 13:50:44 |

Draft Copy

Page 131

| | | | |
|---|---|---|---|
| 1 | | anywhere." | 13:50:47 |
| 2 | A | Yes. | 13:50:47 |
| 3 | Q | Are those the same discussions we've already talked | 13:50:48 |
| 4 | | about here today? | 13:50:50 |
| 5 | A | Yes. | 13:50:51 |
| 6 | Q | You then said, "told me she would rather have | 13:50:51 |
| 7 | | someone else as a DON."  To my recollection, you've | 13:50:54 |
| 8 | | never said in any of your prior testimony that she | 13:50:57 |
| 9 | | made a comment to that effect during any of your | 13:51:00 |
| 10 | | conversations with her. | 13:51:03 |
| 11 | A | But she did. | 13:51:04 |
| 12 | Q | When did she make that comment? | 13:51:05 |
| 13 | A | One time when she was speaking with me, she said | 13:51:07 |
| 14 | | she'd rather have somebody else as a DON. | 13:51:10 |
| 15 | Q | Which discussion was that? | 13:51:13 |
| 16 | A | I can't remember exactly what day, what month.  I | 13:51:22 |
| 17 | | just remember in her office she told me she'd | 13:51:26 |
| 18 | | rather have somebody else as a DON. | 13:51:28 |
| 19 | Q | So this was not one of the cars rides you | 13:51:31 |
| 20 | | mentioned -- | 13:51:33 |
| 21 | A | No. | 13:51:34 |
| 22 | Q | -- where she referenced retirement? | 13:51:34 |
| 23 | A | No. | 13:51:35 |
| 24 | Q | This was a different conversation.  You don't | 13:51:36 |
| 25 | | remember when it happened? | 13:51:39 |

Draft Copy

Page 132

```
 1   A   No.                                              13:51:40

 2   Q   What was the context of the discussions surrounding   13:51:40

 3       that claimed statement?                          13:51:43

 4   A   It's been a long time ago.  I don't remember.   13:51:46

 5   Q   You don't remember what you were discussing?     13:52:07

 6   A   No.                                              13:52:10

 7   Q   What specifically did you say?                   13:52:11

 8   A   Did who say?                                     13:52:13

 9   Q   I'm sorry, did Ms. Fischio say.                  13:52:15

10   A   She said she'd rather have someone else be her   13:52:18

11       Director of Nursing.                             13:52:21

12   Q   Did she say why?                                 13:52:22

13   A   I don't remember.                                13:52:24

14   Q   You said many conversations like this.  Did she say   13:52:43

15       that to you -- or do you claim she said that to you   13:52:47

16       in any other conversation?                       13:52:51

17   A   No, I don't remember.                            13:52:57

18   Q   Are there any conversations that we haven't talked   13:52:58

19       about yet today in which you claim that Lorraine   13:53:01

20       was after you to retire, told you you were a nurse   13:53:04

21       and could get a job anywhere, or told you she would   13:53:08

22       rather have someone else as a DON?               13:53:12

23   A   I don't -- no.                                   13:53:23

24   Q   And then at the bottom you say, "sorry, but someone   13:53:25

25       had to hear my side of the story when I was alert   13:53:28
```

Draft Copy

Page 133

| | | | |
|---|---|---|---|
| 1 | | and oriented."  When were you not alert or not | 13:53:30 |
| 2 | | oriented? | 13:53:37 |
| 3 | A | I misused that terminology.  I was just so sick | 13:53:38 |
| 4 | | that week and that's where I came up with this.  I | 13:53:41 |
| 5 | | just did not feel well that entire week. | 13:53:46 |
| 6 | Q | So at the time you spoke with Mr. Huenefeld, you | 13:53:48 |
| 7 | | were alert and oriented? | 13:53:51 |
| 8 | A | Yes. | 13:53:53 |
| 9 | Q | And at the time you wrote that written statement, | 13:53:53 |
| 10 | | you were alert and oriented as well? | 13:53:54 |
| 11 | A | Yes, but it kept getting worse and I was hoping by | 13:53:57 |
| 12 | | Monday to go back to work and I didn't. | 13:54:02 |
| 13 | | MR. GARRISON:       Take a break? | 13:54:07 |
| 14 | | THE WITNESS:       Yes, please. | 13:54:10 |
| 15 | | MR. FRANKLIN:       Sure. | 13:54:10 |
| 16 | | (Recess taken.) | 14:16:39 |
| 17 | | VIDEOGRAPHER:       On record. | 14:16:39 |
| 18 | | MR. GARRISON:       Before we start back | 14:16:41 |
| 19 | | on any questions, I just want to get on | 14:16:42 |
| 20 | | the record that Plaintiff's Counsel has | 14:16:45 |
| 21 | | produced the original copy of Defendants' | 14:16:47 |
| 22 | | Exhibit CC. | 14:16:50 |
| 23 | | MR. FRANKLIN:       CC. | 14:16:53 |
| 24 | | MR. GARRISON:       And correct me if I'm | 14:16:54 |
| 25 | | wrong here, John, but we've agreed that | 14:16:55 |

Page 134

```
 1                any pages that are missing from Exhibit CC   14:16:59
 2                from the production will be copied and        14:17:02
 3                produced?                                     14:17:03
 4                MR. FRANKLIN:      Yeah, we're going to       14:17:04
 5                give you the entire document including the    14:17:05
 6                front page.                                   14:17:08
 7                MR. GARRISON:      Fantastic.                 14:17:10
 8   Q   Ms. Fischio, I'm going to give you that original      14:17:10
 9       copy of your DayTimer.  I'd like you to tell me        14:17:13
10       when you started recording entries in that            14:17:17
11       DayTimer.                                             14:17:21
12                MR. FRANKLIN:      Explain it to him.         14:17:29
13   A   Oh, I've explained the change of the year is          14:17:30
14       because I wanted to continue on in this book from     14:17:34
15       June.                                                 14:17:39
16   Q   So you started recording in that book in 2013, not    14:17:40
17       2012?                                                 14:17:44
18   A   Right.  Exactly.                                      14:17:45
19   Q   When in 2013 did you start recording entries in       14:17:46
20       that journal?                                         14:17:50
21   A   You want just the year of 2013?                       14:17:52
22   Q   Just when you started -- when you first put pen to     14:18:12
23       paper in that book.                                   14:18:16
24   A   Well, in October of 2012 I got about our trip to      14:18:17
25       Florida for our Bronze Award, I didn't put anything   14:18:22
```

Draft Copy

Page 135

| | | | |
|---|---|---|---|
| 1 | | in November.  I have something in October here | 14:18:31 |
| 2 | | about my appointments. | 14:18:34 |
| 3 | Q | Those are entries from 2012? | 14:18:35 |
| 4 | A | Right. | 14:18:39 |
| 5 | Q | In October? | 14:18:39 |
| 6 | A | Right. | 14:18:40 |
| 7 | Q | So you started recording in October of 2012.  There | 14:18:41 |
| 8 | | looks to be nothing for a series of months. | 14:18:51 |
| 9 | A | Nothing. | 14:18:53 |
| 10 | Q | Until January of 2013? | 14:18:53 |
| 11 | A | Right.  Yes. | 14:18:55 |
| 12 | Q | And then you continued through the rest of the year | 14:18:57 |
| 13 | | in 2013? | 14:19:01 |
| 14 | A | Yes. | 14:19:02 |
| 15 | Q | And started back at the beginning of the book? | 14:19:03 |
| 16 | A | Yes. | 14:19:07 |
| 17 | Q | All right.  You can give that back to your Counsel | 14:19:11 |
| 18 | | now.  Thank you. | 14:19:11 |
| 19 | | (Defendants' Exhibit GG marked.) | 14:19:50 |
| 20 | Q | Ms. Fiely, I've given you a copy of Defendants' | 14:19:50 |
| 21 | | Exhibit GG.  Do you recognize that as a copy of the | 14:19:54 |
| 22 | | Complaint you filed in this case? | 14:19:59 |
| 23 | A | Yes. | 14:23:17 |
| 24 | Q | Have you reviewed that document before today? | 14:23:18 |
| 25 | A | Yes. | 14:23:22 |

Draft Copy

Page 136

| | | | |
|---|---|---|---|
| 1 | Q | When was the first time you reviewed it? | 14:23:23 |
| 2 | A | When I got the information that was e-mailed to me. | 14:23:26 |
| 3 | Q | I don't want to know specifically what you | 14:23:36 |
| 4 | | reviewed.  When did you first review that document? | 14:23:42 |
| 5 | | MR. FRANKLIN:        If you can remember. | 14:23:47 |
| 6 | A | I can't remember. | 14:23:49 |
| 7 | Q | Does it accurately state the claims you're making | 14:23:49 |
| 8 | | against St. Mary's? | 14:23:53 |
| 9 | A | Yes. | 14:23:54 |
| 10 | Q | I'd like you to turn to Page 4.  At the top of that | 14:23:55 |
| 11 | | page, paragraph 17, you allege that in or around | 14:24:01 |
| 12 | | early April of 2013, Fiely was contacted by | 14:24:03 |
| 13 | | St. Mary's Administrator Lorraine Fischio who asked | 14:24:06 |
| 14 | | Fiely when she was going to retire and that she, | 14:24:10 |
| 15 | | Ms. Fischio, could get a good retirement package. | 14:24:14 |
| 16 | | Have we already discussed the facts that | 14:24:18 |
| 17 | | you claim support that allegation? | 14:24:21 |
| 18 | A | Yes. | 14:24:24 |
| 19 | Q | Was there any other time that you claim -- other | 14:24:26 |
| 20 | | than what we've already talked about, you claim | 14:24:28 |
| 21 | | Ms. Fischio made comments to you that support that | 14:24:32 |
| 22 | | allegation? | 14:24:35 |
| 23 | A | Yes. | 14:24:35 |
| 24 | Q | When? | 14:24:35 |
| 25 | A | During our drives and things we talked and she | 14:24:37 |

Draft Copy

Page 137

| | | | |
|---|---|---|---|
| 1 | | asked me about retirement. | 14:24:42 |
| 2 | Q | All right.  Which we've already talked about? | 14:24:44 |
| 3 | A | Yes, we have. | 14:24:45 |
| 4 | Q | To the extent we haven't talked about, is there any | 14:24:46 |
| 5 | | other thing we haven't talked about yet today that | 14:24:50 |
| 6 | | supports that statement in the Complaint? | 14:24:52 |
| 7 | A | No. | 14:24:58 |
| 8 | Q | Is there anything you haven't yet told me about | 14:25:01 |
| 9 | | your claim that Ms. Fischio engaged in conduct | 14:25:04 |
| 10 | | toward you that was inappropriate? | 14:25:07 |
| 11 | A | Well, just reiterate that time she told me she | 14:25:12 |
| 12 | | wanted a different Director of Nursing. | 14:25:16 |
| 13 | Q | Any other time -- or anything else, rather? | 14:25:17 |
| 14 | A | No, not to my -- | 14:25:35 |
| 15 | Q | Were there other times outside the times we've | 14:25:40 |
| 16 | | already talked about when you talked to Ms. Fischio | 14:25:43 |
| 17 | | about retirement? | 14:25:46 |
| 18 | A | No. | 14:25:47 |
| 19 | Q | Did you ever bring up retirement to Ms. Fischio? | 14:25:48 |
| 20 | A | No. | 14:25:51 |
| 21 | Q | Did you ever bring up the topic of retirement to | 14:25:51 |
| 22 | | anyone else with St. Mary's? | 14:25:55 |
| 23 | A | No.  I did not plan on retiring until I was 65. | 14:25:58 |
| 24 | Q | Did you ever say anything to Ms. Fischio about your | 14:26:02 |
| 25 | | desire to retire? | 14:26:06 |

