**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OHIO
WESTERN DIVISION**

Jane Fiely,                                                       Case No. 3:14CV714

        Plaintiff

        v.                                                  **JUDGMENT**

Essex Healthcare Corporation,

        Defendant

For the reasons stated in the Order filed January 27, 2015, it is hereby:

**ORDERED  THAT** defendants' motion for summary judgment (Doc. 53) be, and the same hereby is granted.

.

      So ordered.

                                                            /s/ James G. Carr
                                                            Sr. U.S. District Judge