Draft Copy

Page 138

```
 1  A   No.                                                14:26:08

 2  Q   Did you ever talk with anyone affiliated with     14:26:08

 3      St. Mary's about looking for another job outside of 14:26:11

 4      St. Mary's?                                        14:26:14

 5  A   No.                                                14:26:15

 6  Q   Did you ever talk to Mr. Derossett about looking  14:26:15

 7      for other jobs?                                    14:26:22

 8  A   The day he came to visit me, like I said, I was   14:26:23

 9      under the impression he came -- because it was an 14:26:29

10      unexpected visit, we were going to discuss -- he  14:26:31

11      was coming to me to discuss this retirement.  And I 14:26:34

12      asked him about it and, again, I told him I       14:26:37

13      didn't -- I told Lorraine I did not plan on       14:26:40

14      retiring until I was 65.                          14:26:42

15  Q   Now, you didn't mention that when you previously  14:26:44

16      talked about your conversation with Mr. Derossett, 14:26:47

17      did you?                                          14:26:51

18  A   I didn't remember everything at that time, but I  14:26:52

19      had some time to remember it.                     14:26:55

20  Q   Okay.  So now tell me everything that you said to 14:26:57

21      Mr. Derossett during that conversation about      14:26:59

22      Ms. Fischio's comments to you regarding retirement. 14:27:04

23  A   I asked him why he was here, because it was       14:27:07

24      unexpected, and if he came -- if he came to talk to 14:27:11

25      me about the retirement that Lorraine had offered 14:27:17
```

Page 139

1    me, and he didn't really answer me.  And I told him    14:27:20

2    that Lorraine had told -- asked me about it more    14:27:25

3    than once, but that she had called me at home and I    14:27:28

4    told her I do not plan on retiring until I'm 65.    14:27:31

5  Q  Did he say anything in response to that?    14:27:36

6  A  No.    14:27:39

7  Q  Did you say anything else to him on that subject?    14:27:40

8  A  No.    14:27:44

9  Q  Anything else whatsoever?    14:27:45

10  A  Not on that subject.    14:27:48

11  Q  Not on the subject of Ms. Fischio's discussions    14:27:50

12    with you regarding retirement?    14:27:53

13  A  I just told him that several times she had talked    14:27:55

14    to me about retirement and about a week before he    14:27:58

15    came down she had called me at home and asked me    14:28:01

16    about this wonderful retirement plan, and I had    14:28:06

17    told her I do not plan on retiring until I'm 65.    14:28:11

18  Q  Now, you said something again that you haven't said    14:28:14

19    before when you recounted that conversation, and    14:28:16

20    that is that you're claiming that you told    14:28:19

21    Mr. Derossett that several times Ms. Fischio talked    14:28:22

22    to you about retirement.    14:28:25

23        Do you claim now that you said that to    14:28:26

24    Mr. Derossett during that conversation?    14:28:28

25  A  I believe we did speak about that.    14:28:35

Page 140

| | | | |
|---|---|---|---|
| 1 | Q | What did you say? | 14:28:37 |
| 2 | A | I feel that Lorraine wants -- would like me to | 14:28:43 |
| 3 | | leave and retire and that she had called me at home | 14:28:51 |
| 4 | | and offered me this wonderful retirement package, | 14:29:00 |
| 5 | | and I explained to her again that I was not going | 14:29:04 |
| 6 | | to retire until I was -- did not plan on retiring | 14:29:07 |
| 7 | | until I was 65. | 14:29:10 |
| 8 | Q | Now, Ms. Fiely, never before when I've asked you to | 14:29:11 |
| 9 | | recount that conversation with Mr. Derossett, never | 14:29:16 |
| 10 | | before during our discussion today have you said | 14:29:18 |
| 11 | | that you told him Ms. Fischio would like you to | 14:29:21 |
| 12 | | leave and retire. | 14:29:27 |
| 13 | | Did you tell -- do you claim you told him | 14:29:30 |
| 14 | | that during that discussion? | 14:29:31 |
| 15 | A | Yes. | 14:29:33 |
| 16 | Q | What else do you claim you told him? | 14:29:33 |
| 17 | A | Like I said, we talked about Lorraine and I having | 14:29:39 |
| 18 | | some problems together, and I explained this to him | 14:29:45 |
| 19 | | about the retirement package, and we talked about | 14:29:48 |
| 20 | | what we could do to fix the problem. | 14:29:52 |
| 21 | Q | And you claim previously that you also said during | 14:29:57 |
| 22 | | that conversation that Lorraine had told you | 14:30:01 |
| 23 | | several times that -- or several times she brought | 14:30:04 |
| 24 | | up the topic of retirement.  Did you go into any | 14:30:08 |
| 25 | | more detail with Mr. Derossett about that? | 14:30:11 |

Draft Copy

Page 141

| | | | |
|---|---|---|---|
| 1 | A | No. | 14:30:14 |
| 2 | Q | You mention that you went -- you tried to work out | 14:30:15 |
| 3 | | the problems during that discussion with | 14:30:20 |
| 4 | | Mr. Derossett? | 14:30:22 |
| 5 | A | We discussed could we work together, yes. | 14:30:24 |
| 6 | Q | What problems were those? | 14:30:28 |
| 7 | A | The meetings, not talking together, not speaking, | 14:30:30 |
| 8 | | working together better. | 14:30:48 |
| 9 | Q | What else? | 14:30:50 |
| 10 | A | That's all I can remember. | 14:30:53 |
| 11 | Q | Those are all issues related to the way you worked | 14:31:00 |
| 12 | | with Ms. Fischio, correct? | 14:31:04 |
| 13 | A | Yes. | 14:31:08 |
| 14 | Q | So back to my original question, did you ever talk | 14:31:10 |
| 15 | | with Mr. Derossett about the fact that you were | 14:31:12 |
| 16 | | looking for other jobs? | 14:31:15 |
| 17 | A | I felt -- yes. | 14:31:17 |
| 18 | Q | When? | 14:31:20 |
| 19 | A | When I talked to Barry. | 14:31:22 |
| 20 | Q | During the same conversation when you talked about | 14:31:26 |
| 21 | | these problems with Ms. Fischio? | 14:31:29 |
| 22 | A | Yes. | 14:31:31 |
| 23 | Q | What did you tell him? | 14:31:32 |
| 24 | A | I just said I feel like looking for something else. | 14:31:34 |
| 25 | Q | Did you tell him you felt like looking for | 14:31:39 |

Draft Copy

Page 142

| | | | |
|---|---|---|---|
| 1 | | something else or that you were looking for | 14:31:41 |
| 2 | | something else? | 14:31:43 |
| 3 | A | Felt like looking for something else. | 14:31:43 |
| 4 | Q | Did you tell him that you were in the process of a | 14:31:46 |
| 5 | | second or third job interview with a certain other | 14:31:47 |
| 6 | | position? | 14:31:50 |
| 7 | A | I don't recall saying that. | 14:31:52 |
| 8 | Q | You told him you were looking to leave St. Mary's? | 14:31:55 |
| 9 | A | I said with Lorraine -- no, I don't remember. | 14:32:00 |
| 10 | Q | Did you tell him why you were looking at other job | 14:32:09 |
| 11 | | opportunities? | 14:32:12 |
| 12 | A | I don't remember. | 14:32:14 |
| 13 | Q | Well, let's go back to your Complaint again. | 14:32:15 |
| 14 | | Take one page -- Page 3, please.  In paragraph 16 | 14:32:25 |
| 15 | | you allege that during the course of your | 14:32:35 |
| 16 | | employment you were subjected to discriminatory | 14:32:37 |
| 17 | | conduct and ageism. | 14:32:41 |
| 18 | | To the extent we have not already | 14:32:45 |
| 19 | | discussed them today, are there any other age- | 14:32:47 |
| 20 | | related comments you contend were made to you upon | 14:32:50 |
| 21 | | which you base this allegation? | 14:32:54 |
| 22 | A | No, we discussed that. | 14:33:00 |
| 23 | Q | Were there any other age-related actions you | 14:33:03 |
| 24 | | contend were directed toward you and upon which you | 14:33:07 |
| 25 | | base your claims in this allegation? | 14:33:11 |

Draft Copy

Page 143

| | | | |
|---|---|---|---|
| 1 | A | I don't remember any more. | 14:33:28 |
| 2 | Q | So have you now told me all the age-related | 14:33:29 |
| 3 | | comments or actions you contend were made to you | 14:33:33 |
| 4 | | and upon which you base your claims in this case? | 14:33:35 |
| 5 | A | That I can remember at this time, yes. | 14:33:38 |
| 6 | Q | Well, this is the only time I have a chance to talk | 14:33:39 |
| 7 | | to you before trial. | 14:33:42 |
| 8 | A | Right. | 14:33:43 |
| 9 | Q | So I'd ask you to think, were there any others that | 14:33:43 |
| 10 | | you haven't already told me about?  And if you need | 14:33:48 |
| 11 | | to take some time to think but it, that's fine, we | 14:33:51 |
| 12 | | can go off the record and you can wait while we do | 14:33:53 |
| 13 | | that. | 14:33:57 |
| 14 | A | Okay.  Now repeat the question. | 14:34:30 |
| 15 | Q | Have you now told me all of the age-related | 14:34:31 |
| 16 | | comments or actions you contend were made to you or | 14:34:34 |
| 17 | | directed toward you upon which you base your claims | 14:34:37 |
| 18 | | in this case? | 14:34:40 |
| 19 | A | Yes. | 14:34:49 |
| 20 | Q | There's nothing else you haven't already told me? | 14:34:51 |
| 21 | A | That I can remember. | 14:34:55 |
| 22 | Q | Well, I'm going to wait while you think about it so | 14:34:56 |
| 23 | | you can remember. | 14:35:00 |
| 24 | A | I told you all that I can think of at this time. | 14:35:05 |
| 25 | Q | Let's go to Page 4, please.  In paragraph 18 you | 14:35:16 |

Draft Copy

Page 144

| | | | |
|---|---|---|---|
| 1 | | allege that you complained about the discriminatory | 14:35:23 |
| 2 | | conduct to Defendants' Director of Operations Barry | 14:35:27 |
| 3 | | Derossett. | 14:35:31 |
| 4 | A | Yes. | 14:35:31 |
| 5 | Q | Does that refer to the discussion we covered | 14:35:31 |
| 6 | | previously -- | 14:35:34 |
| 7 | A | Yes. | 14:35:35 |
| 8 | Q | -- in which you told him about the retirement | 14:35:37 |
| 9 | | package offer? | 14:35:40 |
| 10 | A | Yes. | 14:35:41 |
| 11 | Q | Was there any other conversation with Mr. Derossett | 14:35:41 |
| 12 | | that you're referencing in this allegation? | 14:35:49 |
| 13 | A | No. | 14:35:52 |
| 14 | Q | Or is there any other time you claim you complained | 14:35:52 |
| 15 | | to him or anyone else in management at St. Mary's | 14:35:55 |
| 16 | | about alleged discriminatory conduct? | 14:35:59 |
| 17 | A | No. | 14:36:01 |
| 18 | Q | Do you have any personal knowledge of how | 14:36:07 |
| 19 | | Mr. Derossett responded to that statement you made | 14:36:11 |
| 20 | | to him about the retirement package? | 14:36:14 |
| 21 | A | No. | 14:36:17 |
| 22 | Q | Did you do anything else after speaking with him or | 14:36:17 |
| 23 | | talk to anybody else about that same issue? | 14:36:23 |
| 24 | A | At that -- on that day? | 14:36:36 |
| 25 | Q | At any time after that. | 14:36:39 |

Draft Copy

Page 145

| | | | |
|---|---|---|---|
| 1 | A | In corporate? | 14:36:40 |
| 2 | Q | Any one. | 14:36:42 |
| 3 | | MR. FRANKLIN:        Other than attorneys. | 14:36:44 |
| 4 | Q | Yes, of course, I don't want to know what you | 14:36:45 |
| 5 | | talked with your attorneys about. | 14:36:48 |
| 6 | A | My husband. | 14:36:49 |
| 7 | Q | Which we talked about at the beginning -- | 14:36:50 |
| 8 | A | Yes. | 14:36:50 |
| 9 | Q | -- of the deposition?  Anyone else? | 14:36:53 |
| 10 | A | Yes.  Lisa Inskeep. | 14:36:58 |
| 11 | Q | When was that? | 14:37:01 |
| 12 | A | Probably after Barry left that day. | 14:37:02 |
| 13 | Q | And what was -- what is Lisa Inskeep's position? | 14:37:06 |
| 14 | A | Social Service. | 14:37:09 |
| 15 | Q | And what did you tell her? | 14:37:11 |
| 16 | A | Well, we talked and she asked why Barry came down. | 14:37:13 |
| 17 | Q | And what did you say? | 14:37:19 |
| 18 | A | I just said basically just to talk.  I didn't -- | 14:37:21 |
| 19 | | I'm -- I didn't tell her any details. | 14:37:27 |
| 20 | Q | You didn't say anything about retirement? | 14:37:30 |
| 21 | A | I said -- she -- I had already told her that | 14:37:32 |
| 22 | | Lorraine offered me a retirement package.  That's | 14:37:35 |
| 23 | | all she knew. | 14:37:39 |
| 24 | Q | Have we now talked about all the complaints you | 14:37:44 |
| 25 | | claim you communicated to Mr. Derossett? | 14:37:49 |

Draft Copy

Page 146

| | | | |
|---|---|---|---|
| 1 | A | Please? | 14:37:52 |
| 2 | Q | Have we covered all of the complaints or issues you | 14:37:53 |
| 3 | | claim you communicated to Mr. Derossett? | 14:37:58 |
| 4 | A | Yes.  I did not tape-record the conversations so | 14:38:03 |
| 5 | | that's -- yes. | 14:38:06 |
| 6 | Q | Do you claim that you discussed these allegations | 14:38:08 |
| 7 | | of age discrimination with anyone else other than | 14:38:13 |
| 8 | | what we've already talked about today? | 14:38:21 |
| 9 | A | No. | 14:38:24 |
| 10 | Q | Back to the Complaint, on Page 4, paragraph 23, you | 14:38:25 |
| 11 | | claim that following her termination, Fiely's | 14:38:34 |
| 12 | | position was filled by a substantially younger, | 14:38:37 |
| 13 | | less qualified individual and/or her termination | 14:38:39 |
| 14 | | permitted the retention of persons who are | 14:38:43 |
| 15 | | substantially younger than Fiely. | 14:38:46 |
| 16 | | What makes you think that? | 14:38:48 |
| 17 | A | I knew her age.  I knew who it was. | 14:38:49 |
| 18 | Q | Who was it? | 14:38:55 |
| 19 | A | I don't know her last name, but her first name | 14:38:56 |
| 20 | | was -- I can't think of it now.  I know her aunt. | 14:39:03 |
| 21 | | That's how I knew she got the job. | 14:39:06 |
| 22 | Q | And what's your understanding of how old she is? | 14:39:09 |
| 23 | A | Her aunt told me, and that she had only been a | 14:39:12 |
| 24 | | nurse for a couple years. | 14:39:16 |
| 25 | Q | And what's the foundation for your statement that | 14:39:17 |

Draft Copy

Page 147

| | | | |
|---|---|---|---|
| 1 | | she's a less qualified individual? | 14:39:20 |
| 2 | A | She's only been a nurse for a couple of years. | 14:39:21 |
| 3 | Q | Anything else? | 14:39:24 |
| 4 | A | Inexperience. | 14:39:27 |
| 5 | Q | Well, was there anything else that led to your | 14:39:28 |
| 6 | | allegation that that was a less qualified | 14:39:31 |
| 7 | | individual aside from the fact that she'd been a | 14:39:34 |
| 8 | | nurse for only a couple of years according to you? | 14:39:37 |
| 9 | A | No, that's it. | 14:39:39 |
| 10 | Q | Let's go back to the Complaint.  Paragraph 20, you | 14:39:42 |
| 11 | | claim that on Friday, April 19th, you became | 14:39:45 |
| 12 | | seriously ill and informed Defendants that you were | 14:39:48 |
| 13 | | not feeling well. | 14:39:51 |
| 14 | | When we spoke previously about the events | 14:39:54 |
| 15 | | of April 19th, you stated that you didn't tell | 14:39:56 |
| 16 | | anyone affiliated with St. Mary's that you were ill | 14:39:59 |
| 17 | | on April 19th. | 14:40:03 |
| 18 | A | I did not on April 19th, but when Lorraine called | 14:40:05 |
| 19 | | me, I got -- was thinking, and when she called me | 14:40:07 |
| 20 | | about this incident, I did tell her that I was not | 14:40:11 |
| 21 | | feeling well when this happened and that if I did | 14:40:13 |
| 22 | | not feel better 'til Monday, I would be going to | 14:40:17 |
| 23 | | the doctor. | 14:40:20 |
| 24 | Q | So now we've covered that conversation you claim | 14:40:20 |
| 25 | | you had on April 20th.  Is this the conversation | 14:40:23 |

Draft Copy

Page 148

| | | | |
|---|---|---|---|
| 1 | | that you're referencing? | 14:40:26 |
| 2 | A | Yes. | 14:40:27 |
| 3 | Q | And you never said anything when we talked about it | 14:40:27 |
| 4 | | about you referencing or telling her that you were | 14:40:30 |
| 5 | | ill. | 14:40:33 |
| 6 | A | Right. | 14:40:33 |
| 7 | Q | Do you now claim that -- | 14:40:34 |
| 8 | A | Yes. | 14:40:34 |
| 9 | Q | -- you told her you were ill? | 14:40:36 |
| 10 | A | Because she asked me questions and I said, | 14:40:37 |
| 11 | | Lorraine, I just do not feel well. | 14:40:38 |
| 12 | Q | What questions did she ask you? | 14:40:41 |
| 13 | A | If I can remember, what happened on the 19th and | 14:40:43 |
| 14 | | that Kelsey was claiming that I had hit her. | 14:40:45 |
| 15 | Q | So previously you said -- you said she just asked | 14:40:48 |
| 16 | | you to write a statement after you told -- | 14:40:50 |
| 17 | A | And then she asked me to write a statement. | 14:40:51 |
| 18 | Q | Okay.  So now there's an additional part to that | 14:40:54 |
| 19 | | conversation; is that correct? | 14:40:58 |
| 20 | A | Yes. | 14:40:58 |
| 21 | Q | And what happened during that part of the | 14:40:58 |
| 22 | | conversation? | 14:41:01 |
| 23 | A | Which part of the conversation? | 14:41:02 |
| 24 | Q | The part that you didn't cover with us before when | 14:41:03 |
| 25 | | I asked you to tell me everything that happened | 14:41:06 |

Draft Copy

Page 149

| | | | |
|---|---|---|---|
| 1 | | during that conversation. | 14:41:08 |
| 2 | A | Again, repeat the whole question. | 14:41:11 |
| 3 | Q | Okay.  You just referenced in relation to your | 14:41:15 |
| 4 | | conversation with Ms. Fischio on April 20th that | 14:41:21 |
| 5 | | you mentioned you were ill because she asked you | 14:41:26 |
| 6 | | some questions. | 14:41:28 |
| 7 | A | Right. | 14:41:29 |
| 8 | Q | What questions did she ask you? | 14:41:30 |
| 9 | A | What happened last night because she said I got a | 14:41:32 |
| 10 | | call very early -- early this morning from Kelsey. | 14:41:37 |
| 11 | | And I just told her I was sick and she said, well, | 14:41:41 |
| 12 | | make sure you write a statement. | 14:41:44 |
| 13 | Q | What did you tell her about you being sick or did | 14:41:46 |
| 14 | | you just tell her simply that? | 14:41:49 |
| 15 | A | I was just sick.  At that time, that's all that I | 14:41:51 |
| 16 | | knew.  I just didn't feel well. | 14:41:55 |
| 17 | Q | Did you tell her you were seriously ill? | 14:41:56 |
| 18 | A | I didn't know at that time.  I just did not feel | 14:41:59 |
| 19 | | well. | 14:42:02 |
| 20 | Q | What illness or impairment or condition do you | 14:42:06 |
| 21 | | have -- did you have that began on April 19th that | 14:42:17 |
| 22 | | you contend made you seriously ill? | 14:42:20 |
| 23 | A | I went to the doctor, my blood pressure was up, and | 14:42:22 |
| 24 | | I was running a low grade temperature and just not | 14:42:32 |
| 25 | | feeling very well.  And -- and it kept -- it got | 14:42:35 |

Draft Copy

Page 150

```
 1        worse until Monday I went to the doctor and he just    14:42:44
 2        looked at me and assessed me and said I was not        14:42:46
 3        well and I needed to stay off of work.                 14:42:51
 4    Q   Was there any other illness you had on or              14:42:53
 5        between -- on April 19th or before April 25th that     14:42:59
 6        you claim made you seriously ill besides what          14:43:03
 7        you've just told me?                                   14:43:06
 8    A   No.                                                    14:43:07
 9    Q   Now you've told me every condition you had during      14:43:07
10        that time span that you claim made you seriously       14:43:13
11        ill?                                                   14:43:15
12    A   Yes.                                                   14:43:17
13    Q   And you went and saw the doctor, you said, on April    14:43:18
14        22nd to address the condition that you claim made      14:43:22
15        you seriously ill?                                     14:43:26
16    A   Yes.                                                   14:43:27
17    Q   And that was -- is it Dr. Holleran?                    14:43:27
18    A   Holleran.                                              14:43:29
19    Q   Was that the only time you saw a physician relating    14:43:32
20        to that condition?                                     14:43:35
21    A   During that time span, yes.  I planned on going        14:43:38
22        back that Thursday.                                    14:43:41
23    Q   Did you go back that Thursday?                         14:43:43
24    A   No.  I was so -- I was too depressed.  I went home.    14:43:45
25    Q   So when you went and saw the doctor on the 22nd,       14:43:54
```

Page 151

| | | | |
|---|---|---|---|
| 1 | | what did the doctor tell you about your claimed | 14:43:59 |
| 2 | | seriously ill condition? | 14:44:02 |
| 3 | A | He told me I was sick and that I had to have some | 14:44:04 |
| 4 | | medication and then he put me off work. | 14:44:09 |
| 5 | Q | Did he give you a diagnosis of what condition was | 14:44:10 |
| 6 | | making you sick? | 14:44:13 |
| 7 | A | Sinusitis, severe sinusitis. | 14:44:14 |
| 8 | Q | Did the doctor provide -- or prescribe any | 14:44:20 |
| 9 | | medication for you? | 14:44:24 |
| 10 | A | Yes. | 14:44:24 |
| 11 | Q | What medication? | 14:44:24 |
| 12 | A | I don't remember. | 14:44:26 |
| 13 | Q | Did the provider direct any other treatment for | 14:44:27 |
| 14 | | you? | 14:44:31 |
| 15 | A | Stay home from work. | 14:44:33 |
| 16 | Q | Anything else? | 14:44:35 |
| 17 | A | Not at that time. | 14:44:37 |
| 18 | Q | And the only direction provided was to stay home | 14:44:40 |
| 19 | | between the 22nd and the 24th? | 14:44:47 |
| 20 | A | Yes. | 14:44:50 |
| 21 | Q | And you followed through and did exactly what the | 14:44:50 |
| 22 | | provider directed? | 14:44:53 |
| 23 | A | Yes. | 14:44:53 |
| 24 | Q | You didn't receive any inpatient care? | 14:44:54 |
| 25 | A | No. | 14:44:58 |

Draft Copy

Page 152

| | | | |
|---|---|---|---|
| 1 | Q | You didn't stay overnight in a hospital or any | 14:44:59 |
| 2 | | other residential medical care facility? | 14:45:02 |
| 3 | A | No. | 14:45:05 |
| 4 | Q | As a result of the condition that you say you | 14:45:05 |
| 5 | | started experiencing on April 19th, did you have | 14:45:08 |
| 6 | | any surgery at any point? | 14:45:12 |
| 7 | A | No, not during that time span. | 14:45:14 |
| 8 | Q | Did you see any other health care provider related | 14:45:17 |
| 9 | | to that alleged -- | 14:45:20 |
| 10 | A | No, not during that time span. | 14:45:21 |
| 11 | Q | I'm going to need to finish my question before you | 14:45:22 |
| 12 | | answer to make sure the court reporter can get | 14:45:26 |
| 13 | | everything down cleanly in the record. | 14:45:27 |
| 14 | | In paragraph 21 of your Complaint you | 14:45:31 |
| 15 | | allege that you were unable to work from that | 14:45:33 |
| 16 | | Friday evening until the morning of Thursday, | 14:45:36 |
| 17 | | April 25th, 2013, the date on which she was | 14:45:39 |
| 18 | | terminated.  Was that due to the same condition | 14:45:41 |
| 19 | | that you already told me about? | 14:45:44 |
| 20 | A | Yes. | 14:45:45 |
| 21 | Q | And nothing else but that? | 14:45:46 |
| 22 | A | Not diagnosed at that time. | 14:45:50 |
| 23 | Q | And you were only unable to work because the doctor | 14:45:53 |
| 24 | | had taken -- restricted you from working? | 14:45:55 |
| 25 | A | I couldn't work.  I was sick. | 14:45:59 |

Page 153

| | | | |
|---|---|---|---|
| 1 | Q | Right, because the doctor had -- and the doctor had | 14:46:01 |
| 2 | | restricted you from working, correct? | 14:46:04 |
| 3 | A | Right. | 14:46:05 |
| 4 | Q | In paragraph 22 you claim that on April 22nd, 2013, | 14:46:06 |
| 5 | | Fiely informed Defendants that she was still sick | 14:46:12 |
| 6 | | from the previous Friday and saw her physician who | 14:46:15 |
| 7 | | prescribed her medication and certified her to be | 14:46:18 |
| 8 | | off from work until Thursday, April 25th, 2013. | 14:46:20 |
| 9 | | We spoke about a conversation you had on | 14:46:24 |
| 10 | | that Monday, the 22nd, previously during this | 14:46:27 |
| 11 | | deposition. | 14:46:31 |
| 12 | A | Yes. | 14:46:31 |
| 13 | Q | Is that the conversation you're referring to in | 14:46:32 |
| 14 | | this paragraph? | 14:46:34 |
| 15 | A | Yes. | 14:46:43 |
| 16 | Q | Who did you inform of this, can you recall? | 14:46:44 |
| 17 | A | Bob. | 14:46:46 |
| 18 | Q | On April 22nd? | 14:46:48 |
| 19 | A | Yeah.  Yeah, that Monday, yes, he called me and I | 14:46:51 |
| 20 | | said I was still sick. | 14:47:00 |
| 21 | Q | Previously during our discussion you also said you | 14:47:02 |
| 22 | | called into the facility and said you were sick, | 14:47:06 |
| 23 | | correct? | 14:47:10 |
| 24 | A | Correct. | 14:47:11 |
| 25 | Q | Do you recall who you spoke with? | 14:47:11 |

Draft Copy

Page 154

| | | | |
|---|---|---|---|
| 1 | A | I'm going to guess -- I'm going to say business | 14:47:17 |
| 2 | | office, Chris or -- because that's who I call, | 14:47:20 |
| 3 | | that's who usually picks up the number. | 14:47:28 |
| 4 | Q | And what did you tell that person to the extent | 14:47:32 |
| 5 | | it's outside or in addition to what's included in | 14:47:37 |
| 6 | | paragraph 22? | 14:47:40 |
| 7 | A | I told them that I was sick and that I had seen the | 14:47:42 |
| 8 | | doctor and I'm off work until Thursday. | 14:48:00 |
| 9 | Q | Nothing else? | 14:48:03 |
| 10 | A | I don't remember telling them anything else. | 14:48:11 |
| 11 | Q | Have you now told me about everything you provided | 14:48:14 |
| 12 | | or told St. Mary's with regard to proof of your | 14:48:17 |
| 13 | | illness and your inability to work? | 14:48:20 |
| 14 | A | Have I not told you what? | 14:48:27 |
| 15 | Q | Is there anything else you haven't already told me | 14:48:29 |
| 16 | | about related to the time you gave St. Mary's proof | 14:48:32 |
| 17 | | of your illness or your inability to work? | 14:48:36 |
| 18 | A | Well, I called in -- no. | 14:48:41 |
| 19 | Q | And have you already told me about every time you | 14:48:45 |
| 20 | | told anyone at St. Mary's of that claimed illness | 14:48:50 |
| 21 | | that was preventing you from working? | 14:48:54 |
| 22 | A | Yes. | 14:49:07 |
| 23 | Q | In paragraph -- if you'd turn to Page 5 now.  In | 14:49:09 |
| 24 | | paragraph 25 you allege that St. Mary's interfered | 14:49:14 |
| 25 | | with, restrained, or denied you the exercise of | 14:49:18 |

Draft Copy

Page 155

```
 1    rights provided under the FMLA.                    14:49:20

 2            Tell me all the ways in which St. Mary's    14:49:23

 3    interfered with, restrained, or denied you the     14:49:27

 4    exercise of rights provided under the FMLA.        14:49:30

 5            MR. FRANKLIN:        Objection to the       14:49:30

 6            extent it calls for a legal conclusion.     14:49:31

 7            You can answer.                             14:49:34

 8  A I was never offered FMLA.                           14:49:38

 9  Q Anything else?                                      14:49:41

10  A I was discharged prior to being able to ask for it. 14:49:45

11  Q Anything else?                                      14:49:48

12  A No.                                                 14:50:02

13  Q You spoke with Bob Huenefeld before your           14:50:03

14    termination, correct?                              14:50:06

15  A Right.                                              14:50:07

16  Q And you never asked him about FMLA leave, did you? 14:50:09

17  A I didn't know how serious this illness was 'til I  14:50:14

18    went to the doctor and he told me I had to be off  14:50:18

19    three days.  And when three days was over, I was   14:50:21

20    still not feeling well and I intended that day to  14:50:23

21    go in and talk -- I had this going on and I went to 14:50:26

22    talk to Lorraine and I was going to go home and go 14:50:31

23    back to the doctor.                                14:50:34

24  Q You said you weren't given an opportunity to       14:50:36

25    request FMLA leave.                                14:50:40
```

Draft Copy

Page 156

| | | | |
|---|---|---|---|
| 1 | A | Right. | 14:50:40 |
| 2 | Q | And my point is, you spoke with someone who has a | 14:50:41 |
| 3 | | responsibility for administering the company's FMLA | 14:50:43 |
| 4 | | program, correct? | 14:50:48 |
| 5 | A | When? | 14:50:49 |
| 6 | Q | From the HR department.  You spoke with | 14:50:49 |
| 7 | | Mr. Huenefeld. | 14:50:52 |
| 8 | A | On Monday. | 14:50:52 |
| 9 | Q | So you claim you spoke with Mr. Huenefeld before | 14:50:54 |
| 10 | | you went to the doctor? | 14:50:57 |
| 11 | A | I don't remember the time span. | 14:51:09 |
| 12 | Q | So it's entirely possible you could have spoken | 14:51:12 |
| 13 | | with Mr. Huenefeld after you visited the doctor? | 14:51:14 |
| 14 | A | I'm not sure. | 14:51:30 |
| 15 | Q | Have you now told me all the ways in which you | 14:51:32 |
| 16 | | believe that St. Mary's interfered with, | 14:51:37 |
| 17 | | restrained, or denied you the exercise of rights | 14:51:38 |
| 18 | | provided by the FMLA? | 14:51:44 |
| 19 | | MR. FRANKLIN:      Same objection.  Go | 14:51:44 |
| 20 | | ahead and answer. | 14:51:46 |
| 21 | A | Repeat the question. | 14:51:46 |
| 22 | Q | Have you now told me all the ways in which you | 14:51:48 |
| 23 | | claim St. Mary's interfered with, restrained, or | 14:51:52 |
| 24 | | denied you the exercise of rights under the FMLA? | 14:51:55 |
| 25 | A | Yes. | 14:51:58 |

Draft Copy

Page 157

```
 1   Q   In paragraph 25 you also claim that St. Mary's        14:51:58

 2       retaliated against you by discharging you for         14:52:04

 3       asserting or otherwise exercising your rights under   14:52:06

 4       the FMLA, correct?                                    14:52:10

 5   A   Yes.                                                  14:52:21

 6   Q   Tell us all the ways you claim you asserted or        14:52:21

 7       otherwise exercised your rights under the FMLA.       14:52:26

 8              MR. FRANKLIN:        Objection to the          14:52:31

 9              extent it calls for a legal conclusion.        14:52:32

10              You can answer.                                14:52:34

11   A   As previously said, I was not given the chance to     14:52:37

12       ask for FMLA, I was not offered FMLA, I was           14:52:42

13       discharged prior to being able to ask for it.         14:52:50

14   Q   Is there any other way in which you claim you         14:52:52

15       asserted or exercised your rights under the FMLA?     14:52:55

16   A   No.                                                   14:52:59

17   Q   Now, given the fact that you weren't given an --      14:52:59

18       you don't believe you were given an opportunity to    14:53:08

19       request it or you didn't have a chance to request     14:53:10

20       it, tell me all the ways -- or tell me how you        14:53:12

21       claim that St. Mary's could have then retaliated      14:53:16

22       against you for that if you didn't do anything?       14:53:19

23   A   Being sick that long, it should -- I should have      14:53:24

24       been offered it.                                      14:53:29

25   Q   So how does that relate to St. Mary's desire to       14:53:34
```

Page 158

| | | | |
|---|---|---|---|
| 1 | | retaliate against you if you never raised any issue | 14:53:41 |
| 2 | | under the FMLA? | 14:53:46 |
| 3 | A | Because I didn't have the opportunity to ask for | 14:53:48 |
| 4 | | it. | 14:53:51 |
| 5 | Q | So you never asked for it.  My question again is | 14:53:52 |
| 6 | | how could St. Mary's have retaliated against you if | 14:53:55 |
| 7 | | you never did anything to ask for it? | 14:53:59 |
| 8 | A | Because they discharged me prior to being able to | 14:54:01 |
| 9 | | ask for it. | 14:54:03 |
| 10 | Q | Okay.  So is there any other way in which you claim | 14:54:03 |
| 11 | | St. Mary's retaliated against you for asserting or | 14:54:06 |
| 12 | | otherwise exercising your rights under the FMLA? | 14:54:09 |
| 13 | | MR. FRANKLIN:    Don't pay attention | 14:54:15 |
| 14 | | to her, just answer the question. | 14:54:17 |
| 15 | A | Again, I wasn't able to even ask for it because I | 14:54:35 |
| 16 | | was discharged prior to being able to ask for it. | 14:54:38 |
| 17 | Q | Okay.  Is there any other way -- no, I'll withdraw | 14:54:41 |
| 18 | | that.  Have you told me all the ways in which you | 14:54:44 |
| 19 | | believe St. Mary's retaliated against you for | 14:54:47 |
| 20 | | asserting or otherwise exercising your rights under | 14:54:49 |
| 21 | | the FMLA? | 14:54:53 |
| 22 | A | When I called in and said I'm going to be off for | 14:54:55 |
| 23 | | three days, they could have asked me if I needed | 14:55:02 |
| 24 | | FMLA. | 14:55:05 |
| 25 | Q | Is there anything else? | 14:55:06 |

Draft Copy

Page 159

| | | | |
|---|---|---|---|
| 1 | A | No. | 14:55:07 |
| 2 | Q | You testified previously you supervised | 14:55:08 |
| 3 | | approximately 30 employees, correct? | 14:55:11 |
| 4 | A | Correct. | 14:55:13 |
| 5 | Q | And they called in to you and said they were sick | 14:55:13 |
| 6 | | numerous times, correct? | 14:55:17 |
| 7 | A | They called to the nurse's station or me or the | 14:55:18 |
| 8 | | business office. | 14:55:20 |
| 9 | Q | And you spoke with them at times when they called | 14:55:21 |
| 10 | | off -- | 14:55:24 |
| 11 | A | At times. | 14:55:25 |
| 12 | Q | -- and said they were sick, correct? | 14:55:26 |
| 13 | A | Correct. | 14:55:26 |
| 14 | Q | Did you offer those employees FMLA leave each time | 14:55:27 |
| 15 | | they called in to you and said they were sick? | 14:55:31 |
| 16 | A | They were only calling in for a day at a time. | 14:55:33 |
| 17 | Q | If an employee said she would be gone for three | 14:55:37 |
| 18 | | days, did you every time offer that employee FMLA | 14:55:40 |
| 19 | | leave? | 14:55:43 |
| 20 | A | It didn't happen. | 14:55:43 |
| 21 | Q | An employee never called in and spoke with you and | 14:55:44 |
| 22 | | said he or she would be absent for three days due | 14:55:47 |
| 23 | | to illness? | 14:55:49 |
| 24 | A | Didn't call me and tell me that, no. | 14:55:49 |
| 25 | Q | If that employee would have, what would you have | 14:55:51 |

Page 160

```
 1     said?                                            14:55:51
 2   A They usually --                                  14:55:54
 3         MR. FRANKLIN:      Objection.  Go ahead       14:55:54
 4         and answer if you can.                        14:55:56
 5   A They talk to the business office when they are    14:55:57
 6     going to be sick longer than that.                14:56:00
 7   Q So if an employee called you and said I'm sick, I'm  14:56:06
 8     going to be absent for three days, you would not  14:56:13
 9     have offered that employee FMLA leave?            14:56:18
10         MR. FRANKLIN:      Objection;                 14:56:21
11         foundation, hypothetical.  Answer the         14:56:22
12         question.                                     14:56:25
13   A They talked to the business office about FMLA.    14:56:27
14   Q But you would not have offered that employee FMLA  14:56:32
15     leave?                                            14:56:35
16   A It wasn't under my job duties.                    14:56:35
17   Q Okay.  Now paragraph 27 in your Complaint on      14:56:43
18     Page 6, in that paragraph, paragraph 27, you allege  14:56:58
19     that St. Mary's discriminated against you based on  14:57:03
20     your age by terminating your employment for which  14:57:06
21     you were qualified.                               14:57:09
22         Have you already told me all the ways in      14:57:13
23     which you claim St. Mary's discriminated against  14:57:15
24     you because of your age?                          14:57:18
25   A Yes.                                              14:57:19
```

Draft Copy

Page 161

1  Q  Are there any others we haven't covered yet today?  14:57:19

2  A  No.  Not that I can --                                14:57:25

3  Q  Have you told me everything that makes you think      14:57:30

4     St. Mary's intended to discriminate against you on    14:57:32

5     the basis of your age?                                14:57:36

6  A  Yes.                                                  14:57:37

7  Q  Who do you claim discriminated against you based on   14:57:38

8     your age?                                             14:57:48

9  A  Lorraine.                                             14:57:48

10 Q  Anyone else?                                          14:57:49

11 A  Basically Lorraine Fischio.                           14:57:54

12 Q  Have you already covered with me today the reasons    14:57:58

13    why you believe Ms. Fischio discriminated against     14:58:02

14    you on the basis of your age?                         14:58:05

15 A  Yes.                                                  14:58:08

16 Q  Who do you claim retaliated against you?              14:58:09

17 A  Lorraine.                                             14:58:14

18 Q  Have you already covered here today all the reasons   14:58:16

19    you believe Ms. Fischio retaliated against you?       14:58:19

20 A  Yes.                                                  14:58:23

21 Q  Do you believe anyone at St. Mary's or affiliated     14:58:24

22    with St. Mary's other than Ms. Fischio                14:58:27

23    discriminated or retaliated against you?              14:58:30

24 A  Barry.                                                14:58:33

25 Q  In what way?                                          14:58:34

Page 162

| | | |
|---|---|---|
| 1 | A | By terminating me. | 14:58:35 |
| 2 | Q | What facts show that he did so in a discriminatory | 14:58:54 |
| 3 | | or retaliatory manner? | 14:58:59 |
| 4 | A | That he basically -- that he sided with Lorraine. | 14:59:03 |
| 5 | Q | Is there anyone you believe was treated differently | 14:59:24 |
| 6 | | or more favorable than you? | 14:59:31 |
| 7 | A | Yes. | 14:59:34 |
| 8 | Q | Who? | 14:59:35 |
| 9 | A | Activities Director, business office people. | 14:59:35 |
| 10 | Q | What's the Activities Director's name? | 14:59:44 |
| 11 | A | Margie Luedeke. | 14:59:48 |
| 12 | Q | Pardon me? | 14:59:50 |
| 13 | A | Margie Luedeke. | 14:59:50 |
| 14 | Q | Can you spell her last name? | 14:59:52 |
| 15 | A | L-u-e-d -- I have to write it out. | 14:59:54 |
| 16 | | MR.  FRANKLIN:     Here.  Do you mind? | 15:00:01 |
| 17 | | MR. GARRISON:     No, no.  Go ahead. | 15:00:03 |
| 18 | A | L-u-e-d-e-k-e. | 15:00:05 |
| 19 | Q | When you say business office people, who | 15:00:11 |
| 20 | | specifically in the business office? | 15:00:13 |
| 21 | A | Claudette. | 15:00:15 |
| 22 | Q | What's Claudette's last name? | 15:00:23 |
| 23 | A | Well, it was Minnich. | 15:00:24 |
| 24 | Q | Anyone else? | 15:00:28 |
| 25 | A | No. | 15:00:30 |

Draft Copy

Page 163

| | | | |
|---|---|---|---|
| 1 | Q | How do you believe Margie Luedeke was treated | 15:00:31 |
| 2 | | differently or more favorably than you? | 15:00:35 |
| 3 | A | Because she could do anything.  She would -- and | 15:00:37 |
| 4 | | she would never get spoke to about that to my | 15:00:41 |
| 5 | | knowledge.  I would go to Lorraine about different | 15:00:46 |
| 6 | | things.  She would go down the hallway and turn | 15:00:48 |
| 7 | | everybody's lights on, all the residents, and | 15:00:53 |
| 8 | | expect the aides to get them up and bring them to | 15:00:58 |
| 9 | | activities.  She was not a certified nursing | 15:00:59 |
| 10 | | assistant so she wasn't able to assist them. | 15:01:02 |
| 11 | Q | So you wouldn't -- you said she could do anything. | 15:01:05 |
| 12 | | What things did she do for which -- | 15:01:08 |
| 13 | A | She would take the people on trips without proper | 15:01:09 |
| 14 | | care.  She was not able -- she was not an aide, she | 15:01:13 |
| 15 | | could not take them to the bathroom. | 15:01:16 |
| 16 | Q | Anything else? | 15:01:22 |
| 17 | A | She was very loud. | 15:01:22 |
| 18 | Q | Loud, what do you mean she was loud? | 15:01:27 |
| 19 | A | Her voice was very loud. | 15:01:29 |
| 20 | Q | Just in general, the way she spoke? | 15:01:35 |
| 21 | A | Uh-huh. | 15:01:37 |
| 22 | Q | Anything else? | 15:01:39 |
| 23 | A | Well, I suggested to Lorraine that she get her | 15:01:48 |
| 24 | | certification, but Lorraine said she didn't need | 15:01:51 |
| 25 | | it.  So that's all I know. | 15:01:55 |

Draft Copy

Page 164

| | | | |
|---|---|---|---|
| 1 | Q | Why do you believe she was treated more favorably | 15:01:57 |
| 2 | | than you? | 15:02:01 |
| 3 | A | Just what I told you. | 15:02:02 |
| 4 | Q | Well, that's how.  But why? | 15:02:03 |
| 5 | A | I don't know. | 15:02:05 |
| 6 | Q | Do you know whether she was ever disciplined or any | 15:02:08 |
| 7 | | action taken against her for any misconduct she may | 15:02:11 |
| 8 | | have engaged in? | 15:02:15 |
| 9 | A | I have no idea. | 15:02:16 |
| 10 | Q | How about Claudette Minnich, how was she treated | 15:02:16 |
| 11 | | differently or more favorably than you? | 15:02:20 |
| 12 | A | Lorraine would give her extra money out of her | 15:02:22 |
| 13 | | bonus money. | 15:02:26 |
| 14 | Q | How else? | 15:02:30 |
| 15 | A | She would buy her gifts. | 15:02:32 |
| 16 | Q | How else? | 15:02:42 |
| 17 | A | Just treated her differently. | 15:02:53 |
| 18 | Q | Why do you believe she was treated differently or | 15:02:56 |
| 19 | | more favorably than you? | 15:02:59 |
| 20 | A | I don't know. | 15:03:01 |
| 21 | Q | Other than what we've talked about, Ms. Fiely, is | 15:03:05 |
| 22 | | there anything else you believe St. Mary's did | 15:03:08 |
| 23 | | wrong to you? | 15:03:10 |
| 24 | A | No. | 15:03:11 |
| 25 | Q | We've got a number of allegations that you | 15:03:18 |

Draft Copy

Page 165

| | | | |
|---|---|---|---|
| 1 | | communicate in your Complaint.  How have you been | 15:03:21 |
| 2 | | harmed by the actions you list in your Complaint? | 15:03:23 |
| 3 | A | Harmed financially, by the pension benefits, the | 15:03:26 |
| 4 | | insurance benefits, loss of bonuses. | 15:03:43 |
| 5 | Q | Any other way? | 15:03:55 |
| 6 | A | Lost wages. | 15:03:58 |
| 7 | Q | Any other way? | 15:04:04 |
| 8 | A | Future earnings. | 15:04:06 |
| 9 | Q | Were you unable to work at any period of time | 15:04:15 |
| 10 | | following the end of your employment at St. Mary's? | 15:04:18 |
| 11 | A | Yes. | 15:04:21 |
| 12 | Q | When? | 15:04:21 |
| 13 | A | May 3rd when I had a heart attack, one week after I | 15:04:22 |
| 14 | | was terminated. | 15:04:27 |
| 15 | Q | Until when? | 15:04:28 |
| 16 | A | For two weeks. | 15:04:30 |
| 17 | Q | Maybe until May 17th? | 15:04:33 |
| 18 | A | Yes. | 15:04:36 |
| 19 | Q | Has what we've talked about today related to your | 15:04:37 |
| 20 | | employment at St. Mary's caused you any emotional | 15:04:42 |
| 21 | | problems? | 15:04:45 |
| 22 | A | Please repeat that. | 15:04:47 |
| 23 | Q | We've discussed a lot of things about your | 15:04:48 |
| 24 | | employment at St. Mary's. | 15:04:51 |
| 25 | A | Yes. | 15:04:51 |

Draft Copy

Page 166

```
 1   Q   Have -- has any of those things caused you any          15:04:52

 2       emotional problems?                                     15:04:56

 3   A   Some, yes.                                              15:04:58

 4   Q   What?                                                   15:05:00

 5   A   Loss, feel loss.  I feel -- I think I had it            15:05:01

 6       written down.  I felt belittled.                        15:05:59

 7   Q   Any other way?                                          15:06:05

 8   A   I felt like I -- my reputation was ruined in a          15:06:06

 9       small rural area, lost self-esteem.                     15:06:14

10   Q   Anything else?                                          15:06:35

11   A   Loss as a provider for my family.                       15:06:54

12   Q   Anything else?                                          15:07:00

13   A   There's a lot more, I just can't think of them.         15:07:02

14   Q   Have you sought counseling for any of those issues?     15:07:05

15   A   No.                                                     15:07:08

16   Q   Have you taken any medication to address any of         15:07:09

17       those issues?                                           15:07:11

18   A   No.                                                     15:07:12

19   Q   Have you told any of your medical providers that        15:07:12

20       you felt any physical or mental stress caused by        15:07:16

21       events at work?                                         15:07:21

22   A   Dr. Holleran.                                           15:07:23

23   Q   Pardon me?                                              15:07:25

24   A   Dr. Holleran.                                           15:07:26

25   Q   When did you tell him that?                             15:07:28
```

Draft Copy

Page 167

```
 1   A   Oh, probably after my heart attack when I had to go      15:07:29
 2       see him.                                                 15:07:36
 3   Q   Have you ever been treated by any physician or           15:07:40
 4       counselor for similar issues to the ones you just        15:07:43
 5       mentioned that were not connected to your                15:07:47
 6       employment at St. Mary's?                                15:07:50
 7   A   As?                                                      15:07:51
 8   Q   Such as self-esteem.                                     15:07:52
 9   A   No.                                                      15:07:54
10   Q   You've never seen any other provider for those           15:07:54
11       issues --                                                15:07:58
12   A   No.                                                      15:07:58
13   Q   -- that have not been connected to St. Mary's?  Did      15:07:58
14       you ever receive a specific diagnosis for any type       15:08:05
15       of emotional distress?                                   15:08:07
16   A   No.                                                      15:08:08
17   Q   I think you've referenced this, but I want to make       15:08:09
18       sure the record is clear, how long do you claim you      15:08:15
19       would have continued working at St. Mary's had your      15:08:19
20       employment not ended in 2013?                            15:08:22
21   A   'Til February of 2015.                                   15:08:23
22   Q   Has anything about your employment or separation         15:08:28
23       from employment at St. Mary's impacted your ability      15:08:30
24       to get and keep other employment?                        15:08:33
25   A   Please go over that again.                               15:08:38
```

Draft Copy

Page 168

| | | | |
|---|---|---|---|
| 1 | Q | Has anything about your employment or the ending of | 15:08:39 |
| 2 | | your employment at St. Mary's affected your ability | 15:08:44 |
| 3 | | to secure and maintain other employment? | 15:08:46 |
| 4 | A | No. | 15:08:50 |
| 5 | | (Defendants' Exhibit HH marked.) | 15:09:40 |
| 6 | Q | I've given you what's been marked as Defendants' | 15:09:40 |
| 7 | | Exhibit HH.  This is a long document.  I'd ask -- | 15:09:44 |
| 8 | | I'd represent to you that it's the Interrogatory | 15:09:47 |
| 9 | | answers that your Counsel filed in this case.  Do | 15:09:49 |
| 10 | | you recognize it? | 15:09:52 |
| 11 | | I'll withdraw that question.  Will you | 15:10:23 |
| 12 | | please turn to Page 10.  At the bottom paragraph | 15:10:25 |
| 13 | | you see Plaintiff states that she was treated by | 15:10:37 |
| 14 | | Dr. Neal Holleran in April 2013 for severe | 15:10:40 |
| 15 | | sinusitis.  That's the issue that we talked about | 15:10:42 |
| 16 | | that you saw Dr. Holleran for on April 22nd? | 15:10:44 |
| 17 | A | Yes. | 15:10:48 |
| 18 | Q | Did you visit him at any other time after that for | 15:10:48 |
| 19 | | that sinusitis? | 15:10:51 |
| 20 | A | No. | 15:10:53 |
| 21 | Q | And it said you were treated by Jacob B. Gibson in | 15:10:53 |
| 22 | | May of 2013 for cardiac issues? | 15:10:59 |
| 23 | A | Right. | 15:11:02 |
| 24 | Q | Was that the heart attack that you experienced -- | 15:11:03 |
| 25 | A | Yes. | 15:11:06 |

Draft Copy

Page 169

| | | | |
|---|---|---|---|
| 1 | Q | -- on May the 3rd?  Did you see Dr. Gibson for any | 15:11:07 |
| 2 | | other condition? | 15:11:12 |
| 3 | A | No. | 15:11:14 |
| 4 | Q | Did you see Dr. Holleran for any other condition | 15:11:14 |
| 5 | | during your employment at St. Mary's? | 15:11:18 |
| 6 | A | In that time span? | 15:11:21 |
| 7 | Q | At any time. | 15:11:24 |
| 8 | A | Yes. | 15:11:26 |
| 9 | Q | What? | 15:11:29 |
| 10 | A | I thought I broke my arm, my knee. | 15:11:29 |
| 11 | Q | When was that? | 15:11:32 |
| 12 | A | I don't know the dates. | 15:11:37 |
| 13 | Q | Anything else? | 15:11:39 |
| 14 | A | Bronchitis.  I cannot give you all the -- my whole | 15:11:48 |
| 15 | | history. | 15:11:53 |
| 16 | Q | When did you see him for bronchitis? | 15:11:54 |
| 17 | A | I don't remember. | 15:11:57 |
| 18 | Q | You claim you saw him for other things but you | 15:11:58 |
| 19 | | can't recall here today? | 15:12:00 |
| 20 | A | Yes.  Eight years or whatever, yeah. | 15:12:03 |
| 21 | Q | I'd ask you to turn back to Page 2 of this | 15:12:18 |
| 22 | | document.  The first paragraph at the top of that | 15:12:30 |
| 23 | | page, it says Lisa Inskeep, Social Service Director | 15:12:33 |
| 24 | | for St. Mary's Living Center, may have information | 15:12:37 |
| 25 | | regarding Plaintiff's employment, termination, | 15:12:37 |

Draft Copy

Page 170

| | | | |
|---|---|---|---|
| 1 | | allegations contained in her Complaint and/or | 15:12:40 |
| 2 | | defenses of the Defendants.  What information | 15:12:43 |
| 3 | | specifically does Lisa Inskeep have? | 15:12:45 |
| 4 | A | She was my coworker prior to coming to St. Mary's | 15:12:53 |
| 5 | | so I knew her quite well.  I did talk to her about | 15:13:01 |
| 6 | | Lorraine's comments as far as retirement. | 15:13:10 |
| 7 | Q | You said previously you told her that Lorraine | 15:13:29 |
| 8 | | offered you a retirement package? | 15:13:33 |
| 9 | A | Right. | 15:13:35 |
| 10 | Q | Did you tell her anything else? | 15:13:36 |
| 11 | A | No, I really didn't tell her that much. | 15:13:38 |
| 12 | Q | You say she has -- may have information regarding | 15:13:45 |
| 13 | | your termination.  What information may she have | 15:13:48 |
| 14 | | relating to your termination? | 15:13:50 |
| 15 | A | She just -- she's the one that cleaned out my | 15:14:02 |
| 16 | | office for me and we met and she brought me my | 15:14:06 |
| 17 | | stuff, my personal belongings. | 15:14:09 |
| 18 | Q | You don't claim that she had any involvement in -- | 15:14:11 |
| 19 | A | No. | 15:14:14 |
| 20 | | MR. FRANKLIN:    Let him finish, okay? | 15:14:16 |
| 21 | | He finishes his question; you finish your | 15:14:18 |
| 22 | | answer. | 15:14:21 |
| 23 | Q | What knowledge may she have regarding the | 15:14:22 |
| 24 | | allegations in your Complaint or the defenses of | 15:14:25 |
| 25 | | the Defendants? | 15:14:28 |

Draft Copy

Page 171

| | | | |
|---|---|---|---|
| 1 | A | I spoke to her about my feeling that I was being | 15:14:50 |
| 2 | | age related and that Lorraine wanted me -- had | 15:15:22 |
| 3 | | talked to me about retirement. | 15:15:28 |
| 4 | Q | Now, you haven't covered before that you made | 15:15:31 |
| 5 | | claims to her about something happening to you age | 15:15:33 |
| 6 | | related.  What did you say to her about that? | 15:15:36 |
| 7 | A | About the retirement, that I feel this is age | 15:15:39 |
| 8 | | related because she's talking to me about | 15:15:43 |
| 9 | | retirement. | 15:15:46 |
| 10 | Q | What specifically did you tell her? | 15:15:47 |
| 11 | A | I think I just told you. | 15:15:49 |
| 12 | Q | Nothing you can recall beyond that? | 15:15:52 |
| 13 | A | No. | 15:15:55 |
| 14 | | (Defendants' Exhibit II marked.) | 15:16:14 |
| 15 | Q | Handing you Defendants' Exhibit II, I will tell you | 15:16:14 |
| 16 | | that's a copy of the Rule 26(a)(1) disclosures your | 15:16:19 |
| 17 | | Counsel filed in this case. | 15:16:25 |
| 18 | | MR. GARRISON:      Sorry about that. | 15:16:26 |
| 19 | | MR. FRANKLIN:      That's okay. | 15:16:27 |
| 20 | Q | What information does Jason Reese have that's | 15:16:33 |
| 21 | | relevant to your claims in this case? | 15:16:36 |
| 22 | A | Well, he is the chief operating officer, he should | 15:16:41 |
| 23 | | have all the knowledge of what's going on. | 15:17:17 |
| 24 | Q | You claim he should have all the knowledge of | 15:17:19 |
| 25 | | what's going on at every building? | 15:17:23 |

Draft Copy

Page 172

```
 1   A   Yes, he should be able to obtain it.              15:17:24

 2   Q   So that's the extent of the knowledge you claim   15:17:28

 3       Mr. Reese has related to this case?               15:17:31

 4   A   Well, I sent him that letter.  I don't know if he 15:17:41

 5       got it or not so --                               15:17:44

 6   Q   Anything else?                                    15:17:45

 7   A   No.                                               15:17:46

 8   Q   Have we talked about all the information that      15:17:46

 9       Ms. -- you claim Ms. Fischio has that's relevant to 15:17:51

10       your claims in this lawsuit?                      15:17:54

11   A   Yes.                                              15:17:55

12   Q   And have we talked about all the information you  15:17:55

13       believe Mr. Derossett has that's relevant to your 15:17:58

14       claims in this lawsuit?                           15:18:02

15   A   Yes.                                              15:18:02

16   Q   You list Dr. Jacob Bradley Gibson.  He doesn't have 15:18:03

17       any personal knowledge of anything that happened  15:18:09

18       during your employment at St. Mary's, does he?    15:18:11

19   A   No.                                               15:18:14

20   Q   Nor does Dr. Neal Holleran; is that correct?      15:18:15

21   A   Can you give me a few minutes?  He was my family  15:18:25

22       doctor, I may have told him things.               15:18:49

23   Q   Does he have any personal knowledge of anything   15:18:51

24       that happened during your employment at St. Mary's? 15:18:53

25   A   No.                                               15:18:55
```

Draft Copy

Page 173

| | | | |
|---|---|---|---|
| 1 | Q | What information do you -- do you claim he has | 15:18:57 |
| 2 | | that's relevant to your claims in this lawsuit, | 15:19:03 |
| 3 | | Dr. Holleran? | 15:19:06 |
| 4 | A | Just what it says, that he has knowledge of my | 15:19:19 |
| 5 | | medical condition and allegations. | 15:19:21 |
| 6 | Q | Well, what allegations do you claim he has | 15:19:27 |
| 7 | | knowledge of? | 15:19:30 |
| 8 | A | I'm not sure. | 15:20:09 |
| 9 | Q | How about Dr. Gibson, what information do you claim | 15:20:11 |
| 10 | | he has that's relevant to your claims in this | 15:20:15 |
| 11 | | lawsuit? | 15:20:17 |
| 12 | A | Just my medical history. | 15:20:21 |
| 13 | Q | And how is that relevant to your claims in this | 15:20:23 |
| 14 | | lawsuit? | 15:20:28 |
| 15 | A | It is relevant because the week that I was so | 15:20:30 |
| 16 | | seriously sick could have re -- was the beginning | 15:20:35 |
| 17 | | of what happened on May 3rd, it was only a week | 15:20:41 |
| 18 | | later that I had the heart attack. | 15:20:44 |
| 19 | Q | Anything else you claim he has information relating | 15:20:48 |
| 20 | | to? | 15:20:53 |
| 21 | A | No. | 15:20:54 |
| 22 | Q | I'd ask you to go back to the thick document, your | 15:21:03 |
| 23 | | Interrogatory responses, and turn to the last page. | 15:21:07 |
| 24 | | That's your signature, correct? | 15:21:21 |
| 25 | A | Yes. | 15:21:22 |

Draft Copy

Page 174

| | | | |
|---|---|---|---|
| 1 | Q | And you answered these truthfully? | 15:21:24 |
| 2 | A | Did I answer these truthfully? | 15:21:31 |
| 3 | Q | Yes. | 15:21:33 |
| 4 | A | Yes. | 15:21:34 |
| 5 | Q | Have you taken any statements from anyone in | 15:21:34 |
| 6 | | connection with your claims in this lawsuit? | 15:21:37 |
| 7 | A | Have I taken any statement? | 15:21:41 |
| 8 | Q | You or have you arranged for your Counsel to take | 15:21:43 |
| 9 | | any statements? | 15:21:46 |
| 10 | | MR.  FRANKLIN:      No, that's not a | 15:21:48 |
| 11 | | proper question.  You asked her if she -- | 15:21:48 |
| 12 | | you can't ask her what I've done. | 15:21:50 |
| 13 | | MR. GARRISON:      I've asked if she's | 15:21:52 |
| 14 | | arranged for you to take any statements. | 15:21:53 |
| 15 | | MR. FRANKLIN:      Well, first of all, | 15:21:56 |
| 16 | | you asked it as a compound question. | 15:21:56 |
| 17 | Q | Have you arranged for your Counsel to take any | 15:21:58 |
| 18 | | statements in connection with this case? | 15:22:00 |
| 19 | | MR. FRANKLIN:      Objection.  Go ahead | 15:22:02 |
| 20 | | and answer if you can.  What's the word | 15:22:04 |
| 21 | | arranged mean? | 15:22:08 |
| 22 | A | I don't know whose statements he would have asked | 15:22:24 |
| 23 | | for. | 15:22:26 |
| 24 | Q | Have you provided your Counsel with any contact | 15:22:26 |
| 25 | | information for witnesses to use to contact to | 15:22:28 |

Draft Copy

Page 175

| | | | |
|---|---|---|---|
| 1 | | obtain statements in connection with this case? | 15:22:31 |
| 2 | A | No. | 15:22:36 |
| 3 | Q | Let's talk now about -- | 15:22:37 |
| 4 | | MR. FRANKLIN:    Let's go off record | 15:22:44 |
| 5 | | for five minutes.  Let's take a | 15:22:46 |
| 6 | | five-minute break. | 15:22:49 |
| 7 | | (Recess taken.) | 15:22:57 |
| 8 | | VIDEOGRAPHER:     On record. | 15:30:11 |
| 9 | Q | All right.  Ms. Fiely, let's talk now about your | 15:30:13 |
| 10 | | employment after your employment at St. Mary's | 15:30:19 |
| 11 | | ended.  Your employment there ended on April 25th, | 15:30:21 |
| 12 | | 2013, correct? | 15:30:26 |
| 13 | A | Correct. | 15:30:26 |
| 14 | Q | After that time, did you seek other work? | 15:30:26 |
| 15 | A | Yes. | 15:30:29 |
| 16 | Q | When did you start looking for work? | 15:30:29 |
| 17 | A | In May already. | 15:30:34 |
| 18 | Q | Did you look for work before you experienced your | 15:30:43 |
| 19 | | heart attack? | 15:30:46 |
| 20 | A | No. | 15:30:48 |
| 21 | Q | No? | 15:30:49 |
| 22 | A | That was just a week. | 15:30:51 |
| 23 | Q | You made some references in your journal, your | 15:30:53 |
| 24 | | DayTimer, about applications or visits to other | 15:31:01 |
| 25 | | employers -- | 15:31:05 |

Draft Copy

Page 176

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 15:31:06 |
| 2 | Q | -- correct? | 15:31:07 |
| 3 | A | Correct. | 15:31:08 |
| 4 | Q | Did you record all such applications or visits in | 15:31:08 |
| 5 | | that document? | 15:31:16 |
| 6 | A | I don't think I have them all there. | 15:31:17 |
| 7 | Q | Following the end of your employment with | 15:31:19 |
| 8 | | St. Mary's, did you receive unemployment comp. | 15:31:23 |
| 9 | | benefits? | 15:31:26 |
| 10 | A | Yes, for a short time. | 15:31:27 |
| 11 | Q | For what period of time? | 15:31:29 |
| 12 | A | First two weeks of May I was not able to work so I | 15:31:32 |
| 13 | | could not get unemployment.  And June 1st I did an | 15:31:40 |
| 14 | | interim job so only for about two weeks. | 15:31:46 |
| 15 | Q | And where did you apply for work between the time | 15:31:53 |
| 16 | | you were released to start working after your heart | 15:31:59 |
| 17 | | attack and the time you secured that job? | 15:32:03 |
| 18 | A | In May.  Like I say, it's all documented in my | 15:32:19 |
| 19 | | calendar.  June 1st I did an interim position. | 15:32:32 |
| 20 | Q | Well, my question was where did you apply for work. | 15:33:07 |
| 21 | A | Everywhere on the Internet. | 15:33:11 |
| 22 | Q | Well, I understand, but I'm asking you for your | 15:33:13 |
| 23 | | testimony about where you applied for work. | 15:33:16 |
| 24 | A | Greenville Brethren Home. | 15:33:20 |
| 25 | Q | And that was on April the 30th? | 15:33:29 |

Draft Copy

Page 177

| | | | |
|---|---|---|---|
| 1 | A | That's what my report says. | 15:33:33 |
| 2 | Q | Well, that's what the report says, but did you | 15:33:38 |
| 3 | | apply that day? | 15:33:41 |
| 4 | A | Yes, that's what my report says, that's when the | 15:33:42 |
| 5 | | day I -- it's all on the Internet. | 15:33:45 |
| 6 | Q | Okay.  Where else? | 15:33:48 |
| 7 | A | Trilogy.  I had an interview in Dayton on the 9th | 15:33:51 |
| 8 | | at Glen Wood, Hickory Creek on the 30th. | 15:33:57 |
| 9 | Q | Are these interviews you had or applications you | 15:34:13 |
| 10 | | submitted? | 15:34:16 |
| 11 | A | Applications I submitted.  If it's an interview, I | 15:34:19 |
| 12 | | wrote interview. | 15:34:23 |
| 13 | Q | Where else? | 15:34:32 |
| 14 | A | I didn't need to apply from June to July because I | 15:34:36 |
| 15 | | had an interim position. | 15:34:42 |
| 16 | Q | So that interim position was at Hickory Creek of | 15:34:43 |
| 17 | | Gaston, Indiana? | 15:34:47 |
| 18 | A | Yes. | 15:34:49 |
| 19 | Q | And what was your position there? | 15:34:49 |
| 20 | A | Director of Nursing. | 15:34:50 |
| 21 | Q | And you earned $45 an hour? | 15:34:52 |
| 22 | A | Yes. | 15:34:54 |
| 23 | Q | What date did you start that job?  I'd ask you to | 15:34:55 |
| 24 | | look at your Interrogatory answers, which are open | 15:35:02 |
| 25 | | in front of you under the document you have right | 15:35:07 |

Page 178

| | | | |
|---|---|---|---|
| 1 | | now.  It says you started on June 3rd; is that | 15:35:09 |
| 2 | | accurate? | 15:35:12 |
| 3 | A | Yes. | 15:35:12 |
| 4 | Q | You worked there through July 3rd? | 15:35:12 |
| 5 | A | Yes. | 15:35:14 |
| 6 | Q | How many hours a week did you work? | 15:35:14 |
| 7 | A | 40. | 15:35:17 |
| 8 | Q | Why did your employment there end? | 15:35:18 |
| 9 | A | I was interim.  It means you only come in as an | 15:35:20 |
| 10 | | interim DON, that's why you make so much money, | 15:35:24 |
| 11 | | until they find a permanent DON. | 15:35:27 |
| 12 | Q | So they found a permanent DON to replace you, I | 15:35:29 |
| 13 | | take it? | 15:35:33 |
| 14 | A | Yes. | 15:35:33 |
| 15 | Q | And what did you -- did you look for other jobs | 15:35:34 |
| 16 | | during your time as an interim DON? | 15:35:36 |
| 17 | A | I don't believe.  I have to look at my calendar.  I | 15:35:50 |
| 18 | | sent applications in the middle of May to Laurels | 15:36:05 |
| 19 | | of Shane Hill and in Dayton. | 15:36:07 |
| 20 | Q | Any others? | 15:36:13 |
| 21 | A | Mercer Health on the 28th, Hickory Creek interview | 15:36:20 |
| 22 | | interim DON -- that's June. | 15:36:26 |
| 23 | Q | This is all what you did before you started at | 15:36:28 |
| 24 | | Hickory Creek, correct? | 15:36:32 |
| 25 | A | Yes -- well, some of it.  You got to go by -- | 15:36:37 |

Page 179

1  Q  Did you submit applications or look for other work    15:36:41

2     while you were working at Hickory Creek?               15:36:47

3  A  No.                                                    15:36:50

4  Q  After your job at Hickory Creek ended, what did you    15:36:50

5     do to look for work?                                   15:36:53

6  A  I went back on the Internet.  Koester's Pavilion,      15:36:55

7     Waters of York.                                        15:36:59

8  Q  Any others?                                            15:37:11

9  A  August 3rd I started at Brookside Haven also as an     15:37:15

10    interim.  It's in Muncie.                              15:37:21

11 Q  You were the interim DON at Brook Haven?               15:37:22

12 A  Yes.                                                   15:37:24

13 Q  And when did you -- your Interrogatory answers say     15:37:25

14    you started there on August 5th; is that accurate?    15:37:31

15 A  That's accurate.                                       15:37:33

16 Q  And you stayed there until September the 10th?         15:37:34

17 A  Yes.                                                   15:37:38

18 Q  That was an interim DON position?                      15:37:38

19 A  Yes.                                                   15:37:40

20 Q  You were paid $1,250 a week?                           15:37:40

21 A  Yes.                                                   15:37:44

22 Q  Is that accurate?                                      15:37:45

23 A  It sounds accurate.  I don't have proof of how much    15:37:50

24    I made with me.                                        15:37:53

25 Q  During either of those jobs, did you express           15:37:54

Page 180

| | | | |
|---|---|---|---|
| 1 | | interest in jobs -- taking the job as a fall-time | 15:37:58 |
| 2 | | DON? | 15:38:01 |
| 3 | A | Hickory Creek asked me, the administrator, but the | 15:38:01 |
| 4 | | people that own Hickory Creek said I lived over an | 15:38:06 |
| 5 | | hour away and thought that was too far for a DON to | 15:38:10 |
| 6 | | be. | 15:38:13 |
| 7 | Q | How about at Brook Haven? | 15:38:13 |
| 8 | A | No. | 15:38:16 |
| 9 | Q | You didn't express interest in the full-time -- | 15:38:16 |
| 10 | A | No. | 15:38:16 |
| 11 | Q | -- DON position?  Why not? | 15:38:19 |
| 12 | A | They had -- I just didn't feel comfortable in that | 15:38:21 |
| 13 | | building. | 15:38:31 |
| 14 | Q | Why not? | 15:38:32 |
| 15 | A | It was not staffed very well.  It was privately | 15:38:33 |
| 16 | | owned, they had one nurse and two Qs -- in Indiana | 15:38:37 |
| 17 | | they use QMAs, they're qualified medical | 15:38:45 |
| 18 | | assistants, that can pass medication.  The nurse, | 15:38:48 |
| 19 | | which I had to fill the position in a lot, had to | 15:38:51 |
| 20 | | do all the charting on all 67 residents.  I didn't | 15:38:55 |
| 21 | | feel that was a very comfortable position to put | 15:39:02 |
| 22 | | myself in permanently. | 15:39:04 |
| 23 | Q | So did you look for other DON positions while you | 15:39:07 |
| 24 | | were at Brook Haven? | 15:39:12 |
| 25 | A | After I left there, yes. | 15:39:14 |

Draft Copy

Page 181

| | | | |
|---|---|---|---|
| 1 | Q | So you didn't while you were working at Brook | 15:39:16 |
| 2 | | Haven? | 15:39:19 |
| 3 | A | No. | 15:39:19 |
| 4 | Q | After you left, you did? | 15:39:19 |
| 5 | A | Yes. | 15:39:20 |
| 6 | Q | Where did you look or apply? | 15:39:21 |
| 7 | A | I don't have all that information in here. | 15:39:38 |
| 8 | Q | I'd ask you to look at the page of September the | 15:39:48 |
| 9 | | 10th.  On that same document, September the 10th, | 15:39:51 |
| 10 | | are -- you've got entries for the 11th and 12th, | 15:40:21 |
| 11 | | regional meeting, Louisville, Kentucky? | 15:40:24 |
| 12 | A | Yes. | 15:40:27 |
| 13 | Q | Is that for 2012 or 2013? | 15:40:28 |
| 14 | A | 2012. | 15:40:31 |
| 15 | Q | So you're recording in this book as early as | 15:40:32 |
| 16 | | September of 2012? | 15:40:35 |
| 17 | A | This book was divided, yes, in half of the year of | 15:40:36 |
| 18 | | one year and another half the second year. | 15:40:40 |
| 19 | Q | I understand.  I'm trying to understand when you | 15:40:43 |
| 20 | | first started recording entries in this book. | 15:40:45 |
| 21 | | What did you do after your employment at | 15:40:54 |
| 22 | | Brook Haven ended to look for work? | 15:40:55 |
| 23 | A | I looked on the Internet and found a job at Chalet | 15:41:01 |
| 24 | | Village. | 15:41:06 |
| 25 | Q | Did you apply anywhere else before you found that | 15:41:07 |

Draft Copy

Page 182

| | | | |
|---|---|---|---|
| 1 | | job? | 15:41:10 |
| 2 | A | I did, but I can't tell you where all at.  I | 15:41:11 |
| 3 | | applied for everything that was something I thought | 15:41:17 |
| 4 | | I could do. | 15:41:21 |
| 5 | Q | Did you record those places in your DayTimer? | 15:41:21 |
| 6 | A | No, I didn't record everything. | 15:41:25 |
| 7 | Q | Well, where else did you apply? | 15:41:27 |
| 8 | A | At that time, it was called Kindred in Bluffton. | 15:41:34 |
| 9 | Q | Indiana? | 15:41:40 |
| 10 | A | Yes.  I don't have all the records to show you | 15:41:41 |
| 11 | | every place I applied. | 15:41:44 |
| 12 | Q | Do you recall any others? | 15:41:45 |
| 13 | A | I can't recall at this time. | 15:41:55 |
| 14 | Q | And you started the job at Chalet Village in Berne, | 15:41:58 |
| 15 | | Indiana, on October the 21st of 2013? | 15:42:02 |
| 16 | A | Yes. | 15:42:07 |
| 17 | Q | And what position was that? | 15:42:07 |
| 18 | A | Director of Nursing. | 15:42:08 |
| 19 | Q | Not an interim at that time? | 15:42:09 |
| 20 | A | No, it was not an interim. | 15:42:11 |
| 21 | Q | Did they -- you got paid $27 an hour? | 15:42:12 |
| 22 | A | Yes. | 15:42:15 |
| 23 | Q | Did you receive benefits? | 15:42:15 |
| 24 | A | No. | 15:42:16 |
| 25 | Q | Did anyone there receive benefits? | 15:42:17 |

Draft Copy

Page 183

| | | | |
|---|---|---|---|
| 1 | A | No, no benefits. | 15:42:20 |
| 2 | Q | Do you still hold that position today? | 15:42:20 |
| 3 | A | No. | 15:42:22 |
| 4 | Q | When did your employment there end? | 15:42:22 |
| 5 | A | First part of July. | 15:42:25 |
| 6 | Q | Why did your employment there end? | 15:42:30 |
| 7 | A | The drive was too far for the hours I was putting | 15:42:32 |
| 8 | | in.  I was also expected to work the floor if | 15:42:38 |
| 9 | | somebody called in and that went on quite | 15:42:41 |
| 10 | | frequently, and it was -- it was just too far for | 15:42:45 |
| 11 | | the hours. | 15:42:48 |
| 12 | Q | Did you resign from that job? | 15:42:48 |
| 13 | A | Yes. | 15:42:50 |
| 14 | Q | During your time at Chalet Village, were you | 15:42:51 |
| 15 | | looking for other jobs? | 15:42:53 |
| 16 | A | Yes. | 15:42:56 |
| 17 | Q | Where did you apply? | 15:42:57 |
| 18 | A | I don't -- there was a nursing at Spring Meade in | 15:42:58 |
| 19 | | Dayton. | 15:43:05 |
| 20 | Q | How far is Dayton? | 15:43:11 |
| 21 | A | It's another -- over an hour's drive. | 15:43:12 |
| 22 | Q | And how far was Berne? | 15:43:17 |
| 23 | A | 35 minutes, 40 minutes. | 15:43:21 |
| 24 | Q | Did you voluntarily resign that job? | 15:43:27 |
| 25 | A | Yes. | 15:43:30 |

Draft Copy

Page 184

| | | | |
|---|---|---|---|
| 1 | Q | And what other jobs did you look for while you were | 15:43:31 |
| 2 | | working or what other -- I'll withdraw that.  What | 15:43:33 |
| 3 | | other jobs did you apply for while you were working | 15:43:37 |
| 4 | | at Chalet Village? | 15:43:39 |
| 5 | A | I was looking.  I didn't -- don't remember applying | 15:43:45 |
| 6 | | for any while I was there. | 15:43:48 |
| 7 | Q | Have you -- do you recall what date your employment | 15:43:49 |
| 8 | | there ended? | 15:43:52 |
| 9 | A | Not -- no, I don't. | 15:44:00 |
| 10 | Q | Was that early July, late July, mid July? | 15:44:01 |
| 11 | A | I said -- I already told you early July. | 15:44:04 |
| 12 | Q | Early July.  Before the 4th of July or after? | 15:44:07 |
| 13 | A | Day before. | 15:44:23 |
| 14 | Q | July the 3rd? | 15:44:25 |
| 15 | A | (Indicating.) | 15:44:27 |
| 16 | Q | Did you provide any notice of your intent to resign | 15:44:28 |
| 17 | | from that job? | 15:44:32 |
| 18 | A | No. | 15:44:33 |
| 19 | Q | What have you done to look for employment since you | 15:44:39 |
| 20 | | resigned from Chalet Village? | 15:44:43 |
| 21 | A | Looked at the whole -- websites in the area and | 15:44:46 |
| 22 | | Internet again. | 15:44:53 |
| 23 | Q | Have you applied for any jobs? | 15:44:53 |
| 24 | A | Yes. | 15:44:55 |
| 25 | Q | Where? | 15:44:55 |

Draft Copy

Page 185

| | | | |
|---|---|---|---|
| 1 | A | Everywhere, schools, anything, J.C. Penney's.  I | 15:44:56 |
| 2 | | did get a job at Auglaize Acres as a quality | 15:45:03 |
| 3 | | assurance nurse. | 15:45:07 |
| 4 | Q | All right.  So let's talk -- before we talk about | 15:45:08 |
| 5 | | the job you recently obtained, what schools did you | 15:45:11 |
| 6 | | apply to? | 15:45:14 |
| 7 | A | Coldwater. | 15:45:15 |
| 8 | Q | For what position? | 15:45:17 |
| 9 | A | Teacher assistance. | 15:45:19 |
| 10 | Q | And what other jobs did you apply for?  You said | 15:45:21 |
| 11 | | J.C. Penney? | 15:45:24 |
| 12 | A | J.C. Penney. | 15:45:25 |
| 13 | Q | Any others? | 15:45:27 |
| 14 | A | A printing -- printing, post printing, Covington, | 15:45:31 |
| 15 | | Director of Nursing, Trilogy.  That's all I can | 15:45:41 |
| 16 | | think of, but it was quite a few. | 15:45:52 |
| 17 | Q | And what is the place where you now have obtained | 15:45:53 |
| 18 | | employment? | 15:45:58 |
| 19 | A | Auglaize Acres. | 15:45:58 |
| 20 | Q | Can you say that again? | 15:46:00 |
| 21 | A | Auglaize. | 15:46:00 |
| 22 | Q | Auglaize Acres.  When did you start working there? | 15:46:02 |
| 23 | A | August -- a week ago Monday. | 15:46:07 |
| 24 | Q | What's your position there? | 15:46:15 |
| 25 | A | Quality assurance nurse. | 15:46:16 |

Draft Copy

Page 186

| | | | |
|---|---|---|---|
| 1 | Q | And what's your wage rate? | 15:46:19 |
| 2 | A | $20 an hour. | 15:46:21 |
| 3 | Q | $20 an hour? | 15:46:22 |
| 4 | A | (Indicating.) | 15:46:24 |
| 5 | Q | And are you provided benefits in connection with | 15:46:27 |
| 6 | | that job? | 15:46:30 |
| 7 | A | No. | 15:46:30 |
| 8 | Q | Have you done anything to look for other jobs since | 15:46:31 |
| 9 | | you've worked at Auglaize Acres? | 15:46:40 |
| 10 | A | Well, I look on the Internet almost daily. I | 15:46:48 |
| 11 | | applied to -- I don't think I've applied any this | 15:47:01 |
| 12 | | last week. | 15:47:06 |
| 13 | Q | Have you applied to any? | 15:47:08 |
| 14 | A | Not this last week. | 15:47:10 |
| 15 | Q | Because you've been employed there just for a week? | 15:47:11 |
| 16 | A | Yes. | 15:47:14 |
| 17 | Q | Have you received unemployment compensation at any | 15:47:15 |
| 18 | | point in time since you started working at Hickory | 15:47:20 |
| 19 | | Creek of Gaston, Indiana? | 15:47:28 |
| 20 | A | I called the Unemployment Office and I told them | 15:47:30 |
| 21 | | that I had an interim job and they said okay, | 15:47:33 |
| 22 | | that's fine, just when you -- when that's done, | 15:47:36 |
| 23 | | then you come back to us and we'll provide you | 15:47:40 |
| 24 | | again. But again, I had work almost every other | 15:47:44 |
| 25 | | month so I did not receive that much unemployment. | 15:47:47 |

Draft Copy

Page 187

| | | | |
|---|---|---|---|
| 1 | Q | But did you receive unemployment? | 15:47:49 |
| 2 | A | Some. | 15:47:51 |
| 3 | Q | Did you receive unemployment compensation for the | 15:47:52 |
| 4 | | periods of time between these interim -- | 15:47:55 |
| 5 | A | Yes. | 15:47:55 |
| 6 | Q | -- DON jobs? | 15:47:57 |
| 7 | A | Yes. | 15:47:57 |
| 8 | Q | How much did you receive in unemployment | 15:47:58 |
| 9 | | compensation? | 15:48:00 |
| 10 | A | I do not know off the top of my head.  375 a week. | 15:48:01 |
| 11 | Q | Is there anything else you've done to try to find | 15:48:10 |
| 12 | | work since you last worked for St. Mary's in April | 15:48:18 |
| 13 | | of 2013? | 15:48:21 |
| 14 | A | Besides sending out applications and filling out on | 15:48:24 |
| 15 | | the Internet? | 15:48:31 |
| 16 | Q | That we've talked about already. | 15:48:31 |
| 17 | A | There's not much more you can do. | 15:48:39 |
| 18 | Q | But there is nothing other than what we've already | 15:48:42 |
| 19 | | talked about? | 15:48:46 |
| 20 | A | No. | 15:48:46 |
| 21 | Q | Were you self-employed for any period -- | 15:48:47 |
| 22 | A | No. | 15:48:49 |
| 23 | Q | -- after your employment at St. Mary's ended? | 15:48:50 |
| 24 | A | No. | 15:48:52 |
| 25 | Q | Are there any other ways you've supported yourself | 15:48:53 |

Draft Copy

Page 188

| | | | |
|---|---|---|---|
| 1 | | since your separation from St. Mary's that you | 15:48:59 |
| 2 | | haven't already told me about? | 15:49:01 |
| 3 | A | No. | 15:49:03 |
| 4 | Q | Since your job at St. Mary's ended, have any | 15:49:08 |
| 5 | | prospective employers asked about the circumstances | 15:49:11 |
| 6 | | surrounding the termination of your employment from | 15:49:14 |
| 7 | | St. Mary's? | 15:49:17 |
| 8 | A | Yes. | 15:49:17 |
| 9 | Q | Who? | 15:49:18 |
| 10 | A | Rhonda, the regional nurse at Chalet. | 15:49:18 |
| 11 | Q | What did you tell her? | 15:49:28 |
| 12 | A | I told her the truth.  I told her that I was | 15:49:31 |
| 13 | | terminated. | 15:49:34 |
| 14 | Q | What did you tell her about why you were | 15:49:36 |
| 15 | | terminated? | 15:49:39 |
| 16 | A | I explained to her and she told me she couldn't | 15:49:40 |
| 17 | | hardly believe that could have happened. | 15:49:43 |
| 18 | Q | What did you tell her? | 15:49:43 |
| 19 | A | That I was accused of hitting an aide. | 15:49:44 |
| 20 | Q | Did you tell anyone else? | 15:49:50 |
| 21 | A | Nobody else asked why I quit the other place -- why | 15:49:55 |
| 22 | | I left. | 15:50:00 |
| 23 | Q | And when you say at Chalet, that's the Chalet | 15:50:09 |
| 24 | | Village where you were ultimately employed for a | 15:50:14 |
| 25 | | period of time? | 15:50:17 |

Draft Copy

Page 189

```
 1   A    Right.                                          15:50:17

 2   Q    Are there any other facts that we haven't talked   15:50:18

 3        about already today that you claim support the  15:50:25

 4        allegations you've made in this lawsuit?        15:50:27

 5   A    No.                                             15:50:31

 6   Q    Are there any questions I've asked you that you 15:50:33

 7        failed to understand and I need to clarify?     15:50:36

 8   A    No.                                             15:50:41

 9   Q    Have your answers to my questions today been    15:50:43

10        truthful?                                       15:50:45

11   A    Yes.                                            15:50:46

12   Q    Have your answers to my questions been complete? 15:50:46

13   A    Yes.                                            15:50:51

14   Q    Are there any you wish to change?               15:50:52

15   A    No.                                             15:50:54

16             MR. GARRISON:      I have no further       15:50:57

17        questions.                                      15:50:57

18             MR. FRANKLIN:      We'll reserve.          15:50:59

19             VIDEOGRAPHER:      Off record.             15:51:06

20        (Deposition concluded at 3:51 p.m.)

21

22                          JANE E. FIELY

23                          - - -

24

25
```

Draft Copy

1                        C E R T I F I C A T E

2       STATE OF OHIO      )
                           ) SS.
3       COUNTY OF LUCAS    )

4              I, Linda J. Billau, RPR, Notary Public in and

5       for the State of Ohio, duly commissioned and qualified,

6       do hereby certify that JANE E. FIELY was first duly

7       sworn; that the testimony given was reduced to

8       stenotype; that the foregoing is a true and correct

9       transcript of the testimony given; that this deposition

10      was taken at the time and place in the foregoing

11      caption specified.

12             I do further certify that I am not a relative,

13      employee, or attorney of any of the parties or counsel

14      employed by the parties hereto or financially

15      interested in this action, nor am I or the court

16      reporting firm with which I am affiliated under a

17      contract as defined in Civil Rule 28(D).

18             IN WITNESS WHEREOF, I have hereunto set my

19      hand and affixed my notarial seal of office at Toledo,

20      Ohio, this 27th day of August, 2014.

21

22
                              LINDA J. BILLAU
23                       Notary Public in and for the
                                State of Ohio
24
        My Commission expires October 28, 2018.
25